UNITED STATES DISTRICT
COURT NORTHERN DISTRICT
OF GEORGIA ROME DIVISION

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOHAWK INDUSTRIES, INC., JEFFREY S. LORBERBAUM, FRANK H. BOYKIN, GLENN R. LANDAU, and WILLIAM CHRISTOPHER WELLBORN,<br><br>Defendants. | No. 4:20-cv-00005-ELR<br><br>CLASS ACTION |

### ORDER APPOINTING THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI AS LEAD PLAINTIFF AND APPROVING ITS SELECTION OF LEAD COUNSEL

Upon consideration of (i) the (unopposed) Motion of the Public Employees' Retirement System of Mississippi ("Mississippi") for appointment as Lead Plaintiff and approval of Its selection of Lead Counsel; (ii) the Memorandum of Law in support thereof and all exhibits attached thereto; and (iii) all other pleadings and arguments submitted to this Court; and for good cause shown, **IT IS HEREBY ORDERED THAT:**

1. Mississippi's Motion is **GRANTED**.

2. Mississippi is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action and all related actions consolidated pursuant to paragraph 4 of this Order.

3. Mississippi's selection of Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP is **APPOINTED** as Lead Counsel for the Class, and Bondurant Mixson & Elmore, LLP is **APPOINTED** as Liaison Counsel for the Class.

**SO ORDERED**, this 18th day of March, 2020.

_Eleanor L. Ross_
Honorable Eleanor L. Ross
United States District Court
Northern District of Georgia