**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAWK INDUSTRIES, INC., JEFFREY S. LORBERBAUM, FRANK H. BOYKIN, GLENN R. LANDAU, and WILLIAM CHRISTOPHER WELLBORN,<br><br>    Defendants. | No. 4:20-cv-00005-ELR<br><br><br>CLASS ACTION |

**CONSENT MOTION TO MODIFY SCHEDULING ORDER**

In accordance with Local Rule 7.1, Lead Plaintiff Public Employees' Retirement System of Mississippi ("Lead Plaintiff"), by and through its undersigned counsel, hereby respectfully submits this consent motion to modify the deadline for Lead Plaintiff to file its Amended Complaint ("Complaint").

In support of this Motion, Lead Plaintiff states as follows:

1

1.      On April 2, 2020, the Court entered the Parties' agreed-upon Scheduling Order, which contemplated that Lead Plaintiff would file its Amended Complaint by May 29, 2020;

2.      Lead Counsel's business operations are in California and New York, in which "shelter-in-place" orders have been entered requiring the temporary closure of the physical operations of non-essential businesses, including law firms;

3.      The COVID-19 global pandemic has continued to impact Lead Counsel's time to amend the Complaint;

4.      Lead Counsel has requested, and counsel for Defendants have agreed, that the deadline for filing the Complaint should be extended by thirty days, to June 29, 2020, and each stipulated date of the current briefing schedule on Defendants' response shall be extended accordingly; and

5.      Lead Counsel does not anticipate requesting additional modifications of the Scheduling Order.

For good cause shown, Lead Plaintiff respectfully requests that the Court enter the Proposed Modified Scheduling Order, a copy of which is attached as **Exhibit A**.

Respectfully submitted, this 27th day of April, 2020.

/s/ H. Lamar Mixson

Avi Josefson, *pro hac vice* forthcoming
Michael D. Blatchley, *pro hac vice*
forthcoming
**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
avi@blbglaw.com
michaelb@blbglaw.com

*Counsel for Lead Plaintiff*

H. Lamar Mixson
Georgia Bar No. 514012
Amanda Kay Seals
Georgia Bar No. 502720
**BONDURANT MIXSON &
  ELMORE, LLP**
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
mixson@bmelaw.com
seals@bmelaw.com

*Liaison Counsel for Lead Plaintiff*

## RULE 7.1(D) CERTIFICATION

The undersigned counsel certifies that this document has been prepared with

one of the font and point selections approved by the Court in Local Rule 5.1(C).

/s/ H. Lamar Mixson

H. Lamar Mixson
Georgia Bar No. 514012

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel certifies that on April 27, 2020, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record:

/s/ *H. Lamar Mixson*
H. Lamar Mixson
Georgia Bar No. 514012

#3034275v1

Certificate of Service Page