# Exhibit A

#3034276v1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOHAWK INDUSTRIES, INC., JEFFREY S. LORBERBAUM, FRANK H. BOYKIN, GLENN R. LANDAU, and WILLIAM CHRISTOPHER WELLBORN,<br><br>Defendants. | No. 4:20-cv-00005-ELR<br><br><br>CLASS ACTION |

## [PROPOSED] MODIFIED SCHEDULING ORDER

Upon consideration of the Consent Motion to Modify the Scheduling Order (the "Motion"), it is hereby ORDERED that:

1. Lead Plaintiff shall file the operative complaint on June 29, 2020;

2. Defendants shall move, answer, or otherwise respond to the Amended Complaint within sixty (60) days from service of the Amended Complaint;

#3034276v1

1

3.      If Defendants move to dismiss the Amended Complaint, Lead Plaintiff shall have sixty (60) days from the filing of the motion to dismiss to file an opposition to the motion to dismiss; and

4.      Defendants shall have thirty (30) days from the filing of Lead Plaintiff's opposition to file a reply in further support of their Motion to Dismiss.

**SO ORDERED** this ___ day of _____, 2020.

_____
HON. ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE

Prepared by:

*/s/ H. Lamar Mixson*
H. Lamar Mixson
Georgia Bar No. 514012
BONDURANT MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street, NW
Atlanta, GA 30309
Phone: (404) 881-4100
Fax: (404) 881-4111

#3034276v1

2