**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MOHAWK INDUSTRIES, INC. and JEFFREY S. LORBERBAUM,<br><br>　　　　　Defendants. | Civ. A. No. 4:20-00005-ELR |

## CONSENT MOTION TO MODIFY SCHEDULING ORDER

In accordance with Local Rule 7.1, Defendants Mohawk Industries, Inc. and Jeffrey S. Lorberbaum ("Defendants") by and through their undersigned counsel, respectfully submit this consent motion to modify the deadline for Defendants to move, answer, or otherwise respond to the Amended Complaint.

In support of this Motion, Defendants state the following:

1.　On April 29, 2020, the Court entered the Parties' agreed upon Modified Scheduling Order, which contemplated that Defendants would move, answer, or otherwise respond to the Amended Complaint within sixty (60) days from service of the Amended Complaint [ECF No. 28];

1

2.    On June 29, 2020, Lead Plaintiff Public Employees' Retirement System of Mississippi ("Lead Plaintiff") filed the Amended Complaint [ECF No. 37];

3.    Pursuant to the Modified Scheduling Order, Defendants' deadline to move, answer or otherwise respond to the Amended Complaint is August 28, 2020;

4.    The COVID-19 global pandemic has impacted the Defendants' operations and Defendants' counsel preparations for responding to the Amended Complaint;

5.    On August 17, 2020, a Local Rule 83.1(E) Certificate of Consent for Alston & Bird to Withdraw as Counsel for Jeffrey S. Lorberbaum was filed and counsel from Parker, Hudson, Rainer & Dobbs appeared on Mr. Lorberbaum's behalf [ECF Nos. 41, 42, 43];

6.    In order for the Company and Mr. Lorberbaum to be on the same case schedule and to allow sufficient time for Mr. Lorberbaum's new counsel to get up to speed on the issues and allegations raised in the 200 page Amended Complaint, Defendants have requested, and counsel for Lead Plaintiff has agreed, that the deadline for Defendants to move, answer, or otherwise respond to the Amended Complaint should be extended by sixty (60) days, to October 27, 2020.

7.    If Defendants move to dismiss the Amended Complaint, each stipulated date of the current briefing schedule on Lead Plaintiff filing an opposition to the

2

motion to dismiss and Defendants filing a reply in further support of their motion to dismiss shall be extended accordingly;

Defendants respectfully request that the Court enter the Proposed Second Modified Scheduling Order attached hereto.

Respectfully submitted this 20th day of August, 2020.

**PARKER, HUDSON, RAINER & DOBBS LLP**

/s/ William J. Holley_____
William J. Holley, II
Georgia Bar No. 362310
Scott E. Zweigel
Georgia Bar No. 786616
303 Peachtree Street N.E.
Atlanta, Georgia 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Emails: wholley@phrd.com
        szweigel@phrd.com

**MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC**

Richard D. Weinberg (*pro hac vice application forthcoming*)
William C. Kinder (*pro hac vice application forthcoming*)
565 Fifth Avenue
New York, New York 10017
Telephone: (212) 856-9600
Facsimile: (212) 856-9494
Email: rweinberg@maglaw.com
       wkinder@maglaw.com

**ALSTON & BIRD**

/s/ Robert R. Long_____
John L. Latham
Georgia Bar No. 438675
Robert R. Long
Georgia Bar No. 141546
Elizabeth Gingold Clark
Georgia Bar No. 917979
Courtney E. Quirós
Georgia Bar No. 527069
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Emails: john.latham@alston.com
        robert.long@alston.com
        elizabeth.clark@alston.com
        courtney.quiros@alston.com

*Counsel for Mohawk Industries, Inc.*

*Counsel for Jeffrey S. Lorberbaum*

## <u>LOCAL RULE 7.1D CERTIFICATION</u>

By signature below, counsel certifies that the foregoing document was

prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1B.

 */s/ Robert R. Long*

Robert R. Long
Georgia Bar No. 141546

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 20th day of August, 2020, I electronically filed the foregoing CONSENT MOTION TO MODIFY SCHEDULNG ORDER with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

This 20th day of August, 2020.

 */s/ Robert R. Long*

Robert R. Long
Georgia Bar No. 141546