**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>MOHAWK INDUSTRIES, INC. and JEFFREY S. LORBERBAUM,<br><br>    Defendants. | Civ. A. No. 4:20-00005-ELR |

## [PROPOSED] MODIFIED SCHEDULING ORDER

Upon consideration of the Consent Motion to Modify the Scheduling Order (the "Motion"), it is hereby ORDERED that:

1. Defendants shall move, answer, or otherwise respond to the Amended Complaint on or before October 27, 2020;

2. If Defendants move to dismiss the Amended Complaint, Lead Plaintiff shall have sixty (60) days from the filing of any motion(s) to dismiss to file opposition(s) to the motion(s) to dismiss;

3. Defendants shall have thirty (30) days from the filing of Lead Plaintiff's opposition to file reply briefs in further support of their motion(s) to dismiss.

SO ORDERED this ___ day of _____, 2020.

_____
HON. ELEANOR L. ROSS
UNITED STATES DISTRICT COURT JUDGE