# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>MOHAWK INDUSTRIES, INC. and JEFFREY S. LORBERBAUM,<br><br>            Defendants. | Civ. A. No. 4:20-00005-ELR |

## **MODIFIED SCHEDULING ORDER**

Upon consideration of the Consent Motion to Modify the Scheduling Order (the "Motion") [Doc. 44], it is hereby ORDERED that:

1. Defendants shall move, answer, or otherwise respond to the Amended Complaint on or before October 27, 2020;

2. If Defendants move to dismiss the Amended Complaint, Lead Plaintiff shall have sixty (60) days from the filing of any motion(s) to dismiss to file opposition(s) to the motion(s) to dismiss;

3. Defendants shall have thirty (30) days from the filing of Lead Plaintiff's opposition to file reply briefs in further support of their motion(s) to dismiss.

2

**SO ORDERED**, this 24th day of August, 2020.

*Eleanor L. Ross*
———————————————
ELEANOR L. ROSS
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF GEORGIA