# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>MOHAWK INDUSTRIES, INC. and JEFFREY S. LORBERBAUM,<br><br>     Defendants. | Civ. A. No. 4:20-00005-ELR |

## DEFENDANTS' MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

Pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. §§ 78u-4, *et seq.*, and Federal Rule of Civil Procedure 12(b)(6), Defendants Mohawk Industries, Inc. and Jeffrey S. Lorberbaum ("Defendants") hereby move to dismiss Plaintiff's Consolidated Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 37) (the "CC") with prejudice for the reasons set forth in the accompanying Memorandum of Law.

WHEREFORE, Defendants respectfully request that this Motion to Dismiss be granted and that the CC be dismissed in its entirety. A proposed order is attached for the Court's convenience.

1

Respectfully submitted this 27th day of October, 2020.

| | |
|---|---|
| **ALSTON & BIRD LLP** | **PARKER, HUDSON, RAINER & DOBBS LLP** |
| | |
| */s/ Robert R. Long*_____ | */s/ William J. Holley*_____ |
| John L. Latham | William J. Holley, II |
| Georgia Bar No. 438675 | Georgia Bar No. 362310 |
| Robert R. Long | Scott E. Zweigel |
| Georgia Bar No. 141546 | Georgia Bar No. 786616 |
| Elizabeth Gingold Clark | 303 Peachtree Street N.E. |
| Georgia Bar No. 917979 | Atlanta, Georgia 30308 |
| Courtney E. Quirós | Telephone: (404) 523-5300 |
| Georgia Bar No. 527069 | Facsimile: (404) 522-8409 |
| 1201 West Peachtree Street | Emails: wholley@phrd.com |
| Atlanta, Georgia 30309-3424 | szweigel@phrd.com |
| Telephone: (404) 881-7000 | |
| Facsimile: (404) 881-7777 | **MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC** |
| Emails: john.latham@alston.com | |
| robert.long@alston.com | |
| elizabeth.clark@alston.com | Richard D. Weinberg (*Appearing Pro Hac Vice*) |
| courtney.quiros@alston.com | William C. Kinder (*Appearing Pro Hac Vice*) |
| | 565 Fifth Avenue |
| *Counsel for Mohawk Industries, Inc.* | New York, New York 10017 |
| | Telephone: (212) 856-9600 |
| | Facsimile: (212) 856-9494 |
| | Email: rweinberg@maglaw.com |
| | wkinder@maglaw.com |
| | |
| | *Counsel for Jeffrey S. Lorberbaum* |

## **LOCAL RULE 7.1D CERTIFICATION**

By signature below, counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1C.

                                           *Robert R. Long*  
                                           Robert R. Long  
                                           Georgia Bar No. 141546

# CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of October, 2020, I electronically filed the foregoing DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

This 27th day of October, 2020.

                                              *Robert R. Long*
                                              Robert R. Long
                                              Georgia Bar No. 141546