# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MOHAWK INDUSTRIES, INC. and JEFFREY S. LORBERBAUM,<br><br>    Defendants. | Civ. A. No. 4:20-00005-ELR |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

This cause is before the Court on the Motion to Dismiss Plaintiff's Consolidated Class Action Complaint for Violations of the Federal Securities Laws by Defendants Mohawk Industries, Inc. and Jeffrey S. Lorberbaum ("Defendants"). Having considered Defendants' Motion to Dismiss and all other papers properly before the Court, **IT IS HEREBY ORDERED** as follows:

1. Defendants' Motion to Dismiss is **GRANTED**; and

2. Plaintiff's Consolidated Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 37) is dismissed with prejudice.

2

**SO ORDERED,** this _____ day of _____, 2020.

                                            _____
                                            Honorable Eleanor L. Ross
                                            United States District Court Judge