# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>MOHAWK INDUSTRIES, INC., et al.,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*   4:20-CV-00005-ELR<br>*<br>*<br>*<br>*<br>*<br>* |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the Parties [Doc. 65], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and Local Rules of this Court except as herein modified:

| Event | Proposed Deadline |
|---|---|
| Exchange of Rule 26 Initial Disclosures | November 29, 2021 |
| Substantial Completion of Document Productions[1] | April 8, 2022 |
| Class Certification Motion Due | January 26, 2022 |

---

[1] The Parties agree that they will produce documents on a rolling basis in advance of the substantial completion deadline. [See Doc. 65-2 at 2 n.1]. The Parties shall confer in good faith and endeavor to agree upon prioritized custodians and productions and interim deadlines for such productions.

| Class Certification Opposition Due | March 9, 2022 |
| --- | --- |
| Class Certification Reply Due | May 4, 2022 |
| Deadline to Complete Fact Discovery | August 22, 2022 |
| Rule 26(a)(2) Expert Disclosures and Reports | September 12, 2022 |
| Rule 26(a)(2) Rebuttal Expert Disclosures and Reports | October 12, 2022 |
| Expert Discovery Deadline | November 22, 2022 |
| Dispositive Motions Due | December 30, 2022 |
| Oppositions to Dispositive Motions Due | January 30, 2023 |
| Replies in Support of Dispositive Motions Due | February 27, 2023 |
| Joint Consolidated Pretrial Order Due | Forty-five (45) days after ruling(s) on dispositive motions |

**SO ORDERED**, this 16th day of November, 2021.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia