# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOHAWK INDUSTRIES, INC., and JEFFREY S. LORBERBAUM,<br><br>Defendants. | Civ. A. No. 4:20-cv-00005-ELR |

## DEFENDANTS' NOTICE OF SERVING INITIAL DISCLOSURES

Defendants Mohawk Industries, Inc. ("Mohawk") and Jeffrey S. Lorberbaum (collectively, "Defendants"), hereby notify the Court that they have served their Initial Disclosures by electronic and first class mail to all Counsel of Record on November 29, 2021, pursuant to Federal Rule of Civil Procedure 26(a), L.R. 26.1, and the Scheduling Order filed in the above-captioned action on November 12, 2021 (ECF No. 66).

Respectfully submitted this 29th day of November, 2021.

| | |
|---|---|
| **PARKER, HUDSON, RAINER & DOBBS LLP** | **ALSTON & BIRD** |

*/s/ William J. Holley, II*  
William J. Holley, II  
Georgia Bar No. 362310  
Scott E. Zweigel  
Georgia Bar No. 786616  
303 Peachtree Street N.E.  
Atlanta, Georgia 30308  
Telephone: (404) 523-5300  
Facsimile: (404) 522-8409  
Emails:  wholley@phrd.com  
         szweigel@phrd.com  

**MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC**

Richard D. Weinberg (*Appearing Pro Hac Vice*)  
William C. Kinder (*Appearing Pro Hac Vice*)  
565 Fifth Avenue  
New York, New York 10017  
Telephone: (212) 856-9600  
Facsimile: (212) 856-9494  
Email:  rweinberg@maglaw.com  
         wkinder@maglaw.com  

*Counsel for Jeffrey S. Lorberbaum*

*/s/ Robert R. Long*  
Robert R. Long  
Georgia Bar No. 141546  
Elizabeth Gingold Clark  
Georgia Bar No. 917979  
Courtney E. Quirós  
Georgia Bar No. 527069  
1201 West Peachtree Street  
Atlanta, Georgia 30309-3424  
Telephone: (404) 881-7000  
Facsimile: (404) 881-7777  
Emails:  robert.long@alston.com  
         elizabeth.clark@alston.com  
         courtney.quiros@alston.com  

*Counsel for Mohawk Industries, Inc.*

## LOCAL RULE 7.1D CERTIFICATION

By signature below, counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1B.

> */s/ Robert R. Long*
> Robert R. Long
> Georgia Bar No. 141546

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of November, 2021, I electronically filed the foregoing DEFENDANTS' NOTICE OF SERVING INITIAL DISCLOSURES with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

*/s/ Robert R. Long*
Robert R. Long
Georgia Bar No. 141546