# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOHAWK INDUSTRIES, INC., and JEFFREY S. LORBERBAUM,<br>Defendants. | Civil Action No. 4:20-cv-00005-ELR |

## LEAD PLAINTIFF'S NOTICE OF SERVICE OF INITIAL DISCLOSURES AND DOCUMENT REQUESTS

Lead Plaintiff Public Employees' Retirement System of Mississippi hereby notifies the Court that it (1) served Lead Plaintiff's Initial Disclosures to Counsel of Record on November 29, 2021; and (2) served Lead Plaintiff's First Set of Requests for the Production of Documents to Counsel of Record on November 12, 2021 pursuant to Federal Rule of Civil Procedure 26(a), L.R. 26.1.  Lead Plaintiff served Counsel of Record with these documents by electronic means, as well as delivered a copy of these documents to Counsel of Record by first class mail.

Respectfully submitted this 29th day of November, 2021.

DATED: November 29, 2021

/s/ *John C. Browne*
John C. Browne (admitted *pro hac vice*)
Alexander T. Payne (admitted *pro hac vice*)
**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York  10020
Tel: (212) 554-1400
Fax: (212) 554-1444
johnb@blbglaw.com
alex.payne@blbglaw.com

-and-

Jonathan D. Uslaner (admitted *pro hac vice*)
Richard D. Gluck (admitted *pro hac vice*)
Lauren M. Cruz (admitted *pro hac vice*)
2121 Avenue of the Stars
Los Angeles, California  90067
Tel: (310) 819-3470
jonathanu@blbglaw.com
rich.gluck@blbglaw.com
lauren.cruz@blbglaw.com

*Counsel for Lead Plaintiff Public Employees' Retirement System of Mississippi and Lead Counsel for the Class*

H. Lamar Mixson
Georgia Bar No. 514012
Amanda Kay Seals
Georgia Bar No. 502720
**BONDURANT MIXSON &
  ELMORE, LLP**
1201 West Peachtree Street NW
Suite 3900

Atlanta, GA  30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
mixson@bmelaw.com seals@bmelaw.com

*Liaison Counsel for Lead Plaintiff Public Employees' Retirement System of Mississippi*

John L. Davidson (admitted *pro hac vice*)
**DAVIDSON BOWIE, PLLC**
1062 Highland Colony Parkway
200 Concourse, Suite 275
Ridgeland, Mississippi 39157
Telephone:  (601) 932-0028
jdavidson@dbslawfirm.net

*Additional Counsel for Lead Plaintiff Public Employees' Retirement System of Mississippi*