**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>MOHAWK INDUSTRIES, INC. and JEFFREY S. LORBERBAUM,<br><br>        Defendants. | Civ. A. No. 4:20-cv-00005-ELR |

**DECLARATION OF JOHN C. BROWNE IN SUPPORT OF**
**LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, John C. Browne, declare as follows:

1.    I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"), which is the Court appointed Lead Counsel in this matter. I am a member in good standing in the Bar of the State of New York and am admitted *pro hac vice* before this court. I have personal knowledge of the matters set forth herein.

2.    I respectfully submit this Declaration, together with the attached Exhibits, in support of Lead Plaintiff's Motion for Class Certification, including the appointment of Class Representative and Class Counsel.

3.    Attached here as **Exhibit A** is the expert report of Michael L. Hartzmark, Ph.D.

4.    Attached here as **Exhibit B** is the Declaration of Ta'Shia Gordon in Support of Motion for Class Certification.

5.    Attached here as **Exhibit C** is Bernstein Litowitz's Firm Resume.

6.    As reflected in the Firm Resume, Bernstein Litowitz is among the most experienced securities class action law firms in the country. Bernstein Litowitz served as Lead Counsel in *In re WorldCom, Inc. Securities Litigation*, No. 02-cv-3288 (S.D.N.Y.), in which settlements were obtained for the class totaling in excess of $6 billion. Bernstein Litowitz also secured a resolution of $2.43 billion for the

class in *In re Bank of America Corp. Securities, Derivative & ERISA Litigation*, No. 09-md-2058 (S.D.N.Y.), a $1.06 billion recovery for the class in *In re Merck & Co., Inc. Securities, Derivative & "ERISA" Litigation*, No. 05-cv-1151 (D.N.J.), and a $730 million settlement on behalf of the class in *In re Citigroup Inc. Bond Action Litigation*, No. 08-cv-9522 (S.D.N.Y.).

7.      Courts in this District and Circuit have recognized Bernstein Litowitz as adequate and qualified class counsel in securities class actions, including in *In re Equifax Inc. Securities Litigation*, No. 1:17-cv-03463-TWT (N.D. Ga.), in which Bernstein Litowitz recovered $149 million for investors, in *In re: Rayonier Inc. Securities Litigation*, No. 3:14-cv-01395-TJC-JBT (M.D. Fla.), in which Bernstein Litowitz secured recovered $73 million for investors, and in *City of Sunrise General Employees' Retirement Plan v. FleetCor Technologies, Inc.*, No. 1:17-cv-02207-LMM (N.D. Ga.), in which Bernstein Litowitz secured recoveries of approximately $50 million for investors.

8.      Courts have also recognized Bernstein Litowitz's advocacy.  For example, in *In Re MasTec, Inc. Securities Litigation*, the Hon. Federico A. Moreno of the Southern District of Florida recognized Bernstein Litowitz's "vast experience in securities cases."  *In Re MasTec, Inc. Sec. Litig.*, No. 1:04-cv-20886-FAM, ECF No. 145 at 3 (S.D. Fla. Nov. 7, 2006).  In the *Clarent Corp. Securities Litigation*, the

court described Bernstein Litowitz's trial presentation as exhibiting "great civility and the highest professional ethics." *In re Clarent Corp. Sec. Litig.*, Master Case No. C 01-3361, Trial Tr. (Vol. 17) at 2611:19-20, ECF No. 482 (N.D. Cal. Feb. 17, 2005) (Breyer, J.).  Another court has noted that Bernstein Litowitz takes its "responsibilities to the court very seriously" (*In re Openwave Systems Sec. Litig.*, 07-cv-1309 (DLC), Tr. at 26:22-23, ECF No. 163 (S.D.N.Y.) (Feb. 27, 2009)); and has described its advocacy as being performed "at every juncture with integrity and competence" (*In re WorldCom, Inc. Sec. Litig.*, 2004 WL 2591402, \*17 (S.D.N.Y. Nov. 12, 2004)).

9.     Attached here as **Exhibit D** is an order issued by the United States District Court for the Northern District of California in an unrelated action where Bernstein Litowitz had been serving as Lead Counsel for the plaintiff in that case, SEB Investment Management AB, and Class Counsel for the certified Class.  *See SEB Inv. Mgmt. AB v. Symantec Corp.*, 2021 WL 1540996 (N.D. Cal. Apr. 20, 2021). As reflected in the order, counsel for an unsuccessful lead plaintiff movant in that case raised questions about Bernstein Litowitz's hiring of a former employee of the Lead Plaintiff.  Following discovery and extensive briefing, the court found that the evidence did not establish a *quid pro quo*, and allowed Bernstein Litowitz to continue as Class Counsel.  *See id.* at \*1-2.  The court nevertheless ordered Bernstein

Litowitz to bring the order to the attention of any court in which Bernstein Litowitz seeks appointment as class counsel, and also to the decision-maker for the proposed lead plaintiff who is selecting class counsel. *See id.* at \*2. Bernstein Litowitz has provided the order to Lead Plaintiff Public Employees' Retirement System of Mississippi ("MissPERS") and discussed the order's content and circumstances with it. Lead Plaintiff has considered the order and reaffirmed its selection of Bernstein Litowitz to represent it and serve as Class counsel.

10. Since the inception of this litigation, Bernstein Litowitz has vigorously prosecuted this action for the benefit of Lead Plaintiff and the Class. Bernstein Litowitz's efforts have included, among other things, (i) conducting a thorough investigation; (ii) drafting a detailed amended complaint; (iii) overcoming Defendants' hard-fought motion to dismiss; (iv) propounding discovery on defendants, including document requests and interrogatories; and (v) serving document subpoenas to various non-parties who possess relevant information. Lead Counsel is committed to continue to vigorously prosecute the action for the benefit of Lead Plaintiff and the Class.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of January, 2022, in New York, New York.

/s/ John C. Browne
John C. Browne