# Exhibit B

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOHAWK INDUSTRIES, INC. and JEFFREY S. LORBERBAUM<br><br>Defendants. | Civ. A. No. 4:20-cv-00005-ELR |

## DECLARATION OF TA'SHIA GORDON IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Ta'Shia Gordon, hereby declare as follows:

1.      I respectfully submit this declaration in support of the motion of Lead Plaintiff Public Employees' Retirement System of Mississippi ("MissPERS") for class certification, appointment as Class representative, and appointment of Class counsel. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.      I am the Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi and am authorized to make this Declaration on the behalf of MissPERS. MissPERS is a governmental, defined-benefit pension fund established for the benefit of the current and retired employees of the State of Mississippi. MissPERS is responsible for the retirement income of the employees of the State, including current and retired employees of the State's public-school districts, municipalities, counties, community colleges, state universities, libraries and water districts. MissPERS provides benefits to over 112,000 retirees and beneficiaries, manages over $35.2 billion in net assets for its beneficiaries, and is responsible for providing retirement benefits to more than 145,000 active members. MissPERS purchased a significant amount of shares of Mohawk common stock during the Class Period alleged in the above-captioned

action, and suffered losses when Mohawk's stock price declined following the disclosure alleged in the Complaint. *See* ECF No. 1-1.

3. MissPERS understands that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was intended to encourage institutional investors and others with meaningful losses to direct securities class actions. As a Lead Plaintiff and proposed Class representative, MissPERS – an institutional investor – has been and will continue to be committed to vigorously prosecuting this litigation. MissPERS intends to obtain the largest recovery for the proposed Class consistent with good faith and sound judgment.

4. MissPERS has diligently pursued the effective prosecution of this Action and actively monitored its progress. Among other things, it has authorized the filing of the motion seeking to be appointed Lead Plaintiff, reviewed the Complaint and various pleadings, propounded document discovery, and third-party subpoenas, and communicated with counsel concerning the case. As Class representative, MissPERS would continue to diligently pursue the effective prosecution of the Action.

5. MissPERS understands that it owes a fiduciary duty to all members of the Class it represents to provide fair and adequate representation, and to continue to work actively with Class counsel in order to prosecute this action in the interests

of the Class members it represents and to try to obtain the best outcome for them, consistent with good faith and sound judgment.

6.     MissPERS seeks appointment of Bernstein Litowitz Berger & Grossmann LLP as Class counsel for the proposed Class based on its substantial experience and expertise in prosecuting securities class actions. MissPERS believes that Bernstein Litowitz possesses the necessary experience and financial and human resources to prosecute this case vigorously and effectively on behalf of the proposed Class.

7.     Bernstein Litowitz has provided the order in *SEB Inv. Mgmt. AB v. Symantec Corp.*, 2021 WL 1540996 (N.D. Cal. Apr. 20, 2021) to me. Bernstein Litowitz has discussed the order's content and circumstances with me. MissPERS has considered the order and reaffirmed its selection of Bernstein Litowitz as Class counsel, and has authorized the filing of this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 26th day of January, 2022.

DATED: January 26, 2022

Ta'Shia Gordon
Special Assistant Attorney General in the
Office of the Attorney General of the State

- 3 -

- 4 -

of Mississippi on behalf of the
*Public Employees' Retirement System of*
*Mississippi*