**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>    v.<br><br>MOHAWK INDUSTRIES, INC., and JEFFREY S. LORBERBAUM,<br><br>              Defendants. | Civ. A. No. 4:20-00005-ELR |

## <u>CONSENT MOTION TO MODIFY SCHEDULING ORDER</u>

Defendants Mohawk Industries, Inc. and Jeffrey S. Lorberbaum (collectively,

"Defendants") by and through their undersigned counsel, respectfully submit this

consent motion to modify the deadline for Defendants to respond to Lead Plaintiff's

Motion for Class Certification, Appointment of Class Representative, and

Appointment of Class Counsel ("Motion for Class Certification") (DCKT #78).

In support of this Motion, Defendants state the following:

1.    Lead Plaintiff Public Employees' Retirement System of Mississippi

("Lead Plaintiff") filed its Motion for Class Certification on January 26, 2022.

2. Pursuant to the Court's November 16, 2022 Scheduling Order, Defendants have until March 9, 2022 to respond to the Motion for Class Certification and such time has not yet passed. (DCKT #66.)

3. The deposition of Lead Plaintiff is scheduled for March 2, 2022.

4. Defendants anticipate the need to seek additional discovery from third-party advisors to Lead Plaintiff related to their class certification opposition.

5. The requested relief will not alter the remaining case schedule.

6. Defendants and Lead Plaintiff have conferred and agree to an extension of the deadlines for the remaining briefing on Plaintiff's Motion for Class Certification in the current Scheduling Order to accommodate the schedules for depositions, including third-party advisors to Lead Plaintiff, as follows:

   a. Defendants shall file and serve their response in opposition to the Motion for Class Certification on or before April 13, 2022; and

   b. Lead Plaintiff shall file and serve any reply brief in support of its Motion for Class Certification on or before June 8, 2022.

WHEREFORE, Defendants respectfully request that the Court enter the Proposed Order attached hereto.

Respectfully submitted this 22nd day of February, 2022.

[SIGNATURES ON FOLLOWING PAGE]

2

**PARKER, HUDSON, RAINER & DOBBS LLP**

*/s/ William J. Holley, II*
William J. Holley, II
Georgia Bar No. 362310
Scott E. Zweigel
Georgia Bar No. 786616
303 Peachtree Street N.E.
Atlanta, Georgia 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Emails: wholley@phrd.com
       szweigel@phrd.com

**MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC**

Richard D. Weinberg (*Appearing Pro Hac Vice*)
William C. Kinder (*Appearing Pro Hac Vice*)
565 Fifth Avenue
New York, New York 10017
Telephone: (212) 856-9600
Facsimile: (212) 856-9494
Emails: rweinberg@maglaw.com
      wkinder@maglaw.com

*Counsel for Jeffrey S. Lorberbaum*

**ALSTON & BIRD**

*/s/ Robert R. Long*
Robert R. Long
Georgia Bar No. 141546
Elizabeth Gingold Clark
Georgia Bar No. 917979
Courtney E. Quirós
Georgia Bar No. 527069
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Emails: robert.long@alston.com
      elizabeth.clark@alston.com
      courtney.quiros@alston.com

*Counsel for Mohawk Industries, Inc.*

3

## <u>LOCAL RULE 7.1D CERTIFICATION</u>

By signature below, counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1B.

*/s/ Robert R. Long*
Robert R. Long
Georgia Bar No. 141546

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of February, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

This 22nd day of February, 2022.

*/s/ Robert R. Long*
Robert R. Long
Georgia Bar No. 141546