**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Civ. A. No. 4:20-00005-ELR |
| v. | |
| MOHAWK INDUSTRIES, INC. and JEFFREY S. LORBERBAUM, | |
| Defendants. | |

## [PROPOSED] MODIFIED SCHEDULING ORDER

Upon consideration of the Consent Motion to Modify Scheduling Order (the "Motion"), it is hereby ORDERED that:

1.    Defendants shall respond to Lead Plaintiff's Motion for Class Certification, Appointment of Class Representative, and Appointment of Class Counsel ("Motion for Class Certification") (DCKT #78) on or before April 13, 2022;

2.    Lead Plaintiff shall file its reply brief in further support of its Motion for Class Certification on or before June 8, 2022.

SO ORDERED this ___ day of _____, 2022.

HON. ELEANOR L. ROSS
UNITED STATES DISTRICT COURT JUDGE