IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

PUBLIC EMPLOYEES' RETIREMENT
SYSTEM OF MISSISSIPPI, individually
and on behalf of all others similarly
situated,

          Plaintiff,

v.

MOHAWK INDUSTRIES, INC. and
JEFFREY S. LORBERBAUM,

          Defendants.

Civil Action No.
4:20-cv-00005-ELR

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Lead Plaintiff Public Employees' Retirement System of Mississippi ("Lead

Plaintiff") and Defendants Mohawk Industries, Inc. and Jeffrey S. Lorberbaum

(collectively, "Defendants" and, with Lead Plaintiff, "Parties") by and through their

undersigned counsel, respectfully submit this joint motion to modify the deadlines

set forth in the Scheduling Order dated November 16, 2021 [Dkt. No. 66] (the

"Scheduling Order") other than those previously modified in the Amended Scheduling Order.[1]

In support of this Motion, the Parties state the following:

1.      The Parties have been working diligently to follow the discovery-related deadlines in the Scheduling Order, including the April 8, 2022 deadline for substantial completion of document productions.  The Parties have each served extensive document requests, served numerous third-party subpoenas, exchanged written discovery, and made significant document productions.  The Parties each state that they have worked diligently and in good faith during the discovery process and, through a series of productive meet-and-confer sessions, have been able to productively resolve discovery disputes without court intervention.

2.      The Parties agree that additional time is necessary to complete discovery, including to provide the Parties sufficient time to conduct additional, agreed-upon document searches; address certain ongoing discovery disputes through the meet-and-confer process and, if unsuccessful, through court intervention; and

---

[1] The Court entered an Amended Scheduling Order on February 23, 2022 [Dkt. No. 83] ("Amended Scheduling Order"), which altered only the deadline for Defendants' Opposition to Class Certification and Lead Plaintiff's Reply in support of its Motion for Class Certification, but did not alter any other deadlines set forth in the Scheduling Order.  The present Joint Motion does not impact the dates ordered in Dkt. No. 83.

analyze the additional documents produced and written discovery provided.  The

Parties agree that the additional time is necessary to promote an orderly and efficient

fact discovery process, including by ensuring that the relevant documents are

produced and analyzed in advance of the more than twenty depositions anticipated

in this matter.

3.      For these reasons, the Parties respectfully submit that good cause exists

to modify the Scheduling Order to extend the time period for fact discovery for the

purpose of allowing the Parties the additional time necessary to complete the

remaining fact discovery.

4.      Accordingly, the Parties respectfully request that the Court enter the

[Proposed] Second Amended Scheduling Order attached hereto establishing the

following amended deadlines:

| Event | Proposed Deadline |
| --- | --- |
| Substantial Completion of Document Productions | August 12, 2022 |
| Deadline to Complete Fact Discovery | December 22, 2022 |
| Rule 26(a)(2) Expert Disclosures and Reports Due | January 23, 2023 |

| Rule 26(a)(2) Rebuttal Expert Disclosures and Reports Due | February 22, 2023 |
|---|---|
| Expert Discovery Deadline | March 24, 2023 |
| Dispositive Motions Due | April 24, 2023 |
| Oppositions to Dispositive Motions Due | May 24, 2023 |
| Replies in Support of Dispositive Motions Due | June 23, 2023 |
| Joint Consolidated Pretrial Order Due | Forty-five (45) days after ruling(s) on dispositive motions |

Respectfully submitted this 8th day of April, 2022.

**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**

 */s/ John C. Browne*
John C. Browne (*admitted pro hac vice*)
Alexander T. Payne (*admitted pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
johnb@blbglaw.com
alex.payne@blbglaw.com

-and-

Jonathan D. Uslaner (*admitted pro hac vice*)

Richard D. Gluck (*admitted pro hac vice*)
Lauren M. Cruz (*admitted pro hac vice*)
2121 Avenue of the Stars, Suite 2575
Los Angeles, California 90067
Telephone: (310) 819-3470
jonathanu@blbglaw.com
rich.gluck@blbglaw.com
lauren.cruz@blbglaw.com

*Counsel for Lead Plaintiff Public*
*Employees' Retirement System of*
*Mississippi and Lead Counsel for the Class*

**DAVIDSON BOWIE, PLLC**

John L. Davidson (*admitted pro hac vice*)
1062 Highland Colony Parkway
200 Concourse, Suite 275
Ridgeland, Mississippi 39157
Telephone: (601) 932-0028
jdavidson@dbslawfirm.net

*Additional Counsel for Lead Plaintiff Public*
*Employees' Retirement System of*
*Mississippi*

| **PARKER, HUDSON, RAINER & DOBBS LLP** | **ALSTON & BIRD** |
|---|---|
| */s/ William J. Holley, II* | */s/ Robert R. Long* |
| William J. Holley, II | Robert R. Long |
| Georgia Bar No. 362310 | Georgia Bar No. 141546 |
| Scott E. Zweigel | Elizabeth Gingold Clark |
| Georgia Bar No. 786616 | Georgia Bar No. 917979 |
| 303 Peachtree Street N.E. | Courtney E. Quirós |
| Atlanta, Georgia 30308 | Georgia Bar No. 527069 |
| Telephone: (404) 523-5300 | Charlotte M. Bohn |

Facsimile: (404) 522-8409
Emails: wholley@phrd.com
        szweigel@phrd.com

**MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO PC**

Richard D. Weinberg (*Appearing Pro Hac Vice*)
William C. Kinder (*Appearing Pro Hac Vice*)
565 Fifth Avenue
New York, New York 10017
Telephone: (212) 856-9600
Facsimile: (212) 856-9494
Emails: rweinberg@maglaw.com
        wkinder@maglaw.com

*Counsel for Jeffrey S. Lorberbaum*

Georgia Bar No. 657525
Sierra P. Shear (*Appearing Pro Hac Vice*)
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Emails: robert.long@alston.com
        elizabeth.clark@alston.com
        courtney.quiros@alston.com
        charlotte.bohn@alston.com
        sierra.shear@alston.com

*Counsel for Mohawk Industries, Inc.*

## <u>LOCAL RULE 7.1D CERTIFICATION</u>

By signature below, counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1B.

*/s/ Robert R. Long*
Robert R. Long
Georgia Bar No. 141546

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date I electronically filed the foregoing JOINT MOTION TO AMEND SCHEDULING ORDER with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

This 8th day of April, 2022.

**ALSTON & BIRD**

*/s/ Robert R. Long*

Robert R. Long
Georgia Bar No. 141546