IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

PUBLIC EMPLOYEES' RETIREMENT
SYSTEM OF MISSISSIPPI, individually
and on behalf of all others similarly
situated,

        Plaintiff,

v.

MOHAWK INDUSTRIES, INC. and
JEFFREY S. LORBERBAUM,

        Defendants.

Civil Action No.
4:20-cv-00005-ELR

## [PROPOSED] SECOND AMENDED SCHEDULING ORDER

Upon review of the information contained in the Joint Motion to Amend Scheduling Order filed by the Parties, the Court orders that the below deadlines set forth in the Scheduling Order are modified as follows:

| Event | [Proposed] Deadline |
|---|---|
| Substantial Completion of Document Productions | August 12, 2022 |
| Deadline to Complete Fact Discovery | December 22, 2022 |

| | |
|---|---|
| Rule 26(a)(2) Expert Disclosures and Reports Due | January 23, 2023 |
| Rule 26(a)(2) Rebuttal Expert Disclosures and Reports Due | February 22, 2023 |
| Expert Discovery Deadline | March 24, 2023 |
| Dispositive Motions Due | April 24, 2023 |
| Oppositions to Dispositive Motions Due | May 24, 2023 |
| Replies in Support of Dispositive Motions Due | June 23, 2023 |
| Joint Consolidated Pretrial Order Due | Forty-five (45) days after ruling(s) on dispositive motions |

**SO ORDERED,** this _____ day of _____, 2022.

_____
The Honorable Eleanor L. Ross
United States District Judge
Northern District of Georgia