IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

PUBLIC EMPLOYEES' RETIREMENT
SYSTEM OF MISSISSIPPI, individually
and on behalf of all others similarly
situated,

            Plaintiff,

v.

MOHAWK INDUSTRIES, INC. and
JEFFREY S. LORBERBAUM,

            Defendants.

Civil Action No.
4:20-cv-00005-VMC

**DECLARATION OF ROBERT LONG IN SUPPORT OF DEFENDANTS'
MEMORANDUM OF LAW IN OPPOSITION TO LEAD PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION, APPOINTMENT AS CLASS
<u>REPRESENTATIVE, AND APPOINTMENT OF CLASS COUNSEL</u>**

I, Robert R. Long, declare as follows:

1.     I am over 18 years of age and am competent to testify as to the matters stated in this Declaration. I am a member of good standing of the Georgia and California bars and have been admitted to practice in this Court. I am a member at the law firm of Alston & Bird LLP and am counsel for Defendant Mohawk Industries, Inc. I hereby submit this Declaration in support of Defendants' Memorandum of Law in Opposition to Lead Plaintiff's Motion for Class

1

Certification, Appointment as Class Representative, and Appointment of Class

Counsel. I have personal knowledge of the facts set forth herein.

2.     Attached as Exhibits A through L to this Declaration are true and

correct copies of the following documents:

- **Exhibit A**:  Expert report of Lucy P. Allen, dated April 13, 2022.

- **Exhibit B**: Excerpts from the February 25, 2022, deposition of MissPERS Through its Representative Michael Hartzmark, Ph.D.

- **Exhibit C**: Excerpts from the March 2, 2022, Rule 30(b)(6) deposition of MissPERS Through its Representative Ta'Shia Gordon.

- **Exhibit D**: Excerpts from the March 2, 2022, Rule 30(b)(6) deposition of MissPERS Through its Representative Robert Clark.

- **Exhibit E**: Excerpts from the April 6, 2022, Rule 30(b)(6) deposition of Eagle Capital Management, LLC Through its Representative Adrian Meli.

- **Exhibit F**: Confidential document Bates-stamped ECM0019690.

- **Exhibit G**: Confidential document Bates-stamped ECM0018306.

- **Exhibit H**: Confidential document Bates-stamped ECM0017842.

- **Exhibit I**: Confidential document Bates-stamped ECM0026144.

- **Exhibit J**: Confidential document Bates-stamped ECM0019762.

- **Exhibit K**: Excerpts of a spreadsheet Bates-stamped MOHAWK-MISSPERS-0002356.

- **Exhibit L**: Confidential document Bates-stamped MHK-SCA-00012544.

3.     Pursuant to 26 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on April 13, 2022, in Atlanta, Georgia.

_____

Robert R. Long
Georgia Bar No. 141546

## <u>LOCAL RULE 7.1D CERTIFICATION</u>

By signature below, counsel certifies that the foregoing document was
prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1C.

/s/ Robert R. Long
Robert R. Long
Georgia Bar No. 141546

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that the foregoing was filed with the clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all Counsel of Record.

This 13th day of April, 2022.

/s/ Robert R. Long
Robert R. Long
Georgia Bar No. 141546