# Exhibit C

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ROME DIVISION

CIVIL ACTION FILE NO.:   4:20-cv-00005-ELR

PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF

MISSISSIPPI, individually and on behalf

of all others similarly situated,

        Plaintiffs,

v.

MOHAWK INDUSTRIES, INC., and JEFFREY S.

LORBERBAUM,

        Defendants.

REMOTE VIDEOCONFERENCE VIDEOTAPED

DEPOSITION TESTIMONY OF:

30(b)(6) TA'SHIA GORDON

March 2, 2022

Page 27

Q.    Do you know if any of the individuals referred to as FEs in the amended complaint have recanted their statements?

MR. BROWNE:    I'm going to object to that.

And I'm going to instruct the witness, if you've learned information through counsel, that's privileged and you can't answer it.    If you know independent from anything that you've learned from counsel, you can answer.

And I also object to the question as being vague.

So you can answer if you know something, Ms. Gordon, that you learned outside of counsel.    But if you learned information from counsel communications, I instruct you not to answer.

A.    Well, I would have discussed that with counsel, so I don't think I can go into the detail of those conversations.    But I'm -- I know that

Page 28

they have talked to witnesses.

Q.   I'm sorry, I didn't hear that last part.  What did you --

A.   I know that they have talked to confidential witnesses.  As far as recanting or any of that, you know, I wouldn't know the substance of that.

Q.   All right.  What is Mississippi's role as lead plaintiff in this case?

A.   Well, as lead plaintiff, we're charged to, you know, supervise and monitor our lead counsel and to, you know, litigate the case and do what is in the best interest of the class.

Q.   And when did Mississippi make the decision to pursue appointment as lead plaintiff in this case?

A.   Well, I believe the case was filed in early January of 2020 or something, so I'm certain that there would have been discussions either in November or December regarding, you know,

Case 4:20-cv-00005-VMC    Document 88-4    Filed 04/13/22    Page 5 of 21
30(b)(6) Ta'Shia Gordon                                    March 2, 2022
Public Employees' Retirement System of Mississippi

Page 29

going forward with the case.

Q.    And who would have participated in those discussions?

A.    Well, in the previous administration, it would have been Dunn Kilgore, the chief of staff, as well as special assistant attorney generals George Neville or -- well, I take that back.  It would have been -- yeah, if they had not retired.  I'm trying to recall exactly when they retired.  But they were in charge of, you know, outside counsel cases and making the recommendations to the attorney general.

Q.    Can you tell me a little bit about that process for making recommendations to the attorney general?  Is there a formal recommendations process or an approval process?

A.    Well, as I stated before, we have monitoring firms.  So, you know, and they handle monitoring agreements to monitor, you know, MPERS investments.

Page 30

And generally, they would present a proposal, you know, alerting, you know, that team that I just referenced about a potential case, and a memorandum would have been submitted.  It would have been either a phone call or via conference call or a meeting in person where a presentation would have been given laying out the merits of the case, analyzing the case.  And based on that, a recommendation would have been submitted to the attorney general as to whether or not to pursue the litigation.  And ultimately, the attorney general will make that decision.

Q.    And you mentioned that Bernstein, your counsel in this case, is one of those monitoring firms; right?

A.    Yes.

Q.    Do you have an underlying monitoring agreement with Bernstein?

A.    It's my understanding Bernstein Litowitz has been a monitoring firm for a

Page 31

number of years, so there would have been
a monitoring agreement in place I know
for many years, at least over ten years.

Q.   And have you, in the course of
having Bernstein as a -- as a monitoring
firm, has Mississippi ever received a
presentation about a potential --
potential case and declined pursuing it?

A.   Well, we -- we receive
proposals, but we evaluate those cases.
And that standard is given by statute.
We have to, you know, look at the
complexity of the case, where it would be
filed, the merits of the case, you know,
in determining whether or not to proceed
with litigation.  And, I mean, it could
have been a possibility that cases had
been presented and, you know, the
attorney general decided not to pursue
it.

Q.   What was that statute that you
mentioned?

A.   It starts in 751.  It talks

Case 4:20-cv-00005-VMC   DOCUMENT 88-4   FILED 04/13/22   Page 8 of 21
30(b)(6) Ta'Shia Gordon                          March 2, 2022
Public Employees' Retirement System of Mississippi

Page 32

about the attorney general's authority. And then I think 757, 759, it talks about the contingency fee arrangements and all of that. But it begins at, you know, the section 751. It's in the statute.

Q. And since you've been in your current role, have you been a part of any monitoring agreement presentations where Mississippi has declined to pursue the case?

A. Yes. But I don't know if -- do you mean from Bernstein Litowitz or just generally?

Q. From Bernstein.

A. I'm trying to think. None that I can remember come to mind, but I do know that we have decided not to go forward with some cases.

Q. And that's based on the factors in that statute you referenced?

A. Yes. It's a case analysis of -- and, you know, an analysis of the firm's ability to, you know, handle the case.

30(b)(6) Ta'Shia Gordon                          March 2, 2022
Public Employees' Retirement System of Mississippi

Page 33

Q.   How many times has Mississippi sought to serve as a lead plaintiff or class representative in any securities fraud action in the past five years?

A.   In the past five years?  It's been several cases.  I mean, I can't exactly say how many.  Like I told you, it changes from time to time.  But there have been cases filed within the last five years.

Q.   Do you have a rough estimate, just a guess?

A.   I really don't want to make a rough estimate.  But as I stated before, it ranges, you know, anywhere between, you know, 18 or 20 cases that we may have on the docket at a time.  Sometimes it can be fewer than that.  It just depends on, you know, the case and the status of the litigation, how it's going.

Q.   In how many of those roughly 18 to 20 cases has Bernstein been counsel?

A.   I know they've been lead counsel

Page 34

in several cases, but I would have to, you know, look at my docket sheet to verify that.

Q.    Do you think it's about half? More than half?

A.    I wouldn't say that.  I mean, they have several cases, but we have other monitoring firms as well.

Q.    Can you give me some examples of those other monitoring firms?

A.    We have Labaton.  We have Wolf Popper.  Lieff Cabraser, Grant & Eisehnofer, Berger Montague.  I'm trying to think.  I'd have to look at the list, but -- oh, the Barracks law firm.  It's several.  I'm sorry.  I would probably have to refresh my memory as to -- we generally have between eleven and thirteen monitoring firms at a time.

Q.    I'm going to introduce the January 3rd, 2020, complaint with plaintiff certification.  And we're going to mark that as Defendant's Exhibit 9, I

Case 4:20-cv-00005-VMC    Document 88-4    Filed 04/13/22    Page 11 of 21
30(b)(6) Ta'Shia Gordon                        March 2, 2022
Public Employees' Retirement System of Mississippi

Page 59

you've spoken with your counsel on the phone about this case?

A.    Several times, I mean, throughout the litigation, either on the phone or via Zoom, conference calls.

Q.    Did Mississippi do any of its own investigation into the allegation that Mohawk violated the securities laws?

A.    We have the monitoring firms. And as, you know, lead counsel for the case, we rely on them to conduct the investigation.

Q.    So Mississippi didn't conduct its own investigation in this case?

A.    Outside counsel does a thorough investigation prior to the filing of the case and throughout the litigation process of whatever, you know, needs to be done in terms of that.

Q.    Do you know if anyone at Mississippi reviewed any of Mohawk's public filings or conference call transcripts or press releases before

Page 60

engaging Bernstein in this case?

A.    Not that I'm aware of, not that -- not that I can recall.

Q.    Was Bernstein the only monitoring firm to make a presentation to you concerning Mohawk and concerning the allegations in this complaint?

A.    As far as to my knowledge, yes.

Q.    Did Mississippi consider any other firms aside from the ones that have appeared in this action to represent it in this case?

A.    It's my understanding that a presentation -- a proposal would have been sent in the previous administration. The monitoring firm that presented the proposal would then schedule it for presentation. And if it was, you know, determined that the attorney general wanted to pursue the litigation, then it was pursued after, you know, that discussion and based on the attorney general's recommendation whether or not

30(b)(6) Ta'Shia Gordon                                    March 2, 2022
Public Employees' Retirement System of Mississippi

Page 61

to pursue it.

Q.    So other firms wouldn't have been considered.  It would have just been the firm that presented that -- that proposal under the monitoring agreement.  Is that right?

A.    Well, from what I recall, it would have -- it would have been the -- you know, they had presented a proposal.  There could have been other alerts or proposals received.  But once they submitted first, the first to present their proposal, and if it was decided based upon their analysis of the case to go forward, then the case would have proceeded based on the recommendation.

Q.    So, is there a prioritization in terms of first in time, the first firm to present the proposal?

A.    There was in the previous administration.

Q.    I see.  And that's the administration that selected Bernstein

Case 4:20-cv-00005-VMC    Document 88-4    Filed 04/13/22    Page 14 of 21
30(b)(6) Ta'Shia Gordon                                    March 2, 2022
Public Employees' Retirement System of Mississippi

Page 62

for this action?

A.    Correct.

Q.    Okay.

A.    The process would have been --
would have begun prior to General Fitch's
tenure.

Q.    How did -- how is the current
administration handling that?

A.    Currently, the policy is
utilizing those factors that we discussed
is all monitoring firms are given the
opportunity to present their proposal,
and those proposals are evaluated.  And
based upon the case analysis and the firm
evaluation, a recommendation is made by
myself and Tricia.  And sometimes the
consumer director, Crystal Utley Secoy
will, you know, chime in and, you know,
offer a response in terms of us, you
know, submitting it to the attorney
general's chief of staff and the attorney
general for a recommendation as to
whether or not to proceed.

Page 63

Q.    And why is --

A.    So the process is --

Q.    I'm sorry, go ahead.

A.    -- a little different, but it's still based on the same factors.  It's just, you know, we look at all proposals presented.

Q.    And why did the current administration make that change?

A.    It was a decision of the attorney general.  I can't state as to why she made it.  It was the decision that she made.  And it was pretty much the same process.  It was just, you know, everyone could present a proposal, and all proposals would be evaluated.

Q.    Under the new process, all proposals; but under the earlier process, it was first in time.  Right?  Just making sure I'm following.

A.    Yes.

Q.    Okay.  I'd like to introduce the declaration of John Browne that was

Page 64

submitted in support of class certification.  And we're going to mark that as Defendant's Exhibit 11, I believe.  And just let me know when you have it.

(Defendant Exhibit 11 was marked for identification and is attached.)

A.    Okay.

Q.    Okay.  Have you seen this declaration before?

(Witness reviews document.)

A.    I believe I have.

Q.    When would you have seen it?

A.    I would have seen it in -- you know, in the review of, you know, the filings for the case.

Q.    Did you see this before it was submitted?

A.    Yes.  Our policy is that we, you know, review filings and pleadings and documents prior to filing.

Q.    Would you scroll down to page 4 and take a look at paragraph 9.

Page 65

A.   Yes, I see.

Q.   And do you see the reference there to the Symantec case from the Northern District of California?

A.   Yes.

Q.   And that paragraph says that the Northern District of California required Bernstein to bring that order to the attention of any Court in which it seeks appointment as class counsel and also the decision-maker for the proposed lead plaintiff; right?

A.   Yes.

Q.   Are you familiar with that Northern District of California order?

A.   I am.

Q.   Okay.  We're going to introduce that order which was Exhibit D to the Browne declaration as Exhibit No. 12. Just let me know when you see that.  It should be up now.

(Defendant's Exhibit 12 was marked for identification and is attached.)

Page 66

A.    Okay.  Thank you.  Okay.

Q.    Okay.

MR. BROWNE:  I'm sorry, can you just wait one second.  Mine -- oh, it just came up.  I'm good.

Q.    And do you see where it says page 3 of 3 there?  Actually, I think it's page 2 of the order at the top.

A.    Uh-huh.

Q.    Where it says -- the Court says that "while no clear-cut evidence of a quid pro quo emerged, discovery showed that BLBG's" -- which is Bernstein's -- "initial explanation to the Court" was misleading?

A.    I see that.

Q.    Okay.  And let's go back to Exhibit 11, the Browne declaration, back to that paragraph 9.  And if you scroll to page 5 of 6.

A.    Okay.

Q.    It goes on to say that lead plaintiff considered the order that we

Page 67

were just looking at and reaffirmed its

selection of Bernstein; right?

A.   Yes.

Q.   And were you the personal -- the

person responsible for considering that

order on behalf of Mississippi?

A.   Well, ultimately, it was the

attorney general's decision, but I was

made aware of the decision in early of --

early 2021.

Q.   You were made aware of the

Northern District of California decision

in early 2021.  Is that what --

A.   Yes.

Q.   -- you're saying?

A.   Yes.

Q.   And were you involved in the

attorney general's decision with respect

to this order?

A.   Which order?

Q.   With respect to its reaffirming

Bernstein in light of the Northern

District of California order.

Page 68

A.    I'm certain that the attorney general was made aware of it.  I received a copy of the decision early in 2021 and spoke to Hannah Ross at Bernstein Litowitz regarding it.  And it was also discussed, you know, with the attorney general, so.

Q.    Okay.  And we're going to introduce your declaration, which was Exhibit B to the Browne document we just looked at.  And we're going to mark that as Defendant's Exhibit 13.  Let me know when you have that up.

You see it?

(Defendant's Exhibit 13 was marked for identification and is attached.)

A.    Yes.

Q.    And this is your declaration in support of class certification; right?

A.    Correct.

Q.    Okay.  And then turning to paragraph 7, it's page 5 of 6 on this document.  You wrote that Bernstein

Page 69

provided that Northern District of California order to you; right?

A.    Uh-huh.

Q.    And you said you were provided that order in early 2021?

A.    Uh-huh.

Q.    You wrote that Mississippi reaffirmed its selection of Bernstein. Was that reaffirmation made in writing?

A.    It was made in the writing of this declaration, so it's -- it's been reaffirmed.

Q.    Sure.  But this declaration is dated January 2022; right?

A.    Yes.

Q.    And you said you reviewed the order in early 2021; right?

A.    I did.  It was sent to me by Hannah Ross at Bernstein Litowitz, making me aware of the decision in the case.

Q.    So, did you reaffirm your decision at that time, or would that have been in connection with this class