# Exhibit E

Page 1

IN THE STATE UNITED STATES DISTRICT COURT

FOR THE NORTHER DISTRICT OF GEORGIA

ROME DIVISION

PUBLIC EMPLOYEES' RETIREMENT

SYSTEM OF MISSISSIPPI,

individually and on behalf of

all others similarly situated,

    Plaintiffs,

                            CIVIL ACTION FILE

    vs.

                            NO. 4:20-cv-00005-ELR

MOHAWK INDUSTRIES, INC. and

JEFFREY S. LORBERBAUM,

    Defendants.

VIDEO 30(B)(6) DEPOSITION OF

EAGLE CAPITAL MANAGEMENT, LLC THROUGH ITS

REPRESENTATIVE ADRIAN MELI

April 6, 2022

10:06 a.m.

TAKEN BY REMOTE VIDEOCONFERENCE

Robyn Bosworth, RPR, CRR, CRC, CCR-B-2138

Case 4:20-cv-00005-VMC   Document 88-6   Filed 04/13/22   Page 3 of 34
30(b)(6) Adrian Meli                                    April 6, 2022
Public Employees' Retirement System of Mississippi

Page 16

help with strategy; I'm on a management -- on our management council or committee.

So I touch a lot of parts of the organization, but my primary role and function is to help on the investment side.

Q   And when you say "help on the investment side," what are some of those specific duties that you have?

A   Well, I research and follow businesses and companies looking for new investments for the firm and monitoring our old investments, our current investments.  We -- I work with our analysts to help them advance and mentor them.  I engage in debate with my colleagues and partners in terms of their investment work and work together -- we all work together to put together the best portfolio possible.

Q   And when you say you work on researching companies, what does that involve?

A   Sure.  So it involves a number of things, but generally speaking, you know, we read a great deal, read financial filings, company presentations, earnings transcripts, earnings releases, industry trade magazines, talk to experts, talk to competitors, talk to former employees, read any

industry research we can find, and generally try to educate ourselves on companies and industries.

Q    And you had previously referred to your work as kind of a team sport at Eagle; is that right?

A    I don't think I said "sport," but I think it's a fair analogy.

Q    Yeah.

And does that differ from the way that other investment advisors approach investment management?

A    It would depend on the firm.  I think we pride ourselves on being collaborative and trying to work together to think long term.  And so I don't know that it's unique, but it's certainly -- we think it's differentiated relative to most firms.

Q    And is it differentiated relative to most firms because of the extent of your collaboration or why is it differentiated from most firms?

MR. BERMAN:  Objection to form.

BY MS. SHEAR:

Q    You can answer.

A    Okay.  Yeah, I don't want to overstate the differentiation.  I think -- it's our view that -- so the way Eagle is operated, it's a partnership

Page 24

and give you how we think about the world, and maybe that will be helpful.

What we're trying to do is we're trying to take a private equity-like approach to public equity investing where we're buying pieces of businesses and holding them for very long periods of time, and we hold those in a concentrated manner.  And our view is that by doing so that we hopefully can compound our clients' capital at a healthy rate over long periods of time.

BY MS. SHEAR:

Q    When you talk about that private equity approach, is that an approach that is taken by a lot of public investing firms across the industry?

MR. USLANER:  Objection to form, lack of foundation.

A    Yeah, I don't -- sorry, I wouldn't want to anchor you too much on private equity.  What I was meaning to imply is that we take an approach to buying businesses, and we look at it that way versus stocks.

And so investors who tend to hold investments longer might often think of it similarly where, A, if we're going to own this for 10 to 12 years, we're going to look at it we're owning a

Page 25

share of a business.  Some investment firms may take a shorter-term approach where that may be more trading oriented, but that would be the way I would answer that.

BY MS. SHEAR:

Q    Is that the strategy that you -- let me take a step back.

How would you summarize Eagle's investment strategy or philosophy?

A    Sure.  We're trying to invest in companies that are trading at a discount to their intrinsic value, and we're trying to do so in a concentrated manner where we can partner with companies and management teams for a long period of time.

And we really try to think about what we own, and we try to buy those at a discount to what we think they're worth, and we're trying to generate, you know, aspirationally double-digit returns over time for our clients.

Q    So what I understand is that you -- Eagle tries to buy pieces of companies, partner with management, and then eventually, you know --

MR. WEINBERG:  I cannot hear the witness.

MS. SHEAR:  Can you hear me?

A    Sorry, can you hear me?

Page 28

Q    Let's go down to the fourth bullet.  One of the items that is listed under Competitive Edge says:  Strong relationships with company management derived from diligence and long-term perspective.

Can you talk to me about what that means?

A    Sure.  So, you know, it would make sense, right, if we're going to own something for 5 to 10 years -- and we're a pretty large firm, and we're going to own a decent size shareholding -- we tend to be able to form relationships with people because we're there for a long time.

And we'd like to think that we're constructive in the way we work with them and in our types of questions, and we're thinking about the long-term future of the business rather than, you know, what the short-term data points are going to be.

And so that's the -- that's the idea is that, you know, for us, if we're going to own a business for a really long period of time, it's really important to know how management's going to allocate capital, how they're going to think through different decisions.

And so, yeah, so that's something we try to form with our companies.

Page 40

Q    You don't see any Eagle Capital sales of Mohawk stock listed here, right?

A    I do not.

Q    And that is because Eagle did not sell the Mohawk stock it purchased on behalf of Mississippi during 2017 to 2019, right?

A    That's correct.

Q    Let's look at this first trade, the 6/13/2018 one.

A    Uh-huh.

Q    Eagle's first purchase of Mohawk stock for Mississippi was on June 13th, 2018, of 71,460 shares, right?

A    That's my understanding.

Q    And was this Eagle's first purchase of Mohawk stock on Mississippi's behalf at any time?

A    I think so.  Yes, I think so.

Q    And why did you decide to purchase Mohawk stock at this time?

A    We thought Mohawk had strong market positions with an aligned management team who was long-term oriented, and we thought it was trading at a discount to what we thought the intrinsic value was.

Q    Can you tell me a little bit more about

Case 4:20-cv-00005-VMC    Document 88-6    Filed 04/13/22    Page 9 of 34
30(b)(6) Adrian Meli                                          April 6, 2022
Public Employees' Retirement System of Mississippi

Page 41

what you mean by that?

A    The intrinsic value part of it or...

Q    Just can you provide more detail on why you decided to purchase Mohawk stock at the time?

A    Sure.  So, you know, we spent time researching the industry and believed that -- you know, Mohawk is one of the leading flooring companies in the world, and we thought it was a pretty attractive industry with decent growth ahead, and Mohawk had strong market positions in their different lines, and it had been run well historically and compounded shareholder value.

And so -- and when we looked at what we thought Mohawk would earn over a long period of time, we thought that the price it was trading at in the market was a discount to what we believed it was worth.

Q    So you started with saying that you researched the industry.

Can you tell me about what was involved in that research?

A    Sure.  With one caveat, that I don't know exactly what piece of research was done before June and after June, but broad -- generally speaking, we're -- in the case of Mohawk, we did a lot of

30(b)(6) Adrian Meli                                    April 6, 2022
Public Employees' Retirement System of Mississippi

Page 42

work.  I'm sure you saw in the exhibits.

We talked to the management team at Mohawk, we talked to people in the industry, we read our line of background data on the housing and building products in flooring industries, we modeled it, we did an internal write-up on it, we spoke with other analysts on it, we read initiation and industry reports, all sorts of things like that.

Q    And are those things you typically would have done before you invested initially?

A    It would depend.  I mean, generally speaking, you want to do as much work as you can before you make an investment, but there's also times where you need to act more quickly based on stock price move.  So it just depends on the individual situation.

Q    And what do you recall about this individual situation?

Can you give me any more detail about what you think happened before making the 71,000-share purchase?

A    Sure.  I think the stock went from 285 or $290 or something like that down to 210-ish.  And I believe we spoke to the -- started speaking to the company maybe in February of 2018, and we started

Page 43

doing a lot of background work on it.

And so I think we had a preliminary write-up, then we did a later write-up that was a fully formed write-up, and by that point we had spoken to management several times, and we had done a lot of checks on the company.

Q   So you said you spoke to management probably around February 2018.  At that time did Eagle own Mohawk stock?  How did -- let me rephrase that.

How did you have access to management at that time?

A   Well, we didn't have access to Jeff Lorberbaum, the CEO.  We did -- I don't remember the exact dates.  We did reach out -- Mohawk is -- uncommon for the size company, it did not have an investor relations department.  And so -- if I remember correctly.

And so we, I think, both reached out to Frank Boykin directly, who was the CFO at the time, and we participated in calls hosted by other brokerage firms.

Q   Did you speak with Frank Boykin around that time?

A   I think so.

Page 44

Q    When you spoke with Frank Boykin, was it just Eagle and Frank on the call.

A    If I recall correctly, there were calls that were directly with Eagle and Frank, and then there were other calls that we joined that had Frank -- or meetings that had Frank and other investors on.

Q    So tell me about the calls that were directly with Eagle and Frank before this May 2018 purchase.

MR. USLANER:  Objection to form.  I think you meant June?

BY MS. SHEAR:

Q    June 2018 purchase.

MS. SHEAR:  Thank you.

A    I think we -- you know, from -- I reviewed the call notes that we took before this, and I remember they looked broadly similar to the types of calls we have:  Please explain the flooring industry; what are your competitive advantages; talk to us about your margins; how sustainable are they; talk to us about capital allocation; how do you think through the future of the flooring industry; what about this new product luxury vinyl tile; how does -- you know, how does the declining carpet

Page 45

impact the future of Mohawk; what are interesting acquisition opportunities that you think you might be able to participate in different end markets over time, things of that nature.

BY MS. SHEAR:

Q    And you mentioned calls.  How many -- can you walk me through each one of those calls before the June 2018 purchase?

A    I recall that we did, over our holding period of Mohawk, a number of calls.  I don't recall the exact time of each call.

I believe before we bought the stock originally, we talked to Frank Boykin a couple times independently and once at least with a brokerage firm, but we may have spoken more than that.  I can't recall specifically.

Q    Okay.  Let's look at another document that might help you -- might refresh your recollection. It's going to be Exhibit 17.

It is a calendar invite dated February 20th, 2018, from you to Alec Henry and others, with the subject line, Talked with Frank Boykin, CFO of Mohawk, Bates ECM0010909.

(Exhibit Number 17 was marked for identification.)

Page 46

A    I see it.

BY MS. SHEAR:

Q    Does this refresh your recollection about that call in February 2018 that you mentioned between Eagle and Frank Boykin?

A    Yes, from the looks of this, this was a preliminary call with Frank.

Q    And what do you recall about this particular conversation?

A    I believe it was a high-level call on Mohawk and trying to understand the nature of the company and its competitive positioning.

Q    Do you recall anything specific about the call?

A    I'm sorry, I don't.  We did so many calls with them.

Q    And this call, it sounds like it was just between Eagle and Frank; is that right?

A    That's what it looks like to me.

Q    And it sounds like to me that Eagle did not yet own Mohawk stock at that time -- at the time of this call; is that right?

A    That's correct.

Q    And so how were you able to speak with the CFO of Mohawk if you didn't own any stock at that

Page 50

identification.)

BY MS. SHEAR:

Q    This is a May 2nd, 2018, e-mail from Stephanie Li to you that attaches notes from a call with Mr. Boykin.

MR. USLANER:  Sierra, I apologize.  Once you get through with this line of questioning, if we could take a quick pause, I just need to use the restroom really quickly.

MS. SHEAR:  Sure.  Why don't we actually take a pause right now, and we can come back to this exhibit when we get back.

MR. USLANER:  I can wait.  It's totally up to you.

MS. SHEAR:  I know.

MR. USLANER:  Okay.  Sorry.

MS. SHEAR:  Yeah, no, let's take a pause right now.

MR. USLANER:  Sounds good.

THE VIDEOGRAPHER:  The time is 11:08 a.m. We are off the record.

(Recess 11:08-11:20 a.m.)

THE VIDEOGRAPHER:  The time is 11:20 a.m. We're on the record.

BY MS. SHEAR:

Page 51

Q    All right.  Mr. Meli, so we were looking at Exhibit 18, which is an e-mail from Stephanie Li to you with the subject "MHK notes" and attaching notes from a call with Frank Boykin.

Do you recognize this document?

A    I don't recall specifically, but it's typically something I would have seen.

Q    What do you recall about this conversation with Mr. Boykin?

A    I just don't recall the exact specifics, but I think we went over again the things we discussed before:  Mohawk's competitive positioning, their franchise in their business, margin structure.  We might have talked about, at that point, new plants they were building and capacity that's yet to come online, capital allocation, those types of things.

Q    Do you recall anything else from the discussion?

A    I don't.

Q    And was this call between Eagle and Mr. Boykin only?

A    I'm not certain.

Q    Let's look at the attached notes, which will be Exhibit 19.

Page 52

(Exhibit Number 19 was marked for identification.)

BY MS. SHEAR:

Q    So do you see --

A    I have it.

Q    -- at the top here -- great.

And it has the file name that was in the attachment line of the cover e-mail.

Does this refresh your recollection about whether there was anyone other than Eagle and Mr. Boykin on the call?

A    From the looks of the notes, it looks like it would have just been Eagle.

Q    How long was this call?

A    I don't know precisely, but I would strongly guess it was between 30 minutes and an hour.

Q    What was the next time you spoke with Mr. Boykin or someone else in Mohawk management after this call?

A    I don't recall the exact date.

Q    Do you recall around when?

A    I know we would have spoken to them after their earnings release a couple months later, but we may very well have spoken before then.

Page 54

the documents between Eagle, and generally we would have -- not a hundred percent of the time, but we typically would take notes from the conversations, so there would have likely been a footprint if we had talked to them.

So I don't know.  I can't remember if we did or not, but it would have been in the -- we would have had -- we would have likely had notes from it.

Q   So if there are no notes from those calls, it's unlikely that they occurred?

A   It's unlikely there was a substantive conversation without notes from the call.

Q   Would there have been nonsubstantive conversations that you had during that time?

A   Not that I'm aware of.

Q   The e-mail goes on that:  We were hoping we could come to Georgia or elsewhere easier and spend an hour with Jeff as well as you and Chris.

Why did you think that those individuals in Mohawk management would speak with you?

A   I always try.  I think I was actually struck from reviewing the documents that -- I remember from reading them I tried to talk to Jeff a number of times.  And I think Mohawk's -- Frank

Page 55

would respond that Jeff doesn't do investor calls, he was focused on the business, which I think was appropriate.  That's often a response from CEOs who are very involved in their business, that they don't want to spend their time talking to investors.

And so I think here, since he wouldn't generally be available by the phone, we were trying to see if we showed that we would make the time to come out to visit him, that he might spend time with us.

Q    And why did you think that he might spend time with you?

A    I've been doing this for a couple decades now, and I often find that if you make a commitment to a company to visiting them, they'll entertain you, whether -- you know, it's -- I think it's common for management teams to meet with investors who are willing to travel to meet with them.

Q    Why would he have met with you?  Why did you think he would meet with you?

MR. USLANER:  Objection, asked and answered.

A    I didn't know if he would meet with me because we -- I think over the course of our holding period, we tried several times to talk to him, and

Case 4:20-cv-00005-VMC    Document 88-6    Filed 04/13/22    Page 20 of 34
30(b)(6) Adrian Meli                                    April 6, 2022
Public Employees' Retirement System of Mississippi

Page 59

initial investment in Mohawk.

You said you were doing industry research. Can you tell me about that?

A    Sure.  So, you know, when you make an investment in a company, it's not -- it doesn't exist in a vacuum, right.  It exists in the context of an industry.

And so it would be common -- so in something like flooring, there's competitors.  You have to understand, you know, the types of things that might impact Mohawk sales are new housing starts, right, 'how many new houses are built; how many -- how much money people are spending on remodeling their house; what are the competitors offering that are competitive products, those types of things are the types of things that we try to understand.

Q    When you said "competitors," you mentioned before that you spoke with competitors of Mohawk in the course of your research; that right?

A    I believe so.  I believe so, yes.

Q    And did you speak with Mohawk's competitors before making an initial investment in Mohawk?

A    I can't recall the timing, but at

Case 4:20-cv-00005-VMC    Document 88-6    Filed 04/13/22    Page 21 of 34
30(b)(6) Adrian Meli                                          April 6, 2022
Public Employees' Retirement System of Mississippi

Page 60

different points in time, we spoke to both competitors and distributors.

Q    Do you think you would have spoken with them before making your initial investment?

A    We could have.  I'm sorry, I just don't know.

Q    When you say "competitors," what types of companies would you have spoken with?

MR. USLANER:  Objection, vague.

A    Yeah, I don't -- sorry, I didn't want to -- I don't want to anchor you too much on the word "competitor."

The types of companies we might be interested in learning about are -- it's a pretty interesting ecosystem.  You have competitors who actually sell flooring who would be direct competitors, then you have retailers that are -- you know, think of, like, the Home Depots and Lowe's and Floor & Decors of the world who are both competitors and they have business relationships between them, and then you have specialty retailers.

You have all sorts of people in the supply chain and the distribution chain and the end retailer that could have been of interest.

BY MS. SHEAR:

Page 72

BY MS. SHEAR:

Q    Do you recognize this e-mail?

A    I don't remember it, but I'm reading it.

Q    Okay.

A    Okay.

Q    Do you recall speaking with Mr. Boykin or anyone in Mohawk management during June 2018?

A    I don't recall.

Q    Did you speak with anyone in Mohawk management during June 2018?

A    I can't remember at that time speaking to anybody in Mohawk's management except for Frank Boykin, so -- and I don't recall that I spoke to him at about that time.

Q    So you didn't speak with anyone in Mohawk management during June 2018?

A    I don't recall the dates.

Q    Let's look at the first e-mail in this -- in this chain.  You see where you say:  We are now large shareholders in Mohawk, and after spending some time with you on various calls, we're hoping to spend some time with Jeff on the phone.

What does it mean "we are now large shareholders in Mohawk"?

A    It just meant we own some shares in

Page 73

Mohawk, and we were hoping -- and we were signaling that we had made a commitment to the company to try to get Jeff on the phone.

Q    What did you mean by "large shareholders"?

A    I don't -- there's not a cutoff to be large or not, but, I mean, it meant that we didn't own a hundred thousand dollars' worth of stock, it meant we owned some stock, and we could -- and we could own more.  And so there was no -- "large" is a general term.  It was not meant to be a specific thing.

Q    I'm just trying to get a sense of what you mean by "large" here.  More than a hundred thousand? More than a million?

MR. USLANER:  Objection, vague.

A    I don't think I would have said we were a large shareholder of the company if we owned a million dollars' worth of the stock, but I don't know how much stock we owned at the time.

BY MS. SHEAR:

Q    A million shares.

MR. USLANER:  Objection, vague.

A    That would be large.

BY MS. SHEAR:

Q    Why was it important to tell Mr. Boykin

that you were large shareholders?

A    Well, because we're trying to convince the management team to talk to us more.  And so you would hypothesize again that if you say you're -- for an average individual, if -- you would think that being -- saying "large" might help you a little bit.

Q    What I understand is you thought that because you were large shareholders, it was more likely he would speak with you?

Did I understand that right?

A    I hoped.  Although you know from the e-mails that that isn't what happened exactly.

Q    Going up later in the e-mail, the June 21, 7:08 a.m. e-mail, you say:  As we are so concentrated and long-term in nature, we have a few people working on Mohawk, so hoped a private call, slash, meeting would be amenable.

A    Yes.

Q    Why did you think a private call, slash, meeting would be amenable because you were so concentrated and long-term in nature?

A    Yeah, I think when we're talking to a management team, what we're trying to signal is, you know, if you just take round numbers, if Eagle

Page 103

I would imagine we took notes from it.

Q    Let's look at another exhibit.  I'm going to introduce Exhibit 26, which is an August 1st, 2018, calendar invite from you to Ms. Li and others with the subject line, Talk with Frank Boykin from Mohawk.

(Exhibit Number 26 was marked for identification.)

A    Got it.

BY MS. SHEAR:

Q    Do you recognize this document?

A    I don't recognize this specifically, but I can gather what it is.

Q    And what is it?

A    It looks like I set up an appointment to talk to Frank Boykin on August 1st from 2:30 to 3, and I invited a couple colleagues.

Q    And why did you want to speak with Mr. Boykin after the July 26, 2018, earnings announcement?

A    Well, we often would try to speak to a management team or investor relations personnel after quarterly earnings calls for a lot of our companies.

I don't -- in this case, the stock was

down a lot, and they had some disappointing news, so it would generally be often, you know, that we speak to companies after quarterly earnings.  In this case, I don't -- it could have beaten earnings and we could have tried to talk to them.  So I don't think I'd read too much of why I wanted to speak to them.

Q    You don't -- so what I -- so you don't recall why you wanted to speak with Mr. Boykin; is that right?

A    I don't recall exactly.  I'll say it -- sorry, let me say it this way.

We often try to speak to executives from companies we own after their quarterly earnings.  In this case, I can surmise that -- after they had disappointing earnings, I can surmise the types of questions we'd be focused on.

But I don't recall the specific intent behind it beyond we generally speak to management executives.  And if the stock moves a lot, we're probably even more interested in speaking with them.

Q    Was this call between Eagle and Mr. Boykin only?

A    I don't recall, but I'm guessing so.

Q    On this type of call, there would not have

Page 105

been other investors --

MR. BERMAN:  Object to the form.

BY MS. SHEAR:

Q    -- right?

A    That's correct.  Well -- sorry, there could have been.  In this call, I believe from the invite, there weren't.

Q    What do you recall about this discussion on August 1st?

A    I don't recall.

Q    Did you speak with Mississippi about Mohawk soon after Mohawk's July 26, 2018, earnings announcement?

A    I did not.  It is -- in the reviewing of the documents, it's possible at some point I believe our client service head, Will Hyland, talked to them.  But I don't know if it was after the call, before the call, or when the timing was.

Q    I'll mark a document.  I'll introduce Exhibit 27, which is an Advent Portfolio Exchange task update printout, dated August 1st, 2018, Bates number ECM00070514.

(Exhibit Number 27 was marked for identification.)

A    I got it.

Page 112

BY MS. SHEAR:

Q    And what were those categories of information that you would have been trying to find?

MR. USLANER:  Objection.

A    It would be very broad.  You know, some of the things we've already talked about.  But the things that would drive or have driven at this point Mohawk's long-term earnings power, we care a lot about the margins, right, because the margin move was quite significant on the way down, so we would have wanted to understand were the margins -- had the margins been too high and now they were resetting lower or are they going to go back to the levels they were.  So that would have been important to us.

And then we were still -- one concern we had, you know, the whole time, and we thought Mohawk would be able to operate through it, and they had bought a company to give them scale in it, is LVT.

And so that is -- if -- and we didn't know -- it was impossible to know what the growth rate of LVT from the outside was going to be.

And so, right, that Mohawk had very dominant position in carpet with -- along with Shaw, and there's a third company, so that if you ever

shifted -- if you shifted over a long period of time to a category where they were less strong in, that would be important for us to understand.

So those are the types of things.

BY MS. SHEAR:

Q    And would you have spoken with Mohawk management between the August 15th, 2018, and the October 5th, 2018, purchases of Mohawk stock?

A    It's very, very possible.  If we had, it would be -- we would have taken, in all likelihood, notes from it or have a meeting -- calendar invite from it.

Q    Do you recall any specific conversations with Mohawk management during that time?

A    I'm sorry, I don't recall the dates of the individual conversations.

Q    You recall any conversations with Mohawk management between the August and October purchase of Mohawk stock even if you don't recall the specific dates?

A    I don't.  At some point -- I don't know the date -- I went down to Georgia, so I don't know if that was before or after.  But I don't -- and we may have talked to Frank at some point in there.  I just can't remember.  I'm sorry.

Page 114

Q    Let's look at another exhibit.  I'm going to introduce Exhibit 28, which is an e-mail chain with the first-in-time e-mail from you to Mr. Boykin dated September 19th, 2018, with the subject line, Call with Jeff.  The Bates number is ECM0028311.

(Exhibit Number 28 was marked for identification.)

A    Got it.  Okay.

BY MS. SHEAR:

Q    Does this document refresh your recollection on any conversations that you had with Mohawk management during the period between August and October purchases of Mohawk stock that Eagle made?

A    If you're asking me did I e-mail Frank to try to set up a call, I can see from this I did, but I don't know if I talked to them before this e-mail, and it looks like they did not give us access to Jeff, and that we didn't go -- I didn't go on the trip, it looks like from this, until after buying the stock on October -- in October.  Looks like we didn't go down until November.

Q    So this doesn't refresh your recollection about any other conversations during that time outside of this e-mail?

Case 4:20-cv-00005-VMC    Document 88-6    Filed 04/13/22    Page 31 of 34
30(b)(6) Adrian Meli                                    April 6, 2022
Public Employees' Retirement System of Mississippi

Page 117

cyclical in nature, like the strength of the economy or commodity prices or things like that.

Q    And Mohawk was one of those more cyclical companies it sounds like?

MR. USLANER:  Objection, lack of foundation.

Go ahead, sir.

A    Mohawk is economically -- or I believe it to be economically sensitive and related and has -- you know, housing can impact it as can the economy among -- margins and other things can be impacted by inflation and other things as we discussed, but it's an economically sensitive company.

BY MS. SHEAR:

Q    Did you speak with Mohawk management following the October 26, 2018, earnings call?

A    Sorry to disappoint you with my lack of knowledge of exact dates, but it looks -- I know that we went -- from this e-mail, it looks like the trip that I went down there was November 12th.  They may have changed it, but from this e-mail, that would be my guess.

And so it's possible we were able to get them on the phone before that, or it's possible that because I was going on a trip so soon afterwards

BY MS. SHEAR:

Q    Which one of these factors would have been impacting Mohawk at the time?

MR. USLANER:  Objection to form, lack of foundation, calls for speculation.

A    So it's a more complicated answer than I think is obvious because I think in some of this factor stuff, it's a relative thing, like this versus that.

So -- but some of the things in here that -- you know, movements of the S&P, movements of the dollar, of crude oil, of interest rates, of volatility, of importers, of cyclicals versus defensive, cyclicals.

I mean, I don't tend to look at these. Jason likes these more than I would tend to use, but, you know, there's all sorts of different factors that can impact a stock.  And so I don't -- I mean, it's -- stocks, again, are funny animals, so I don't -- I'm not sure how helpful this is.

BY MS. SHEAR:

Q    So I'm asking from this list which Jason provided, which of these factors would have impacted Mohawk at that time?

He says, "given the vast majority these

Page 136

We're on the record.

BY MS. SHEAR:

Q    Mr. Meli, thank you for your time.

MS. SHEAR:  I don't have any more questions.

EXAMINATION

BY MR. USLANER:

Q    Good afternoon, sir.  My name is Jonathan Uslaner.  I am from the law firm of Bernstein, Litowitz, Berger & Grossmann.  I represent the lead plaintiff in this case.

Have we met before?

A    No.

Q    Sir, when Eagle Capital purchased Mohawk stock on MISSPERS behalf, did it have any nonpublic information about Mohawk?

A    No.

Q    Eagle Capital made its purchase decisions concerning Mohawk stock based on public information, correct?

A    That's correct.

Q    You referenced and Ms. Shear referenced the communications that you had with Mohawk.

During those communications, at any point, did Mohawk provide Eagle Capital with nonpublic

Case 4:20-cv-00005-VMC    Document 88-6    Filed 04/13/22    Page 34 of 34
30(b)(6) Adrian Meli                                          April 6, 2022
Public Employees' Retirement System of Mississippi

Page 137

information about Mohawk?

A    Be a little nuanced here.  No material nonpublic information.  I can't know what other information that they provided to other investors.

Q    Sure.

But it's safe to say that Eagle Capital was not provided with any material nonpublic information about Mohawk, correct?

A    That's correct.

Q    Okay.  At any time did Eagle Capital ever possess any material nonpublic information about Mohawk?

A    No, not to my knowledge.

Q    Okay.  Was Eagle Capital aware when it purchased Mohawk stock on MISSPERS's behalf that the Mohawk -- that Mohawk's SEC filings contained material false statements?

A    I did not believe -- we did not believe when we were reviewing the documents that they contained material.

MS. SHEAR:  Objection to form.

BY MR. USLANER:

Q    Was Eagle Capital aware when it purchased Mohawk stock on MISSPERS's behalf that Mohawk, during its quarterly analyst calls, made materially