# Exhibit F

Message

| | |
|---|---|
| **From**: | Adrian Meli [ameli@eaglecap.com] |
| **Sent**: | 5/25/2018 10:24:19 AM |
| **To**: | Frank Boykin [Frank_Boykin@mohawkind.com] |
| **CC**: | Stephanie Li [sli@eaglecap.com]; Alec Henry [ahenry@eaglecap.com]; Deby Barnes-Forbus [Deby_Barnes-Forbus@mohawkind.com] |
| **Subject**: | RE: Meeting in Geogia |

Frank. Great. Thanks so much. I'll work with Deby to formulate a plan.

**From:** Frank Boykin [mailto:Frank_Boykin@mohawkind.com]
**Sent:** Friday, May 25, 2018 8:54 AM
**To:** Adrian Meli <ameli@eaglecap.com>
**Cc:** Stephanie Li <sli@eaglecap.com>; Alec Henry <ahenry@eaglecap.com>; Deby Barnes-Forbus <Deby_Barnes-Forbus@mohawkind.com>
**Subject:** RE: Meeting in Geogia

Adrian

Deby can schedule a time to meet with Jeff and me.

Frank

Frank H. Boykin
Chief Financial Officer
Mohawk Industries, Inc.
Office - 706-624-2695
Cell - 404-285-6141

**From:** Adrian Meli [mailto:ameli@eaglecap.com]
**Sent:** Thursday, May 24, 2018 5:12 PM
**To:** Frank Boykin <Frank_Boykin@mohawkind.com>
**Cc:** Stephanie Li <sli@eaglecap.com>; Alec Henry <ahenry@eaglecap.com>
**Subject:** Meeting in Geogia

Hello Frank,

I hope this finds you well. We have really enjoyed speaking with you over the past couple of months and have been pushing forward with our work here. We were hoping we could come to Georgia (or elsewhere if easier) and spend an hour with Jeff as well as you and Chris. As I mentioned on the phone, we manage approximately $28B in a long-term fashion and think y'all have built a wonderful company. We try to take a private equity approach to public investing and our larger positions are roughly ~$2B. We think we understand the company well so were hoping to continue our diligence with Jeff. Does he have anytime coming up where we could meet with him in Georgia, or does he by chance have any plans to be in the northeast anytime soon?

Thank you so much for your time,

Adrian

_____
Adrian Meli
Eagle Capital Management, LLC
499 Park Avenue
New York, NY 10022

CONFIDENTIAL                                                                           ECM0019690

Tel:  (212) 293-4018
Fax: (212) 293-4045

CONFIDENTIAL

ECM0019691