# Exhibit I

Message

| | |
|---|---|
| **From**: | Adrian Meli [ameli@eaglecap.com] |
| **Sent**: | 11/12/2018 8:22:42 PM |
| **To**: | Ravenel Curry [rcurry@eaglecap.com] |

Just spent the day with Mohawk. Great company. I can conclusively say that the CEO, Jeff Lorberbaum, is your kind of guy...I'll try to get him in the office if he is ever in nyc.

CONFIDENTIAL

ECM0026144