# Exhibit K

| Trade Date | Shares/Par | Reporting Account Name | Source Account Name | Security Description 1 |
|---|---|---|---|---|
| 2/6/2017 | -775.000 | TOTAL MSPERS | NORTHERN TRUST | MOHAWK INDUSTRIES INC |
| 2/24/2017 | 100.000 | TOTAL MSPERS | STATE STREET GBL ADV | MOHAWK INDUSTRIES INC |
| 3/6/2017 | -77.000 | TOTAL MSPERS | NORTHERN TRUST | MOHAWK INDUSTRIES INC |
| 3/6/2017 | -224.000 | TOTAL MSPERS | NORTHERN TRUST | MOHAWK INDUSTRIES INC |
| 6/16/2017 | 164.000 | TOTAL MSPERS | NORTHERN TRUST | MOHAWK INDUSTRIES INC |
| 6/23/2017 | 2,427.000 | TOTAL MSPERS | STATE STREET GBL ADV | MOHAWK INDUSTRIES INC |
| 8/11/2017 | -400.000 | TOTAL MSPERS | STATE STREET GBL ADV | MOHAWK INDUSTRIES INC |
| 8/11/2017 | -598.000 | TOTAL MSPERS | NORTHERN TRUST | MOHAWK INDUSTRIES INC |
| 8/25/2017 | -296.000 | TOTAL MSPERS | NORTHERN TRUST | MOHAWK INDUSTRIES INC |
| 9/1/2017 | 100.000 | TOTAL MSPERS | STATE STREET GBL ADV | MOHAWK INDUSTRIES INC |
| 9/25/2017 | -270.000 | TOTAL MSPERS | NORTHERN TRUST | MOHAWK INDUSTRIES INC |
| 12/13/2017 | -42.000 | TOTAL MSPERS | NORTHERN TRUST | MOHAWK INDUSTRIES INC |
| 12/13/2017 | -300.000 | TOTAL MSPERS | STATE STREET GBL ADV | MOHAWK INDUSTRIES INC |
| 12/13/2017 | -267.000 | TOTAL MSPERS | NORTHERN TRUST | MOHAWK INDUSTRIES INC |
| 12/15/2017 | 73.000 | TOTAL MSPERS | NORTHERN TRUST | MOHAWK INDUSTRIES INC |
| 12/21/2017 | 2,627.000 | TOTAL MSPERS | NOR TR RSSLL 10000 V | MOHAWK INDUSTRIES INC |
| 12/21/2017 | -2,627.000 | TOTAL MSPERS | STATE STREET GBL ADV | MOHAWK INDUSTRIES INC |
| 2/8/2018 | -505.000 | TOTAL MSPERS | NORTHERN TRUST | MOHAWK INDUSTRIES INC |
| 2/20/2018 | -449.000 | TOTAL MSPERS | NORTHERN TRUST | MOHAWK INDUSTRIES INC |
| 3/13/2018 | 22.000 | TOTAL MSPERS | NOR TR RSSLL 10000 V | MOHAWK INDUSTRIES INC |
| 3/16/2018 | 64.000 | TOTAL MSPERS | NOR TR RSSLL 10000 V | MOHAWK INDUSTRIES INC |
| 3/16/2018 | 20.000 | TOTAL MSPERS | NORTHERN TRUST | MOHAWK INDUSTRIES INC |
| 4/17/2018 | 12,898.000 | TOTAL MSPERS | EPOCH GLOBAL EQUITY | MOHAWK INDUSTRIES INC |
| 4/17/2018 | 844.000 | TOTAL MSPERS | EPOCH GLOBAL EQUITY | MOHAWK INDUSTRIES INC |
| 4/17/2018 | 372.000 | TOTAL MSPERS | EPOCH GLOBAL EQUITY | MOHAWK INDUSTRIES INC |
| 4/18/2018 | 5,366.000 | TOTAL MSPERS | EPOCH GLOBAL EQUITY | MOHAWK INDUSTRIES INC |
| 4/18/2018 | 8,967.000 | TOTAL MSPERS | EPOCH GLOBAL EQUITY | MOHAWK INDUSTRIES INC |
| 4/19/2018 | 7,542.000 | TOTAL MSPERS | EPOCH GLOBAL EQUITY | MOHAWK INDUSTRIES INC |
| 4/19/2018 | 7,298.000 | TOTAL MSPERS | EPOCH GLOBAL EQUITY | MOHAWK INDUSTRIES INC |
| 4/20/2018 | 10,426.000 | TOTAL MSPERS | EPOCH GLOBAL EQUITY | MOHAWK INDUSTRIES INC |
| 4/20/2018 | 969.000 | TOTAL MSPERS | EPOCH GLOBAL EQUITY | MOHAWK INDUSTRIES INC |
| 4/20/2018 | 15,712.000 | TOTAL MSPERS | EPOCH GLOBAL EQUITY | MOHAWK INDUSTRIES INC |
| 6/7/2018 | 15.000 | TOTAL MSPERS | NOR TR RSSLL 10000 V | MOHAWK INDUSTRIES INC |
| 6/13/2018 | 71,460.000 | TOTAL MSPERS | EAGLE CAPITAL | MOHAWK INDUSTRIES INC |
| 6/15/2018 | 94.000 | TOTAL MSPERS | NORTHERN TRUST | MOHAWK INDUSTRIES INC |
| 6/19/2018 | 12.000 | TOTAL MSPERS | NOR TR RSSLL 10000 V | MOHAWK INDUSTRIES INC |
| 7/16/2018 | -7,119.000 | TOTAL MSPERS | EPOCH GLOBAL EQUITY | MOHAWK INDUSTRIES INC |
| 7/16/2018 | -4,858.000 | TOTAL MSPERS | EPOCH GLOBAL EQUITY | MOHAWK INDUSTRIES INC |
| 7/23/2018 | 2,294.000 | TOTAL MSPERS | EAGLE CAPITAL | MOHAWK INDUSTRIES INC |
| 7/23/2018 | 21,451.000 | TOTAL MSPERS | EAGLE CAPITAL | MOHAWK INDUSTRIES INC |
| 7/23/2018 | -3,667.000 | TOTAL MSPERS | EPOCH GLOBAL EQUITY | MOHAWK INDUSTRIES INC |
| 7/23/2018 | -33,839.000 | TOTAL MSPERS | EPOCH GLOBAL EQUITY | MOHAWK INDUSTRIES INC |
| 7/23/2018 | -20,911.000 | TOTAL MSPERS | EPOCH GLOBAL EQUITY | MOHAWK INDUSTRIES INC |
| 8/15/2018 | 48,299.000 | TOTAL MSPERS | EAGLE CAPITAL | MOHAWK INDUSTRIES INC |
| 9/13/2018 | 16.000 | TOTAL MSPERS | NOR TR RSSLL 10000 V | MOHAWK INDUSTRIES INC |

| | | | | |
|---|---|---|---|---|
| 10/5/2018 | 25,902.000 | TOTAL MSPERS | EAGLE CAPITAL | MOHAWK INDUSTRIES INC |
| 10/23/2018 | 23.000 | TOTAL MSPERS | NOR TR RSSLL 10000 V | MOHAWK INDUSTRIES INC |
| 10/23/2018 | -318.000 | TOTAL MSPERS | NORTHERN TRUST | MOHAWK INDUSTRIES INC |
| 12/21/2018 | 34.000 | TOTAL MSPERS | NOR TR RSSLL 10000 V | MOHAWK INDUSTRIES INC |
| 2/12/2019 | 36.000 | TOTAL MSPERS | NOR TR RSSLL 10000 V | MOHAWK INDUSTRIES INC |
| 3/15/2019 | -75.000 | TOTAL MSPERS | NORTHERN TRUST | MOHAWK INDUSTRIES INC |
| 5/14/2019 | 711.000 | TOTAL MSPERS | NORTHERN TRUST | MOHAWK INDUSTRIES INC |
| 5/23/2019 | 346.000 | TOTAL MSPERS | NOR TR RSSLL 10000 V | MOHAWK INDUSTRIES INC |
| 5/23/2019 | 2,334.000 | TOTAL MSPERS | NOR TR RSSLL MID CAP | MOHAWK INDUSTRIES INC |
| 5/24/2019 | 1,310.000 | TOTAL MSPERS | NOR TR RSSLL MID CAP | MOHAWK INDUSTRIES INC |
| 5/28/2019 | -14.000 | TOTAL MSPERS | NOR TR RSSLL MID CAP | MOHAWK INDUSTRIES INC |
| 5/30/2019 | 3,195.000 | TOTAL MSPERS | NORTHERN TRUST | MOHAWK INDUSTRIES INC |
| 5/30/2019 | -3,195.000 | TOTAL MSPERS | NOR TR RSSLL 10000 V | MOHAWK INDUSTRIES INC |
| 6/21/2019 | 112.000 | TOTAL MSPERS | NORTHERN TRUST | MOHAWK INDUSTRIES INC |
| 6/28/2019 | -129.000 | TOTAL MSPERS | NOR TR RSSLL MID CAP | MOHAWK INDUSTRIES INC |
| 7/15/2019 | 16.000 | TOTAL MSPERS | NOR TR RSSLL MID CAP | MOHAWK INDUSTRIES INC |
| 9/20/2019 | -249.000 | TOTAL MSPERS | NORTHERN TRUST | MOHAWK INDUSTRIES INC |
| 10/24/2019 | 23.000 | TOTAL MSPERS | NOR TR RSSLL MID CAP | MOHAWK INDUSTRIES INC |
| 11/13/2019 | -767.000 | TOTAL MSPERS | NORTHERN TRUST | MOHAWK INDUSTRIES INC |
| 12/6/2019 | 15.000 | TOTAL MSPERS | NOR TR RSSLL MID CAP | MOHAWK INDUSTRIES INC |
| 12/9/2019 | -565.000 | TOTAL MSPERS | NORTHERN TRUST | MOHAWK INDUSTRIES INC |
| 12/20/2019 | -34.000 | TOTAL MSPERS | NOR TR RSSLL MID CAP | MOHAWK INDUSTRIES INC |