# Exhibit L

Message
_____

**From:**          Adrian Meli [ameli@eaglecap.com]
on behalf of     Adrian Meli <ameli@eaglecap.com> [ameli@eaglecap.com]
**Sent:**          10/26/2018 5:02:06 PM
**To:**            'Frank Boykin' [Frank_Boykin@mohawkind.com]
**Subject:**       time to chat


Frank, tough day. We are coming to the ISI plant tour in a couple of weeks, but we were hoping as we are one of the largest shareholders that Jeff might be able to hop on the phone for 30 minutes on Monday. I know it is a big ask, but we are considering becoming an even larger holder over time.

Thanks so much,

Adrian


_____
Adrian Meli
Eagle Capital Management, LLC
499 Park Avenue
New York, NY 10022
Tel:  (212) 293-4018
Fax: (212) 293-4045

CONFIDENTIAL                                                                                   MHK-SCA-00012544