# Exhibit G

Message

| | |
|---|---|
| **From:** | Adrian Meli [ameli@eaglecap.com] |
| **Sent:** | 7/2/2018 8:58:39 AM |
| **To:** | Alec Henry [ahenry@eaglecap.com] |
| **Subject:** | Fwd: ███████████ |

Begin forwarded message:

> **From:** Adrian Meli <ameli@eaglecap.com>
> **Date:** July 2, 2018 at 8:58:25 AM EDT
> **To:** Jason Feinberg <jfeinberg@eaglecap.com>
> **Cc:** Trading <Trading@eaglecap.com>
> **Subject: Re:** ██████████████
>
> Ok. Let's start buying ██████ at about ██████████ (ie don't let a few cents stop it). I'd prioritize the ███ but do both. ███ is much less liquid. Thanks. And, great work all on Mohawk. █████████████████████████████████
>
>> On Jul 2, 2018, at 8:55 AM, Jason Feinberg <jfeinberg@eaglecap.com> wrote:
>>
>> Thanks to Nannette who did all the work to get the following information:
>>
>> We have ██████ of cash to buy either ██████, ██████ or some combination of the two (before selling the ████ which creates an additional $████ in cash).
>>
>> Should we prioritize ██████ or ██████ or whatever we can find liquidity in?
>>
>> MHK is now ████ position for discretionary accounts.   ██ accounts that have cash still need to buy MHK (down to tag ends).   Jim will be moving to discretionary shortly.
>>
>>
>> -----Original Message-----
>> From: Adrian Meli
>> Sent: Monday, July 02, 2018 8:34 AM
>> To: Trading <Trading@eaglecap.com>
>> Subject: █████████████
>>
>> As the market is down today, if we want to resume ████ trading at around ██ and under how much capacity do we have to buy given current trade orders. Looks

CONFIDENTIAL

ECM0018306

like we have ███ of ██ to go and then I'm sure there are some accounts with cash and others without, etc? Thanks!

CONFIDENTIAL

ECM0018307