# Exhibit H

Message
_____

**From:**      Bill Lynch [BLynch@eaglecap.com]
**Sent:**      7/26/2018 8:44:58 AM
**To:**        Adrian Meli [ameli@eaglecap.com]
**Subject:**   Re: ██████, Mohawk etc

Very helpful, tnx!

Best,
Bill

Bill Lynch, CFA
Managing Director
Eagle Capital Management, LLC
499 Park Avenue
New York, NY 10022

212-293-4028 direct
973-801-4659 mobile
blynch@eaglecap.com

On Jul 26, 2018, at 8:43 AM, Adrian Meli <ameli@eaglecap.com> wrote:



██████ has string numbers. Growing swiftly as we hoped, margins beat and cap-x bear leading to a material FCF bear there. Hope this means ██████ will be strong as well.

I'm sure y'all saw but ████, ████, ████, ████, ████, etc we're pretty good. ████ changed their buyback targets leading to price appreciation. Let us know if you need anything on any of these.

Oh, and ██ down 20% premarket...

http://ir.mohawkind.com/news-releases/news-release-details/mohawk-industries-reports-q2-results

Shared via the Google app

CONFIDENTIAL                                                                                ECM0017842