# Exhibit J

Message

| | |
|---|---|
| **From:** | Caroline Curry [ccurry@eaglecap.com] |
| **Sent:** | 7/27/2018 12:25:35 PM |
| **To:** | Adrian Meli [ameli@eaglecap.com] |
| **Subject:** | RE: more on Mohawk |

gracias

Caroline R. Curry
Eagle Capital Management
212-293-4009

**From:** Adrian Meli
**Sent:** Friday, July 27, 2018 12:24 PM
**To:** Caroline Curry <ccurry@eaglecap.com>
**Subject:** Re: more on Mohawk

LVT is luxury vinyl tile-it is a cheaper product tile ███████████████████████

On Jul 27, 2018, at 12:23 PM, Caroline Curry <ccurry@eaglecap.com> wrote:

> Keep the communication comin'.  It's great -- very helpful and interesting.  What is LTV again?  Thanks.
>
> CC
>
> Caroline R. Curry
> Eagle Capital Management
> 212-293-4009
>
> **From:** Adrian Meli
> **Sent:** Friday, July 27, 2018 12:03 PM
> **To:** Client Services <ClientServices@eaglecap.com>
> **Cc:** Alec Henry <ahenry@eaglecap.com>; Stephanie Li <sli@eaglecap.com>
> **Subject:** more on Mohawk
>
> Here are a few more bullet points. Again, our position size is active right now so please do not discuss what we are doing with the position:



We continue to like the long-term story and think it gets back on track soon.

CONFIDENTIAL

ECM0019762



_____
Adrian Meli
Eagle Capital Management, LLC
499 Park Avenue
New York, NY 10022
Tel:  (212) 293-4018
Fax: (212) 293-4045

CONFIDENTIAL

ECM0019763