**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

|  |  |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>     v.<br><br>MOHAWK INDUSTRIES, INC. and JEFFREY S. LORBERBAUM,<br><br>        Defendants. | Civ. A. No. 4:20-cv-00005-VMC |

**REPLY DECLARATION OF JOHN C. BROWNE IN SUPPORT OF**
**LEAD PLAINTIFF'S REPLY IN FURTHER SUPPORT OF ITS**
**MOTION FOR CLASS CERTIFICATION**

I, John C. Browne, declare as follows:

1.    I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"), which is the Court appointed Lead Counsel in this matter.  I am a member in good standing in the Bar of the State of New York and am admitted *pro hac vice* before this Court.  I have personal knowledge of the matters set forth herein.

2.    I respectfully submit this Declaration, together with the attached exhibits, in support of Lead Plaintiff's Reply in Support of Its Motion for Class Certification, including the appointment of Class Representative and Class Counsel.

3.    Attached here as **Exhibit E** is an excerpt from the transcript of the Rule 30(b)(6) deposition of Eagle Capital Management LLC Through its Representative Adrian Meli, taken April 6, 2022.

4.    Attached here as **Exhibit F** is a copy of MHK-SEC-00002832.

5.    Attached here as **Exhibit G** is the rebuttal expert report of Michael L. Hartzmark, Ph.D.

6.    Attached here as **Exhibit H** is an excerpt from the transcript of the deposition of Lucy P. Allen, taken May 19, 2022.

7.    Attached here as **Exhibit I** is a copy of a July 27, 2017 analyst report from SunTrust Robinson Humphrey, titled "Initial Take 2Q17 Results."

8. Attached here as **Exhibit J** is a copy of MHK-SCA-00028660.

9. Attached here as **Exhibit K** is a copy of MHK-SCA-00013208.

10. Attached here as **Exhibit L** is a copy of MHK-SCA-00023186.

11. Attached here as **Exhibit M** is a copy of Order, *Dube v. Signet Jewelers Limited*, No. 1:16-cv-6728 (JMF) (S.D.N.Y. July 27, 2017), ECF No. 84.

12. Attached here as **Exhibit N** is an excerpt of the transcript of oral argument held before the Honorable Jeffrey J. Helmick on September 16, 2016 in *Boynton Beach Firefighters' Pension Fund v. HCP, Inc.*, No. 3:16-cv-01106 (N.D. Ohio), ECF No. 56.

13. Attached here as **Exhibit O** is an excerpt of the transcript of proceedings before the Honorable William H. Alsup on February 10, 2022 in *SEB Inv. Mgmt. AB v. Symantec Corp.*, No. 3:18-cv-2902-WHA (N.D. Cal.), ECF No. 425 at 18.

14. Attached here as **Exhibit P** is an excerpt from the transcript of the Rule 30(b)(6) deposition of Lead Plaintiff through its representative, Ta'Shia Gordon, taken March 2, 2022.

15. Over the past five years, at least a dozen courts throughout the country have found Public Employees' Retirement System of Mississippi adequate to serve as lead plaintiff or class representative in securities class actions. *E.g.*, *In re Acuity*

*Brands, Inc. Sec. Litig.*, 2020 WL 5088092, at \*2 (N.D. Ga. Aug. 25, 2020) (class representative); *In re Acuity Brands, Inc. Sec. Litig.*, No. 1:18-cv-2140 (N.D. Ga. Aug. 13, 2018), ECF No. 50 (lead plaintiff); *see also City of Miami Fire Fighters' & Police Officers' Ret. Trust v. Cerence Inc.*, 2022 WL 1505907, at \*2 (D. Mass. May 12, 2022) (lead plaintiff); *In re Portland Gen. Elec. Sec. Litig.*, No. 3:20-CV-1583-SI, 2022 WL 844077, at \*4 (D. Or. Mar. 22, 2022) (class representative); *Cannataro v. Gen. Elect. Co.*, 2020 WL 12800744, at \*1 (D. Or. Nov. 10, 2020) (lead plaintiff); *Habelt v. iRhythm Techs., Inc.*, 2021 WL 2207365, at \*2 (N.D. Cal. June 1, 2021) (lead plaintiff); *In re Jeld-wen Holding, Inc. Sec. Litig.*, 2021 WL 1186326, at \*10 (E.D. Va. Mar. 29, 2021) (class representative); *In re Jeld-wen Holding, Inc. Sec. Litig.*, No. 3:20-cv-00112-JAG (E.D. Va. May 8, 2020), ECF No. 57 (lead plaintiff); *In re Advance Auto Parts, Inc., Sec. Litig.*, 2020 WL 6544637, at \*1 (D. Del. Nov. 6, 2020) (class representative); *In re Mylan N.V. Sec. Litig.*, No. 2:20-cv-00955 (W.D. Pa. Sept. 14, 2020), ECF No. 23 (lead plaintiff); *In re Wells Fargo & Co. Sec. Litig.*, No. 20-cv-4494 (S.D.N.Y. Aug. 29, 2020), ECF No. 59 (lead plaintiff); *Pub. Emps.' Ret. Sys. of Mississippi v. TreeHouse Foods, Inc.*, 2020 WL 919249, at \*1 (N.D. Ill. Feb. 26, 2020) (class representative); *In re Boeing Co. Aircraft Sec. Litig.*, 2019 WL 6052399, at \*1 (N.D. Ill. Nov. 15, 2019) (lead plaintiff); *In re Signet Jewelers Ltd. Sec. Litig.*, 2019 WL 3001084, at \*1 (S.D.N.Y.

July 10, 2019) (lead plaintiff); *Edwards v. McDermott Int'l*, No. 4:18-cv-04330 (S.D. Tex. June 4, 2019), ECF No. 84 (lead plaintiff); *In re Nielsen Holdings PLC Sec. Litig.*, No. 1:18-cv-07143 (S.D.N.Y Apr. 22, 2019), ECF No. 54 (lead plaintiff); *In re Wageworks, Inc. Sec. Litig.*, No. 4:18-cv-01523 (N.D. Cal. Aug. 7, 2018), ECF No. 74 (lead plaintiff); *In re Facebook Inc. Sec. Litig.*, No. 5:18-cv-01725 (N.D. Cal. Aug. 3, 2018), ECF No. 56 (lead plaintiff); *In re Dr. Reddy's Lab'y Ltd. Sec. Litig.*, No. 3:17-cv-6436 (D.N.J. Nov. 21, 2017), ECF No. 16 (lead plaintiff); *Louisiana Mun. Police Emps. Ret. Sys. v. Green Mountain Coffee Roasters, Inc.*, 2017 WL 3149424, at *1 (D. Vt. July 21, 2017) (class representative); and *Goss v. Roadrunner Transportation Sys., Inc.*, 2017 WL 10742612, at *2 (E.D. Wis. May 19, 2017) (lead plaintiff).

16.    In addition, multiple courts, including courts in this district, have found Bernstein Litowitz adequate to serve as lead counsel in the last five years, including the below.  More information concerning Bernstein Litowitz's credentials can be found in its Firm Resume.  *See* ECF No. 78-4; *E.g.*, *Bricklayers' & Allied Craftworkers Local #2 Albany, NY Pension Fund v. New Oriental Educ. & Tech. Grp. Inc.*, No. 1:22-cv-01014 (S.D.N.Y. May 13, 2022), ECF No. 48; *City of Miami Fire Fighters' and Police Officers' Ret. Trust v. Cerence Inc.*, 2022 WL 1505907, at *2 (D. Mass. May 12, 2022); *Homyk v. ChemoCentryx, Inc.*, No. 4:21-cv-03343

(N.D. Cal. Jan. 28, 2022), ECF No. 32; *Chung v. Eargo, Inc.*, No. 3:21-cv-08597 (N.D. Cal. Jan. 5, 2022), ECF No. 36; *In re James River Grp. Holdings, Ltd. Sec. Litig.*, No. 3:21-cv-00444 (E.D. Va. Sept. 9, 2021), ECF No. 20; *Yoshikawa v. Exxon Mobil Corp.*, No. 3:21-cv-00194 (N.D. Tex. June 10, 2021), ECF No. 43; *In re Boston Sci. Corp. Sec. Litig.*, No. 1:20-cv-12225 (D. Mass. Mar. 30, 2021), ECF No. 31; *In re Splunk Inc Sec. Litig.*, No. 4:20-cv-08600 (N.D. Cal. Mar. 16, 2021), ECF No. 59; *In re SolarWinds Corp. Sec. Litig.*, No. 1:21-cv-00138 (W.D. Tex. Mar. 11, 2021), ECF No. 19; *In* re *Turquoise Hill Resources Ltd. Sec. Litig.*, No. 1:20-cv-08585 (S.D.N.Y. Jan. 15, 2021), ECF No. 103; *In re BioMarin Pharm. Inc. Sec. Litig.*, No. 3:20-cv-06719 (N.D. Cal. Dec. 22, 2020), ECF No. 40; *In re Grand Canyon Educ., Inc. Sec. Litig.*, No. 1:20-cv-00639 (D. Del. Aug. 13, 2020), ECF No. 28; *In re MGP Ingredients, Inc. Sec. Litig.*, No. 2:20-cv-02090 (D. Kan. May 28, 2020), ECF No. 14; *Allegheny County Emps. Ret. Sys. v. Energy Transfer LP*, 2020 WL 815136, at \*1 (E.D. Pa. Feb. 19, 2020); *Silverman v. Baxter Int'l Inc.*, No. 1:19-cv-07786 (N.D. Ill. Jan. 31, 2020), ECF No. 21; *In re Myriad Genetics, Inc. Sec. Litig.*, No. 2:19-cv-00707 (D. Utah Dec. 23, 2019), ECF No. 21; *Logan v. Propetro Holding Corp.*, No. 7:19-cv-00217 (W.D. Tex. Dec. 16, 2019), ECF No. 43; *City of Plantation Police Officers Pension Fund v. Meredith Corp.*, No. 4:19-cv-00294 (S.D. Iowa Nov. 25, 2019), ECF No. 14; *Seeks v. The Boeing Co.*, 2019 WL

6052399, at *1 (N.D. Ill. Nov. 15, 2019); *Cambria County Emps. Ret. Sys. v. Venator Materials PLC*, 2019 WL 5328877, at *1 (S.D. Tex. Oct. 21, 2019); *In re EQT Corp. Sec. Litig.*, No. 2:19-cv-00754 (W.D. Pa. Sept. 19, 2019), ECF No. 35; *Wagner v. Spectrum Brands Legacy, Inc.*, 2019 WL 2443036, at *1 (W.D. Wis. June 12, 2019); *Steinberg v. OPKO Health, Inc.*, No. 1:18-cv-23786 (S.D. Fla. Apr. 10, 2019), ECF No. 69; *In re DXC Tech. Co. Sec. Litig.*, No. 1:18-cv-01599 (E.D. Va. Mar. 26, 2019), ECF No. 38; *In re Synchrony Financial Sec. Litig.*, No. 3:18-cv-01818 (D. Conn. Feb. 05, 2019), ECF No. 59; *Emps.' Ret. Sys. of the City of Baton Rouge and Parish of East Baton Rouge v. Impinj, Inc.*, No. 2:18-cv-01447 (W.D. Wash. Jan. 14, 2019), ECF No. 18; *In Re Equifax Inc. Sec. Litig.*, No. 1:17-cv-03463 (N.D. Ga. Feb. 21, 2018), ECF No. 32; *In re Willis Towers Watson plc Proxy Litig.*, No. 1:17-cv-01338 (E.D. Va. Feb. 20, 2018), ECF No. 27; *In re SCANA Corp. Sec. Litig.*, No. 3:17-cv-03141 (D.S.C. Jan. 23, 2018), ECF No. 31; *Emps.' Ret. Sys. of the City of Baton Rouge v. Aaron's, Inc.*, 283 F. Supp. 3d 1348, 1353 (N.D. Ga. 2017); *City of Sunrise Gen. Emps.' Ret. Plan v. FleetCor Tech., Inc.*, No. 1:17-cv-02207 (N.D. Ga. Aug. 25, 2017), ECF No. 25; and *In re Novo Nordisk Sec. Litig.*, No. 3:17-cv-00209 (D. N.J. June 1, 2017), ECF No. 42.

17.    Multiple courts have also appointed Bernstein Litowitz as class counsel, including the following: *City of Sunrise Firefighters' Pension Fund v.*

*Oracle Corp.*, 2022 WL 1459567, at *5 (N.D. Cal. May 9, 2022); *In re Myriad Genetics, Inc. Sec. Litig.*, 2021 WL 5882259, at *1 (D. Utah Dec. 13, 2021); *In re Mattel Inc. Sec. Litig.*, 2021 WL 4704578, at *1 (C.D. Cal. Oct. 6, 2021); *Craig v. CenturyLink Inc.*, No. 0:18-cv-00296 (D. Minn. Sept. 14, 2020), ECF No. 321; *In re Willis Towers Watson plc Proxy Litig.*, No. 1:17-cv-01338 (E.D. Va. Sept. 4, 2020), ECF No. 229; *Lord Abbett Affiliated Fund, Inc. v. Navient Corp.*, No. 1:16-cv-00112 (D. Del. Sept. 2, 2020), ECF No. 174; *Felix v. Symantec Corp.*, No. 3:18-cv-02902 (N.D. Cal. May 8, 2020), ECF No. 227; *In re Novo Nordisk Sec. Litig.*, 2020 WL 502176, at *1 (D. N.J. Jan. 31, 2020); *In re Signet Jewelers Ltd. Sec. Litig.*, No. 1:16-cv-06728 (S.D.N.Y. July 10, 2019), ECF No. 177; *City of Sunrise Gen. Emps.' Ret. Plan v. FleetCor Tech., Inc.*, 2019 WL 3449671, at *7 (N.D. Ga. July 17, 2019); *In re SunEdison, Inc. Sec. Litig.*, 329 F.R.D. 124, 148 (S.D.N.Y. 2019); and *In re Cobalt Int'l Energy, Inc. Sec. Litig.*, No. 4:14-cv-03428 (S.D. Tex. June 15, 2017), ECF No. 244.

18.    Unredacted copies of **Exhibits F, J, K, and L** are filed under Seal pursuant to Appendix H, Section II(J) of the Local Rules of the United States District Court for the Northern District of Georgia, Judge Victoria M. Calvert's Standing Order Regarding Civil Litigation, and the Stipulated Protective Order in this case ("Protective Order") (ECF No. 67).

- 9 -

19.     Lead Counsel applied the highlighting found on **Exhibits E, F, H, I, J, K, L, M, N, O, and P**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of June, 2022, in New York, New York.

> */s/ John C. Browne*
> John C. Browne