# Exhibit E

Page 1

IN THE STATE UNITED STATES DISTRICT COURT

FOR THE NORTHER DISTRICT OF GEORGIA

ROME DIVISION

PUBLIC EMPLOYEES' RETIREMENT

SYSTEM OF MISSISSIPPI,

individually and on behalf of

all others similarly situated,

    Plaintiffs,

                            CIVIL ACTION FILE

vs.

                            NO. 4:20-cv-00005-ELR

MOHAWK INDUSTRIES, INC. and

JEFFREY S. LORBERBAUM,

    Defendants.

VIDEO 30(B)(6) DEPOSITION OF

EAGLE CAPITAL MANAGEMENT, LLC THROUGH ITS

REPRESENTATIVE ADRIAN MELI

April 6, 2022

10:06 a.m.

TAKEN BY REMOTE VIDEOCONFERENCE

Robyn Bosworth, RPR, CRR, CRC, CCR-B-2138

Page 136

We're on the record.

BY MS. SHEAR:

Q    Mr. Meli, thank you for your time.

MS. SHEAR:  I don't have any more questions.

EXAMINATION

BY MR. USLANER:

Q    Good afternoon, sir.  My name is Jonathan Uslaner.  I am from the law firm of Bernstein, Litowitz, Berger & Grossmann.  I represent the lead plaintiff in this case.

Have we met before?

A    No.

Q    Sir, when Eagle Capital purchased Mohawk stock on MISSPERS behalf, did it have any nonpublic information about Mohawk?

A    No.

Q    Eagle Capital made its purchase decisions concerning Mohawk stock based on public information, correct?

A    That's correct.

Q    You referenced and Ms. Shear referenced the communications that you had with Mohawk.

During those communications, at any point, did Mohawk provide Eagle Capital with nonpublic

30(b)(6) Adrian Meli                                    April 6, 2022
Public Employees' Retirement System of Mississippi

Page 137

information about Mohawk?

A    Be a little nuanced here.  No material nonpublic information.  I can't know what other information that they provided to other investors.

Q    Sure.

But it's safe to say that Eagle Capital was not provided with any material nonpublic information about Mohawk, correct?

A    That's correct.

Q    Okay.  At any time did Eagle Capital ever possess any material nonpublic information about Mohawk?

A    No, not to my knowledge.

Q    Okay.  Was Eagle Capital aware when it purchased Mohawk stock on MISSPERS's behalf that the Mohawk -- that Mohawk's SEC filings contained material false statements?

A    I did not believe -- we did not believe when we were reviewing the documents that they contained material.

MS. SHEAR:  Objection to form.

BY MR. USLANER:

Q    Was Eagle Capital aware when it purchased Mohawk stock on MISSPERS's behalf that Mohawk, during its quarterly analyst calls, made materially

Page 138

false statements to investors?

          MS. SHEAR:  Objection to form.

   A   When we were making our investment, we had no reason to believe that there were misstatements on the call.

BY MR. USLANER:

   Q   So at the time of Eagle Capital's purchases of Mohawk stock on MISSPERS's behalf, Eagle Capital didn't know that Mohawk had lied to investors, right?

          MS. SHEAR:  Objection to form.

   A   We had no reason to believe that Mohawk had lied to investors.

BY MR. USLANER:

   Q   Eagle Capital wasn't aware when it purchased Mohawk stock on MISSPERS's behalf that the price at which it purchased those shares was tainted by fraud by Mohawk, correct?

          MS. SHEAR:  Objection to form.

   A   We had no knowledge of a fraud at Mohawk.

BY MR. USLANER:

   Q   Eagle Capital relied on the accuracy of Mohawk's financial statements when it purchased Mohawk stock on MISSPERS's behalf, correct?

          MS. SHEAR:  Objection to form.