# Exhibit F
## (MHK-SEC-00002832)

# FILING PROVISIONALLY UNDER SEAL