# Exhibit H

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ROME DIVISION

PUBLIC EMPLOYEES' RETIREMENT    )

SYSTEM OF MISSISSIPPI,            )

individually and on behalf of  )

all others similarly situated, )   Case No.

              Plaintiff,      )   4:20-cv-00005-ELR

    vs.                          )

MOHAWK INDUSTRIES, INC., and   )

JEFFREY S. LORBERBAUM,           )

             Defendants.       )

-------------------------------*

STENOGRAPHIC AND VIDEO-RECORDED

REMOTE VIRTUAL DEPOSITION OF

LUCY P. ALLEN

Thursday, May 19, 2022

10:02 a.m.

Reported stenographically by:

Josephine H. Fassett, RPR, CCR

Page 93

But that autocorrelation or serial correlation is certainly an indication that it's not efficient. That is a classic test of market efficiency.

Q.    Would it be possible for a stock that did exhibit autocorrelation to still be efficient or trading in an efficient market; is that possible?

A.    I think you could do a number of tests of market efficiency and come to the conclusion that despite failing some tests or despite having evidence of inefficiency on some factor, you could come to the conclusion that other factors might outweigh that.  So that's one of the reasons why.

For example, Dr. Hartzmark and the courts have said, you know, that certain, certain tests of market efficiency -- such as the one we're talking about or the one that was put in the one that we're talking about by Dr. Hartzmark -- are considered more important than others.

Q.    Is there only one correct way to test for autocorrelation when you're trying to determine whether a stock is efficient?

A.    No.    There's not only one correct way, but you should figure out what way you're going to

Page 94

test first and not -- not do something ex-post. So you don't, you know, try one way, and then if that doesn't work, have a different way of doing it.  So having some systematic objective way of doing it is important.  It's important to not -- a test is not reliable if you change the test once you start to see the results, but there are different ways that one could test for serial correlation.

Q.    Is it in all circumstances incorrect to test for autocorrelation in the way that Dr. Hartzmark did here where he divided the class period into two periods, in your view, is that always wrong?

A.    It's wrong to do what Dr. Hartzmark has done here, which is to not have a systematic and objective way of doing it.  So I have shown you in my report that when he uses the entire class period and finds that it is -- passes the test and he doesn't find a significant autocorrelation, then he doesn't do any further tests.  When he finds that it fails the test and that he has a statistically significant autocorrelation, then he does very different things.

a method for doing it that happens to give the result that his clients want.

So if he had -- I took the first one of his reports that I cite here where when he didn't like the result, and it was contrary to his client's claim for the whole class period, he divided the class period up differently.  He divided it up into thirds.  He did sort of two-thirds and then one-third around a corrected disclosure.  If he'd done that same approach here, he would have found that it was statistically significant after dividing it up.

So it's not that he's damned if he does and damned if he doesn't, he is making sure that he's not damned.  He is -- he is finding a way each time, and a different way each time, so that he can divide up the class period differently in a way that just then does not appear coincidental but happens to then give the result that his clients want.

Q.    So if any expert has performed an autocorrelation test in different ways across different cases -- in some cases they did the whole class period, in some they divided the class

period up -- you think that expert is cherrypicking and their opinion should be disregarded?

A.    No, that is not what I've said.  I've not -- I've not said that it's not possible that there could be a situation where you divide the class period up, but here's a pattern where he's dividing it up.  He's not dividing it up the same way he's doing other tests and he's not doing something systematic.  It's clearly not a systematic approach and there's no -- he has no reasonable and scientific basis for his approach and he hasn't set out his approach to begin with.

So if an expert's approach is to say, "I am going to do four tests of autocorrelation.  I'm going to test the whole class period and I'm going to test, you know, each calendar year or each something," and sets that out ahead of time, then I think that's very different than saying, "I'm going to do a test.  If I don't like the results and the results are contrary to what my client wants, then I'm going to do additional tests, and the way I'm going to do the additional tests depends on what the result is."  I'm not going to

do what I did the last time, which is take the last third of the class period and divided corrective disclosure, this time I'm going to divide it, you know, directly in the middle.  That does not look like a scientific approach.  That looks like someone who's looking for an answer and doing something to try to get the answer that they want or that their client wants.

Q.    How do you know that's what Dr. Hartzmark did?

A.    I don't know that's what he did, but it sure seems very suspicious.  So the reports that I was able to find of his where when he did the whole class period and the result was favorable to his client, he stopped right there and did no other tests.  When the result was unfavorable to his client, he did additional tests.  And the way he broke up the class period and did the additional tests was different each time and there was no -- there were no rhyme or reason or systematic approach other than it would appear to get the result that he wanted, which was the result that was favorable to his client.

Q.    Is it your testimony that Dr. Hartzmark

should have done the autocorrelation tests with the whole class period and then stopped and done no other test; is that your testimony?

MS. CLARK:   Object to the form.

A.   I haven't been asked to analyze market efficiency, which is something Dr. Hartzmark has been asked to do, so I do not have an opinion, nor have I been asked to issue one, what is the proper way to analyze market efficiency.

Q.   Would you be equally critical of one of your colleagues if they had divided the class period up in certain cases when they tested for autocorrelation and in other cases tested by the whole class period, would you level those exact same criticisms against one of your colleagues as you're leveling here against Dr. Hartzmark?

MS. CLARK:   Object to the form.

A.   If my colleague --

Q.   For consistency sake, would you do that?

MS. CLARK:   Object to the form.

A.   If my colleague did what Dr. Hartzmark has done, which is in cases when, that he tests the entire class period, and if the result comes out in favor of his client, he stops.

Page 108

Q.    You said you don't know that's what he did.  Let's focus on what you know --

A.    That's what he said he did.

MS. CLARK:  Objection.  John, please don't interrupt her when she's still talking.

MR. BROWNE:  I'll never get to talk if I don't interrupt.

MS. CLARK:  You're asking the question, she's trying to answer the question, please don't interrupt.

MR. BROWNE:  All right.  I'm sorry, Ms. Allen, please continue.

A.    That's what he said he did.  So I can see in his prior reports he tests the entire class period.  When the result is -- he didn't report no other tests if the result is in his client's favor.  When the results are not in his client's favor, then he reports additional tests.  And those additional tests are very different depending on, and if I do the additional tests that he's done in other reports in this report, he would get an answer that would not be in his client's favor.  So this time he has done a

different test which does give a result that is in his client's favor.

Q.    Let's focus on that for a moment.

So do you agree with Dr. Hartzmark's conclusions with respect to the tests where he divided the class period in two?  Please tell me -- other than consistency covered.  That base is covered -- other than consistency, do you have any disagreements with the methodology, the numbers, or the conclusion of the tests where he divided the class period in two?

A.    The conclusion that he comes to is that the stock price does not exhibit autocorrelation and it's consistent with market efficiency, and I don't agree with that conclusion that his tests do not yield that conclusion.  His tests are -- he has not set aside ahead of time what kind of tests he will do.  His tests are conditional on what he's getting.  So he didn't say ahead of time, my test will be to do the whole class period and then each half of the class period.  The way he even describes it is, he does the first class and it comes out poorly for his client and then he does an additional test.  He does additional tests.  So

even his description of the methodology isn't one that can lead to a reliable conclusion.  So you need to set out ahead of time what is your procedure and what will you test.  You can't change your tests and your decision based on what you see.  So I don't think you can come to a reliable conclusion if you -- you can't come to a reliable statistical conclusion if you keep changing what you're doing based on the result.  It makes your statistics not reliable or extremely difficult to calculate.

        Q.    But with respect to the two-part class period test, do you disagree -- with that alone, that test alone -- do you disagree with Dr. Hartzmark's conclusion that the stock did not exhibit autocorrelation when applying that test alone?

        A.    So I agree that the way he has found --

              MS. CLARK:  Object to form.  Go ahead, answer.

        A.    I agree that he has found, as he has found in other cases, that he has been able to find a way to divide up the class period, such that he can find a period that there is not,

according to the statistics, a statistically significant autocorrelation.  I do agree that, as he has done in other cases, he has managed to find a way of, you know, slicing the pie or slicing the class period.  So other times he's thrown out certain dates, other times he's divided it up differently, he is able to find a way that makes it not statistically significant.

So yes, I think he's done that here and he's done that in many other cases.

So whenever he finds that it is statistically significant during the class period, he manages to slice and dice the data in a way that shows that the given way he sliced and diced it it is now no longer statistically significant. And that is what makes me think it's not a reasonable, scientific and reliable approach. It's the very fact that he's slicing and dicing in weird and nonstandard ways and different from his own prior history of slicing and dicing, and he only does the slicing and dicing when he doesn't like the result to begin with.

Q.    So in any instance if someone, including one of your colleagues, ran an autocorrelation

test across the entire class period, found statistically significant autocorrelation, then ran other tests dividing the class period into subperiods, and did not find autocorrelation, in any instance if that happened, would that be scientifically unreliable, arbitrary and unsupported in your view?

A.    No.    Because, I mean, not if -- so what they're doing, what Dr. Hartzmark is doing, then yes, I think it would be unscientific.

So, for example, my colleague who you've asked about, Dave Tabak, has done analysis of autocorrelation, and I believe that his system is to do a number of tests and set out a number of tests to begin with.  He will test the entire class period and he'll test each calendar year, I believe it is, within the class period.  But he doesn't do those tests, he doesn't do them only when he gets the result that his client doesn't want the first time, he just reports the whole class period in each calendar year.  And he does that, I believe, systematically.  So that is his standard practice.  He reports the whole class period.  He reports calendar years within the

class period.  He doesn't only do those tests when the whole class period doesn't come out the way he wants it and he doesn't do arbitrary slicing and dicing, his pattern is to do calendar years within the -- which is not a -- and Dr. Hartzmark has no pattern except to each time come up with a -- keep doing tests and come up with a way of slicing and dicing such that he gets a result that's in the favor of his clients.

Q.    Would you have been okay with Dr. Hartzmark's analysis in this case if he had said, "I just received an assignment.  I'm going to test autocorrelation in two ways.  I'm going to do the full class period and then I'm going to divide the class period in two," and then he did those two tests.  What complaints, if any, would you then have with Dr. Hartzmark's analysis?

A.    I think if that was his approach and he had a systematic approach for doing that, you know, and that is what he did, I think many of my criticisms -- I think always reporting the whole class period and dividing the class period exactly in half, if that -- you know, I think that could be an approach.

Q.    Did -- it's not, you know -- and I believe you testified this way in other cases. I'm not trying to play gotcha.

But you do agree, don't you, that there's not just one test for autocorrelation?

MS. CLARK:   Object to the form.

Q.    One way to test for autocorrelation.

A.    There is not just one way to test for autocorrelation, but it is not proper scientific approach to -- I mean, you know, for example, you could -- there are lots of ways of testing and doing statistical tests.   But your statistics are not correct if you try multiple approaches and then pick the one that you, that you want, and then say, "well, now I don't find something statistically significant."   So the proper way to do that then would have to say you tried -- you were thinking of trying multiple things and you only picked this particular one because it gave you the answer you want, so that's proper.

Q.    But Dr. Hartzmark reported both results, didn't he, he didn't hide one?

MS. CLARK:   Object to the form.

A.    He reported the first result and then

only did the next test when he didn't like the first result.  Other times when he has liked the first result, he doesn't do additional tests.  So I couldn't find any time that he did additional tests when he liked the first result.  Those additional tests were only done when he didn't like the first result.  If he always reported both results and he had a systematic second set of tests, then it wouldn't obviously be results-driven and unscientific.

Q.    So whether it was results-driven or not, do you think he reached the wrong result?

MS. CLARK:  Object to the form.

A.    He has come to a conclusion regarding market efficiency.  I have found that his method and analysis for coming to that conclusion are flawed.  They're nonscientific.  They're nonstandard.  I have not been asked to analyze market efficiency myself and I have not come to conclusions, so I can't tell you whether the market was or was not efficient.  I can tell you that the method that he has come to his results is not scientific and not a valid approach.

Q.    And I apologize if I asked this before,

but you did no -- let me just ask it straight out.

Did you do any independent analysis of autocorrelation in connection with Mohawk stock in this case?

A.    No, other than testing the methods that he has tested.

Q.    Is there any case that you can point me to where you have done an analysis of autocorrelation that I could look at?

MS. CLARK:  Object.  Outside the scope of her assigned task.

A.    There may be, I don't know if I can name it, but...

Q.    It's possible?

A.    Yes.  I have certainly done tests of autocorrelation before.

Q.    Where?

A.    It was in my offices in NERA.

Q.    Well, I mean, were they in a report that you submitted?

A.    I don't recall if I have -- I don't recall if I issued a report describing it.

Q.    So you mentioned these several times, but on page 82 of your report you talk about other