# Exhibit I

# Mohawk Industries, Inc. (MHK)



SunTrust Robinson Humphrey

## Initial Take 2Q17 Results

**Buy**

Price Target: $275.00

Price: $238.34

**Summary.** Results, and to a certain extent guidance, came in above the Street as solid revenue growth and margin execution were limited by continued European raw material costs. The stock has seen some pressure in the last few weeks, but we believe this will be regained with the release. The 3Q17 guidance is particularly important as this is the first period without the patent income, but its absence did not change results versus the Street.

**Earnings Summary.** MHK reported adjusted 2Q17 EPS of $3.72, above the Street consensus of $3.60 and above management's guidance range of $3.53-$3.62. Sales increased 6% on a reported basis and on a constant days basis and excluding currency and acquisitions.

**3Q17 Guidance Will Likely Raise Estimates.** Management provided 3Q17 EPS guidance of $3.70-$3.79, compared to the Street consensus of $3.74. Given MHK's history of coming in at the high end of the range or slightly above, we expect Street numbers to move up closer to our $3.78 estimate.

**North America Flooring (42% of Sales) Price Increases and Mix Offset Inflation.** The Flooring North America unit showed solid growth in the quarter, up 6%. Hard surface sales again grew faster than carpet, with residential sales stronger than commercial. We believe that the company's carpet results were somewhat better than the roughly flat carpet industry shipments in 2H17. Management stated they have implemented price increases and improved mix, helping offsetting higher costs. We believe this will occur at a somewhat better rate in 3Q17. EBIT margin of 13.4% increased 60 basis points versus the prior year with productivity most likely helping to raise margins despite higher input costs.

**Global Ceramic (37% of Sales) More Capacity Additions Ahead.** Total sales in the Global Ceramic segment increased 8.8%, or 3.4% excluding currency, acquisitions and on constant days. North America sales were limited by capacity constraints, and the company is still importing product to meet demand. EBIT margin increased 110 basis points versus the prior year to 18.1%, another strong result.

**Flooring Rest of the World (21% of Sales).** Revenue in this unit increased 8.5% excluding currency and on constant days. It appears multiple countries had strong results in the quarter and this is an improvement from a more tepid 1Q17 performance. Operating margin of 17.3% decreased 280 basis points year-over-year, due to higher material costs as European inputs are generally up much stronger than in the US. The company is implementing price increases with some not taking effect until 4Q17. Regardless, price gains should show sequential improvement in 3Q17 but we would note the full patent profit loss will be felt in this period.

**Keith Hughes**
404-926-5032
keith.hughes@suntrust.com

Judy Merrick
404-926-5837
judy.merrick@suntrust.com

**SEE PAGE 3 FOR REQUIRED DISCLOSURE INFORMATION**



**MHK Actual Results versus Street consensus and STRH estimates**

($ millions except per share data)

| | Estimates | | Actual | | Actual Versus | |
| --- | --- | --- | --- | --- | --- | --- |
| | Consensus | STRH | 2Q17 | YoY % Chg | Consensus | STRH |
| **Revenue** | **$2,449.3** | **$2,461.7** | **$2,453.0** | **6.2%** | **$3.7** | **($8.7)** |
| Flooring North America | $1,038.0 | $1,039.5 | $1,040.3 | 6.1% | $2.3 | $0.8 |
| Global Ceramic | $909.0 | $916.3 | $902.7 | 8.8% | ($6.3) | ($13.6) |
| Flooring ROW | $509.8 | $505.8 | $510.1 | 2.0% | $0.3 | $4.3 |
| **Gross Margin** | **32.7%** | **33.0%** | **32.7%** | **(10 bps)** | **0 bps** | **(30 bps)** |
| **Operating Margin** | **15.3%** | **15.2%** | **15.5%** | **10 bps** | **20 bps** | **30 bps** |
| Flooring North America | 13.4% | 12.7% | 13.4% | 60 bps | 0 bps | 70 bps |
| Global Ceramic | 17.2% | 17.8% | 18.1% | 110 bps | 90 bps | 30 bps |
| Flooring ROW | 17.1% | 17.5% | 17.3% | (280 bps) | 20 bps | (20 bps) |
| Tax Rate | 26.4% | 26.5% | 24.4% | (180 bps) | (200 bps) | (210 bps) |
| **EPS** | **$3.60** | **$3.61** | **$3.72** | **7%** | **$0.12** | **$0.11** |

Source: Company reports, STRH estimates and FactSet



## Analyst Certification

I, Keith Hughes , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.



## STRH Ratings System for Equity Securities

**Dissemination of Research**

SunTrust Robinson Humphrey (STRH) seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://suntrustlibrary.bluematrix.com/client/library.jsp

Please email the Research Department at STRHEquityResearchDepartment@SunTrust.com or contact your STRH sales representative.

**The rating system effective as of Oct. 7, 2016:**

**STRH Rating System for Equity Securities**

SunTrust Robinson Humphrey (STRH) rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).



**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – STRH does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that STRH's rating and/or target price have been temporarily suspended due to applicable regulations and/or STRH Management discretion. The previously published rating and target price should not be relied upon

STRH analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of STRH Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**
B = Buy
H = Hold
S = Sell
D = Drop Coverage
CS = Coverage Suspended
NR = Not Rated
I = Initiate Coverage
T = Transfer Coverage

**The prior rating system until Oct. 7, 2016:**

3 designations based on total returns* within a 12-month period**
· Buy – total return ≥ 15% (10% for low-Beta securities)***
· Reduce – total return ≤ negative 10% (5% for low Beta securities)
· Neutral – total return is within the bounds above
· NR – NOT RATED, STRH does not provide equity research coverage
· CS – Coverage Suspended
*Total return (price appreciation + dividends); **Price targets are within a 12-month period, unless otherwise noted; ***Low Beta defined as securities with an average Beta of 0.8 or less, using Bloomberg's 5-year average

SunTrust Robinson Humphrey ratings distribution (as of 07/27/2017):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| **Rating** | **Count** | **Percent** | **Rating** | **Count** | **Percent** |
| Buy | 401 | 58.88% | Buy | 121 | 30.17% |
| Hold/Neutral | 278 | 40.82% | Hold/Neutral | 59 | 21.22% |
| Sell/Reduce | 2 | 0.29% | Sell/Reduce | 0 | 0.00% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. SunTrust Robinson Humphrey, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some over-



the-counter securities mentioned herein. Opinions expressed are subject to change without notice. The information herein is for persons residing in the United States only and is not intended for any person in any other jurisdiction.

SunTrust Robinson Humphrey, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

SunTrust Robinson Humphrey, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of SunTrust Banks, Inc. SunTrust Robinson Humphrey, Inc. is owned by SunTrust Banks, Inc. ("SunTrust") and affiliated with SunTrust Investment Services, Inc. Despite this affiliation, securities recommended, offered, sold by, or held at SunTrust Robinson Humphrey, Inc. and at SunTrust Investment Services, Inc. (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including SunTrust Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. SunTrust Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including risks to the price targets, Link: https://suntrust.bluematrix.com/sellside/Disclosures.action

Please visit the STRH equity research library for current reports and the analyst roster with contact information, Link (password protected): STRH RESEARCH LIBRARY

SunTrust Robinson Humphrey, Inc., member FINRA and SIPC. SunTrust and SunTrust Robinson Humphrey are service marks of SunTrust Banks, Inc.

If you no longer wish to receive this type of communication, please request removal by sending an email to STRHEquityResearchDepartment@SunTrust.com

© SunTrust Robinson Humphrey, Inc. 2017 . All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

**ADDITIONAL INFORMATION IS AVAILABLE** at our website, **www.suntrustrh.com,** or by writing to: SunTrust Robinson Humphrey, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070