# Exhibit J
## (MHK-SCA-00028660)

# FILING PROVISIONALLY UNDER SEAL