# Exhibit K

## (MHK-SCA-00013208)

# FILING PROVISIONALLY UNDER SEAL