# Exhibit L

## (MHK-SCA-00023186)

# FILING PROVISIONALLY UNDER SEAL