# Exhibit O

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JAMES FELIX, INDIVIDUALLY AND | ) | CV-18-2902-WHA |
| ON BEHALF OF ALL OTHERS | ) | CV-19-2522-WHA |
| SIMILARLY SITUATED,, | ) | |
| | ) | SAN JOSE, CALIFORNIA |
| PLAINTIFF, | ) | |
| | ) | FEBRUARY 10, 2022 |
| VS. | ) | |
| | ) | PAGES 1-20 |
| SYMANTEC CORPORATION, ET AL, | ) | |
| | ) | |
| DEFENDANT. | ) | |

_____

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S

FOR THE PLAINTIFF:     **BY:  SALVATORE J GRAZIANO**
                           **JEREMY ROBINSON**
                           **REBECCA BOON**
                       BERNSTEIN LITOWITZ LLP
                       1251 AVENUE OF THE AMERICAS
                       44TH FLOOR
                       NEW YORK, NY 10020

FOR THE DEFENDANT:     **BY:  JEROME F. BIRN , JR.**
                           **JESSICA SNORGRASS**
                           **STEPHEN STRAIN**
                       WILSON SONSINI GOODRICH & ROSATI
                       650 PAGE MILL ROAD
                       PALO ALTO, CA 94304

OFFICIAL COURT REPORTER:     SUMMER FISHER, CSR, CRR
                             CERTIFICATE NUMBER 13185

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

APPEARANCES CONTINUED:

FOR THE DEFENDANT:          **BY:  SUSAN RESLEY**
                                 **NINA DUTTA**
                                 **MICHAEL KICHLINE**
                            MORGAN LEWIS & BOCKIUS LLP
                            ONE MARKET, SPEAR STREET TOWER
                            28TH FLOOR
                            SAN FRANCISCO, CA 94105


ALSO PRESENT FOR PLAINTIFF:    CAROLINE RIFALL

ALSO PRESENT FOR DEFENDANT:    MARYBETH MILIONIS

METHOD ON THAT. I'M JUST GOING TO HAVE MY COLLEAGUE-- I THINK WE HAVE IT DOWN AS TWENTY CENTS A SHARE; IS THAT CORRECT? YEAH, THAT'S WHAT WE HAVE DOWN, SO IT WOULD BE TWENTY DOLLARS.

THE COURT: TWENTY DOLLARS.

MR. GRAZIANO: YES, TWENTY DOLLARS.

THE COURT: AND IF THEY HAD A THOUSAND SHARES, IT WOULD BE TWO HUNDRED DOLLARS.

MR. GRAZIANO: ROUGHLY, YOUR HONOR. IT DEPENDS ON WHEN DURING THE CLASS PERIOD THEY TRADED, AND ALL OF THAT.

THE COURT: BUT WHAT WOULD BE THE AVERAGE SMALL HOLDING BY CLASS MEMBERS?

MR. GRAZIANO: WE DON'T HAVE ACTUALLY HAVE THAT INFORMATION, IT'S SOMETHING WE COULD NEVER GET IN DISCOVERY.

BUT I THINK THIS CLASS, THE VAST, VAST MAJORITY OF IT IS MUTUAL INVESTORS WITH VERY SIGNIFICANT HOLDINGS.

THE COURT: WELL, OF COURSE, THOSE HAVE PROBABLY RESPONDED.

DO YOU KNOW OF ANY -- WERE ANY OF THESE RETURNS INSTITUTIONAL INVESTORS?

MR. GRAZIANO: I DON'T BELIEVE SO, YOUR HONOR, NO.

THE COURT: BECAUSE THOSE WOULD BE EASY TO LOOK UP IN THE PHONE BOOK AND SAY, HOW COME YOU DIDN'T --

MR. GRAZIANO: RIGHT. THEY ALSO FILE ELECTRONICALLY AND ALL OF THAT.

THE COURT: WELL, I'M GOING TO DO THE FOLLOWING: I'M

GOING TO APPROVE THE $70 MILLION SETTLEMENT AS FAIR AND REASONABLE, PLAN OF ALLOCATION IS FAIR AND REASONABLE, ATTORNEY'S FEES MOTION, FOR ONCE, IS FAIR AND REASONABLE.  AND THE $2 MILLION IS A LITTLE MORE THAN I WOULD LIKE FOR EXPENSES BUT I AM GOING TO APPROVE THAT ANYWAY.  AND I THINK YOU DID A GOOD JOB, SO THANK YOU FOR THAT.

YOU GET HALF YOUR FEE NOW AND HALF WHEN THE WORK IS DONE.  YOU GET ALL OF THE TWO MILLION NOW.

AND I'M GOING TO ASK YOU TO GIVE ME A WRITTEN REPORT SHORTLY AFTER ALL OF THE CLAIMS DEADLINE APPEARS, SO I CAN BE ALERTED TO THE, WHAT'S THE WORD, EFFICACY OF OUR CLAIMS PROCESS.  IF IT'S A PROBLEM, WE MAY HAVE TO COME BACK HERE AND ADDRESS THE PROBLEM.

DOES THAT SOUND OKAY TO YOU?

MR. GRAZIANO:  YES.  WE WILL DO IT ON NOTICE TO THE COURT.  WE WILL FILE PAPERS, AND WE WILL BE HAPPY TO COME BACK AND ADDRESS THE PROBLEM IF NEEDED.

THE COURT:  OKAY.

FOR THE RECORD, THE REASON WE ARE HERE IN OPEN COURT IN THE MIDDLE -- NOT THE MIDDLE, BUT DURING THE PANDEMIC, IS THAT THIS IS A FAIRNESS HEARING IN WHICH PEOPLE WERE GIVEN NOTICE OF THE HEARING, AND OUR NOTICE SAID IT WOULD BE IN OPEN COURT.  AND EVERY NOW AND THEN, A CLASS MEMBER ACTUALLY DOES SHOW UP, AND IF WE WEREN'T HERE, THEY WOULD BE PUT TO SOME TROUBLE.

AND AS IT TURNS OUT, NO CLASS MEMBER HAS SHOWN UP AND IT'S