# Exhibit P

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ROME DIVISION

CIVIL ACTION FILE NO.:    4:20-cv-00005-ELR

PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF

MISSISSIPPI, individually and on behalf

of all others similarly situated,

            Plaintiffs,

v.

MOHAWK INDUSTRIES, INC., and JEFFREY S.

LORBERBAUM,

            Defendants.

REMOTE VIDEOCONFERENCE VIDEOTAPED

DEPOSITION TESTIMONY OF:

30(b)(6) TA'SHIA GORDON

March 2, 2022

Case 4:20-cv-00005-VMC   Document 100-13   Filed 06/08/22   Page 3 of 4
30(b)(6) Ta'Shia Gordon                    March 2, 2022
Public Employees' Retirement System of Mississippi

Page 60

engaging Bernstein in this case?

A.   Not that I'm aware of, not that -- not that I can recall.

Q.   Was Bernstein the only monitoring firm to make a presentation to you concerning Mohawk and concerning the allegations in this complaint?

A.   As far as to my knowledge, yes.

Q.   Did Mississippi consider any other firms aside from the ones that have appeared in this action to represent it in this case?

A.   It's my understanding that a presentation -- a proposal would have been sent in the previous administration. The monitoring firm that presented the proposal would then schedule it for presentation. And if it was, you know, determined that the attorney general wanted to pursue the litigation, then it was pursued after, you know, that discussion and based on the attorney general's recommendation whether or not

to pursue it.

Q.   So other firms wouldn't have been considered.  It would have just been the firm that presented that -- that proposal under the monitoring agreement. Is that right?

A.   Well, from what I recall, it would have -- it would have been the -- you know, they had presented a proposal. There could have been other alerts or proposals received.  But once they submitted first, the first to present their proposal, and if it was decided based upon their analysis of the case to go forward, then the case would have proceeded based on the recommendation.

Q.   So, is there a prioritization in terms of first in time, the first firm to present the proposal?

A.   There was in the previous administration.

Q.   I see.  And that's the administration that selected Bernstein