# Exhibit K

Message

| | |
|---|---|
| **From:** | Brent Emore [brent_emore@mohawkind.com] |
| on behalf of | Brent Emore <brent_emore@mohawkind.com> [brent_emore@mohawkind.com] |
| **Sent:** | 7/26/2018 11:54:04 AM |
| **To:** | Devon Wzientek [devon_wzientek@mohawkind.com] |
| **Subject:** | RE: BoD Notes Comp Carpet Home Hard for B. Carson - 07.26.2018 - Q2 2018.xlsx |

It will find a bottom.
The rest of this year will be a grind.
We have to solve LVT in particular and drive high-end Laminate.
That will help heal H/S.
We will likely never hit $280 again in the near-term.

**From:** Devon Wzientek
**Sent:** Thursday, July 26, 2018 11:53 AM
**To:** Brent Emore <brent_emore@mohawkind.com>
**Subject:** RE: BoD Notes Comp Carpet Home Hard for B. Carson - 07.26.2018 - Q2 2018.xlsx

Sorry about that.  I have been running in meetings, but could have done that for you!  Don't be afraid to call me I usually have my cell and can step out.

Stock price is plummeting.  Not good

**From:** Brent Emore
**Sent:** Thursday, July 26, 2018 11:51 AM
**To:** Devon Wzientek <devon_wzientek@mohawkind.com>
**Subject:** RE: BoD Notes Comp Carpet Home Hard for B. Carson - 07.26.2018 - Q2 2018.xlsx

It was not a good start to my day.
He was jumping all over the board.
I basically told him I was going back to my office and putting together a nice summary than utilizing his chicken scratch.

**From:** Devon Wzientek
**Sent:** Thursday, July 26, 2018 11:50 AM
**To:** Brent Emore <brent_emore@mohawkind.com>
**Subject:** RE: BoD Notes Comp Carpet Home Hard for B. Carson - 07.26.2018 - Q2 2018.xlsx

Will do

**From:** Brent Emore
**Sent:** Thursday, July 26, 2018 11:38 AM
**To:** Devon Wzientek <devon_wzientek@mohawkind.com>
**Subject:** BoD Notes Comp Carpet Home Hard for B. Carson - 07.26.2018 - Q2 2018.xlsx

Put this together for BC this morning for his speech with BoD next week I think.
Might be good to quickly update each Qtr before we sit down with him and ease the pain I had this morning.
Almost utilize as a supplement for him.
Brent

CONFIDENTIAL