# Exhibit J

Message
_____

| | |
|---|---|
| **From:** | Dan Flowers - Mohawk [dan_flowers@mohawkind.com] |
| on behalf of | Dan Flowers - Mohawk <dan_flowers@mohawkind.com> [dan_flowers@mohawkind.com] |
| **Sent:** | 6/25/2018 3:32:15 PM |
| **To:** | Mat Witte [Mat_Witte@mohawkind.com]; Mike Ross [mike_ross@mohawkind.com]; Janet McGlothin [Janet_McGlothin@mohawkind.com]; Andrew Kearton [Andrew_Kearton@mohawkind.com]; Jeffrey Wachtel [jeffrey_wachtel@mohawkind.com]; Rebecca Richeson [rebecca_richeson@mohawkind.com]; Jeremy Tatum [jeremy_tatum@mohawkind.com] |
| **Subject:** | FW: 2018 5+7 Forecast Update - Flooring NA.xlsx |

P.S.  DO NOT forward this email!!  Cover off with your individual teams via phone or meeting … Dan

---

**From:** Brent Emore
**Sent:** Monday, June 25, 2018 12:41 PM
**To:** Devon Wzientek <devon_wzientek@mohawkind.com>
**Cc:** Dan Flowers - Mohawk <dan_flowers@mohawkind.com>; Rebecca Richeson <rebecca_richeson@mohawkind.com>
**Subject:** RE: 2018 5+7 Forecast Update - Flooring NA.xlsx

Similarly, I'm still hoping for a strong Shipping week that can pinch at least some of this gap.

---

**From:** Devon Wzientek
**Sent:** Monday, June 25, 2018 12:17 PM
**To:** David Toney <David_Toney@mohawkind.com>; Brent Emore <brent_emore@mohawkind.com>
**Cc:** Sherri Bateman <sherri_bateman@mohawkind.com>
**Subject:** 2018 5+7 Forecast Update - Flooring NA.xlsx

Brent/David,

Assume it's a mix issue.

MHK-SCA-00028660

Let Sherri know if you have changes as I will be off line for a bit.

Thanks,
Devon

CONFIDENTIAL