# Exhibit L

Message
_____

**From:**          Chris Wellborn [Chris.Wellborn@Daltile.com]
on behalf of   Chris Wellborn <Chris.Wellborn@Daltile.com> [Chris.Wellborn@Daltile.com]
**Sent:**          8/1/2018 8:39:12 AM
**To:**            Frank Boykin [Frank_Boykin@mohawkind.com]
**Subject:**       Fwd: LVT US Q2 2018
**Attachments:**   LVT US Q2 2018.docx; ATT00001.htm


Let's discuss


Begin forwarded message:

**From:** Bernard THIERS <bernard.thiers@unilin.com>
**Date:** August 1, 2018 at 3:27:56 AM CDT
**To:** Chris Wellborn <Chris.Wellborn@Daltile.com>
**Subject: Fwd: LVT US Q2 2018**

Chris,

I did some research in the GBR of Flooring NA.
It is not my style to interfere in anothers persons business, but I feel a certain responsibility when it is about LVT.



I hope that we will have the time to talk about this tomorrow.

Bernard.

CONFIDENTIAL                                                         MHK-SCA-00023186