# Exhibit B
# (MHK-SEC-00129440)

# FILED UNDER SEAL