# **Exhibit C**
# (MHK-SCA-00036168)

# FILED UNDER SEAL