# **Exhibit D**
# (MHK-SEC-00109164)

# FILED UNDER SEAL