# Exhibit E
# (MHK-SEC-00033396)

# FILED UNDER SEAL