# Exhibit F
## (MHK-SCA-00038626)

## FILED UNDER SEAL