# **Exhibit G**
# (MHK-SCA-00131859)

# FILED UNDER SEAL