# Exhibit H
# (MHK-SCA-00036063)

## FILED UNDER SEAL