# Exhibit I
# (MHK-SCA-00001954)

# FILED UNDER SEAL