# Exhibit J

## (Excerpts of Transcript of September 9, 2022 Deposition of Joseph "Joey" Faircloth)

## FILED UNDER SEAL