# Exhibit K

## (Excerpts of Transcript of October 21, 2022 Deposition of David Bruce Toney)

## FILED UNDER SEAL