# **Exhibit L**
# (MHK-SCA-00023286)

# FILED UNDER SEAL