# Exhibit M
## (MHK-SEC-00110190)

## FILED UNDER SEAL