# Exhibit B

# ALSTON & BIRD

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424
404-881-7000 | Fax: 404-881-7777

**Elizabeth Gingold Clark**         **Direct Dial:  404-881-7132**         **Email:  elizabeth.clark@alston.com**

February 18, 2022

*VIA EMAIL*

Mr. Jonathan D. Uslaner
Bernstein Litowitz Berger & Grossmann LLP
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
*JonathanU@blbglaw.com*

> Re:   *Public Employees' Retirement System of Mississippi v. Mohawk*
> *Industries, Inc*., No. 4:20-cv-00005-ELR

Dear Counsel:

I am writing on behalf of Defendants Mohawk Industries, Inc. and Jeff Lorberbaum ("Defendants") in response to Lead Plaintiff Public Employees' Retirement System of Mississippi's ("Lead Plaintiff") February 4, 2022 letter (the "Letter") concerning Defendants' January 24, 2022 proposed list of custodians, Defendants' January 28, 2022 proposed list of search terms, and in follow-up to the Parties' January 31, 2022 meet-and-confer.

## I.    Search Terms

Defendants have been working with Lead Plaintiff in good faith to develop search terms that will identify responsive documents, while balancing efficiency and proportionality concerns.  As you know, Defendants previously agreed to review more than 40,000[1] documents identified by running the forty-five (45) search terms used to identify the documents produced by Mohawk on December 30, 2021 over seven (7) new custodians requested by Lead Plaintiff and, at Lead Plaintiff's request, have agreed to add one (1) additional custodian.  Defendants already produced approximately 80,000 responsive

---

[1] *See* Section II (Individual Custodians) for Defendants' agreement to use Ms. Chisum as a custodian.  Attached as Exhibit 1 is an updated hit report for the forty-five (45) search terms used to identify the documents produced by Mohawk on December 30, 2021 over eight (8) new custodians requested by Lead Plaintiff: Carley Ferguson; Glenn Landau; Kenneth Huelskamp; Paul De Cock; Paul Murfin; Tom Lape; Brent Emore; and April Chisum.

February 18, 2022
Page 2

documents located using these search terms over the initial nine (9) custodians proposed by Defendants.

Attached as Exhibit 2 is a hit report reflecting that the search terms proposed by Lead Plaintiff on February 4, 2022 would require Defendants to review approximately 123,000 unique documents, in addition to the documents that Defendants have already agreed to review and have already produced which are in excess of 100,000 documents. To keep discovery productively moving forward, Defendants propose in Exhibit 3 the attached further revised search terms proposed by Lead Plaintiff on February 4, 2022 for the following seventeen (17) custodians:[2]

1.  Frank Boykin
2.  Brian Carson
3.  Dan Flowers
4.  David Holt
5.  Gary Lanser
6.  Jeff Lorberbaum
7.  Chris Wellborn
8.  Mat Witte
9.  David Toney
10. Carley Ferguson;
11. Glenn Landau;
12. Kenneth Huelskamp;
13. Paul De Cock;
14. Paul Murfin;
15. Tom Lape;
16. Brent Emore; and
17. April Chisum.

## II.    Custodians

Initial Disclosures: On the January 31, 2022 meet-and-confer, Lead Plaintiff asserted that Defendants were not entitled to depose, call to testify, or submit declarations from any Mohawk witness who is not included as a custodian.  Given that fact discovery is ongoing, Defendants have not yet identified the witnesses they intend to depose, call to testify, or whose declarations they intend to submit.  Any attempt to limit Defendants' ability to name witnesses at this point is premature.

Contrary to Lead Plaintiff's assertion that Defendants' Initial Disclosures identify witnesses they intend to rely upon at trial, Defendants' Initial Disclosures clearly identify "individuals who *may* have discoverable information that Defendants *may* use to support their defenses."  Defendants are aware of no case law or applicable rule that requires a party to designate every person who "may have discoverable information" as a custodian.

---

[2] Defendants' agreement to these search terms is conditioned upon reasonable agreement on this list of custodians.

February 18, 2022
Page 3

For avoidance of doubt, Defendants will not, of course, rely on any documents that Defendants do not search for and produce.

Individual Custodians: Defendants have already agreed to search for and produce responsive, non-privileged documents from sixteen (16) custodians, which includes seven (7) custodians requested by Lead Plaintiff in addition to the nine (9) custodians initially proposed by Defendants.  In the interest of compromise, and in aid of a reasonable and appropriate scope of discovery, Defendants are also willing to add April Chisum, Mr. Lorberbaum's executive assistant, as a custodian at Lead Plaintiff's request.

The five (5) remaining custodians requested by Lead Plaintiff are duplicative and unnecessary.  Moreover, the addition of another five (5) custodians would result in an excessively burdensome scope of review given the sixteen (16) custodians to which Defendants have already agreed and the scope of the search terms that the Parties are negotiating.  Specifically:

*Jan Vergote*: Lead Plaintiff asked Defendants to add Mr. Vergote, the Belgium-based former CEO of IVC Group, as a custodian.  However, Defendants have already identified Paul Murfin, the President and CEO of IVC U.S. from 2011 through 2018, as a custodian.  Accordingly, the addition of Mr. Vergote would be duplicative.  Indeed, Mr. Murfin is the "to" recipient of MHK-SEC-00053290, a document that Lead Plaintiff identified in its letter as reflecting the need for Mr. Vergote as a custodian.

*James F. Brunk and John Sommers*: Lead Plaintiff asked Defendants to add Mr. Brunk, former Senior Vice President (Corporate Comptroller) and Chief Administrative Officer, and Mr. Sommers, Mohawk's former Senior Vice President, as custodians.  However, Defendants have already identified as custodians numerous senior and other executives, including Mr. Lorberbaum, Mohawk's Chief Executive Officer, Frank H. Boykin, Mohawk's former Chief Financial Officer, Brian Carson, former Head of Mohawk's Flooring North America Division, David Toney, Senior Vice President (Supply Chain, Flooring North America), and Brent Emore, Chief Financial Officer (Flooring North America), who appear on the documents that Lead Plaintiff identified in its letter as reflecting the need for Messrs. Brunk and Sommers as custodians.

*Jeremy Tatum*: Lead Plaintiff asked Defendants to add Jeremy Tatum, Mohawk's Director (Operations, Distribution, & Logistics), as a custodian.  However, Defendants have already identified Mat Witte, Vice President of Warehouse and Delivery Operations, and Dan Flowers, Vice President of Logistics, as custodians.  Both of these individuals, whose functions and communications overlap with Mr. Tatum's, are recipients of MHK-SEC-00021483, a document that Lead Plaintiff identified in its letter purporting to reflect the need to add Mr. Tatum as a custodian.

*Amanda Clear Haynes*: Lead Plaintiff asked Defendants to add Amanda Clear Haynes, Mohawk's Vice President of Finance (IVC), as a custodian.  However, Defendants have already identified Paul Murfin, the President and CEO of IVC U.S. from 2011 through 2018, as a custodian, as well as Mohawk's senior leadership in finance, including Brent

February 18, 2022
Page 4

Emore, Chief Financial Officer (Flooring North America) and Frank Boykin, Mohawk's Chief Financial Officer. Moreover, multiple other custodians Defendants have agreed to search received MHK-SEC-00032554, a document that Lead Plaintiff identified in its letter as reflecting the need for Ms. Haynes as a custodian.

### III.   Operative Relevant Time Period

In its January 19, 2022 letter, Lead Plaintiff asked Defendants to expand the Operative Relevant Time Period from January 1, 2017 – December 31, 2019, which includes four months before *and* five months after the Class Period, to April 1, 2016 through January 25, 2020. On the January 31, 2022 meet-and-confer, Lead Plaintiff agreed to an end date of December 31, 2019.

Lead Plaintiff has not explained why documents from four months before the Class Period began are not sufficient to locate relevant documents, proportionate to the needs of the case. The Complaint does not contain any central allegations concerning alleged misstatements, omissions, or events in 2016. Lead Plaintiff is not entitled to a fishing expedition into nine months of documents from 2016 when Defendants have already agreed to produce documents dated four months before the Class Period.[3]

We are available and happy to meet-and-confer by phone on February 22 or 23, if you believe it would be productive to have another call.

Sincerely,

Elizabeth Gingold Clark

cc:   Counsel of Record

---

[3] Defendants reserve all rights with respect to their Responses and Objections to Lead Plaintiff's First Set of Requests for Production of Documents.

**Exhibit 1: Defendants' Search Terms Applied to Plaintiff's Eight Additional Custodians**

| Term | Review Population |
|---|---:|
| "aggressive" W/10 "LVT" | 691 |
| "alleg*" W/10 "LVT" | 14 |
| "audit" W/10 "product" W/10 ("flaw*" OR "defect*") | 0 |
| "Carpet*" W/15 ("overproduc*" OR "excess" OR "extra inventory") | 774 |
| "Carson" W/10 ("investigat*" OR "terminat*" OR "let go" OR "fire") | 124 |
| "Carson" W/50 ("idiot" OR "mess" OR "scheme" OR "illegal" OR "fraud*" OR "bullshit" OR "broken" OR "lying" OR "lie*" OR "liar" OR "manipulate*" OR "fake*") | 419 |
| "channel stuff*" | 202 |
| "cook*" W/5 "book*" | 36 |
| "Customer*" W/15 ("refuse*" OR "return*" OR "complain*") | 5,709 |
| "Deliver*" W/15 ("closed" OR "reject*" OR "refuse*") | 1,510 |
| "distribut*" W/10 ("scheme" OR "sham" OR "fraud" OR "fake*") | 235 |
| "do not" W/5 ("revers* sale" OR "revers* the sale") | 0 |
| "drain" W/5 "swamp" | 39 |

| | |
|---|---:|
| "financial*" W/25 ("false" OR "fake" OR "fraud" OR "inflat*") | 2,303 |
| "first quality" W/15 ("fake" OR "bad" OR "false" OR "scrap" OR "complain*") | 71 |
| "Flowers" W/15 ("Saturday" AND "recogni*") W/15 ("load" OR "scan") | 0 |
| "inflat*" W/5 ("revenue" OR "earning*" OR "profit*" OR "num*") | 1,111 |
| "inventory*" W/25 ("excess*" OR "overproduc*") | 2,233 |
| "invoice" W/15 ("earl*" OR "false" OR "premature" OR "refus*" OR "reject*") | 821 |
| "Lanser" W/10 ("investigat*" OR "terminat*" OR "let go" OR "fire") | 104 |
| "Lanser" W/50 ("idiot" OR "mess" OR "scheme" OR "illegal" OR "fraud*" OR "bullshit" OR "broken" OR "lying" OR "lie*" OR "liar" OR "manipulate*" OR "fake*") | 106 |
| "miss" W/5 ("target" OR "figures" OR "forecast") | 1,888 |
| "overproduc*" W/5 "inventor*" | 7 |
| "product*" W/25 ("scrap" OR "fake" OR "defective") | 3,867 |
| "pull forward" | 520 |
| "rent*" W/5 ("warehouse" OR "storage") | 925 |

| | |
|---|---|
| "revenue recognition" OR "RevRec" | 2,042 |
| "revenue*" W/5 ("inflat*" OR "false" OR "fraud" OR "fake" OR "pull in" OR "pull-in" OR "accelerat*") | 810 |
| "Saturday" W/15 ("closed" OR "reject*" OR "refuse*" OR "scheme") | 462 |
| "ship*" W/15 ("return*" OR "refus*" OR "reject*" OR "earl*" OR "premature" OR "too soon") | 9,523 |
| "store*" W/5 "inventor*" | 802 |
| "unusable scrap" | 0 |
| "writ*" W/5 "inventor*" | 1,054 |
| ("adjust" OR "change" OR "avoid") W/5 "reserve" | 1,690 |
| ("Apollo" OR "New England Floor Supply" OR "JJ Haines" OR "Abraham Linc" OR "Gilford Johnson" OR "All Tile" OR "T L Distributing") W/10 ("defective" OR "scrap" OR "poor quality") | 16 |
| ("E O" OR "excess" OR "obsolete") W/5 "inventor*" | 2,369 |
| ("fake" OR "bogus") W/15 ("deliver*" OR "order" OR "truck" OR "invoic*" OR "ship*") | 130 |
| ("fraud*" OR "wrongdoing*" OR "misbehavior*" OR "delinquenc*" OR "improper") W/5 "LVT" | 7 |
| ("high" OR "large" OR "excess") W/2 ("return*" OR "claim*") | 1,300 |

| | |
|---|---:|
| ("hit" OR "make" OR "meet" OR "need" OR short* OR "pressure*") W/3 ("quarter*" OR "budget" OR "target" OR "revenue*" OR "sale*" OR "profit*" OR "number") | 13,033 |
| ("Improv*" OR "better") W/3 ("profit" OR "revenue") | 3,013 |
| ("increase*" OR "remove") W/5 ("material*" OR "goods" OR "scrap") | 7,019 |
| ("manag*" OR "smooth*") W/5 ("earning*" OR "income" OR "impact" OR "profit*") | 4,192 |
| ("quarter*" AND "revenue") W/25 ("inflat*" OR "boost" OR "wrong" OR "fake" OR "bogus" OR "scheme" OR "sham") | 118 |
| ("record*" OR "code*") W/5 "not to be shipped" | 0 |
| ("return*" OR "refund*" OR "poor quality" OR "bad quality" OR "excess*" OR "scrap*" OR "complaint" OR "unsalable" OR "defective" OR "refuse" OR "over supply" OR "over produc*" OR "off quality" OR "obsole*" OR "slow mov*") W/15 ("LVT" OR "luxury vinyl tile") | 5,366 |
| ("scan" W/5 ("sale" OR "inventor*")) AND ("bogus" OR "mess" OR "scheme") | 146 |
| ("ship" OR "deliver" OR "scan") W/5 "Saturday" | 184 |

| | |
|---|---|
| ("US LVT Plant" OR "LVT Plant") W/5 ("overproduce" OR "over produce" OR "over supply" OR "fraud" OR "fake") | 0 |

Total Review Population: 46,578

**Exhibit 2: Plaintiff's February 4, 2022 Search Terms Applied to Nine Original Custodians and Eight Additional Custodians**

| Term | Review Population |
|---|---:|
| "HR Review" | 211 |
| "inventory health" W/50 (LVT* OR "luxury vinyl tile" OR IVC* OR carpet) | 94 |
| "IVC Quality Report" | 10 |
| "SMOG" W/3 (review OR report OR snap) | 313 |
| ("52 weeks" OR 52wks OR "52 wks" OR "26 weeks" OR "26wks" OR "26 wks" OR "26-52 weeks" OR "26-52 wks" OR "26-52wks") W/20 (LVT* OR "luxury vinyl tile" OR IVC*) | 490 |
| ("Aging Report" OR DBSR OR "Aging detail") AND (lvt* OR "luxury vinyl tile" OR IVC*) | 15,471 |
| ("days in inventory" OR DII OR "days on hand" OR DOH OR "weeks on hand" OR WOH OR "inventory day*") W/10 (carpet OR LVT* OR "luxury vinyl tile" OR IVC*) | 752 |
| ("finished goods" OR "inventories") W/20 ("carrying value" OR report* OR "snap shot" OR "snap-shot") | 3,649 |
| ("finished goods" W/15 (LVT* OR carpet OR "hard surface")) AND (policy OR policies) | 198 |
| ("IVC US Daily Report" OR "IVC U.S. Daily Report") AND (LVT* OR "luxury vinyl tile") | 4,329 |

| | |
|---|---:|
| ("off-quality") W/10 (motive* OR hide) | 0 |
| ("per month" OR monthly OR "each month" OR "every month") W/20 (carpet OR LVT*) W/20 ("sqft" OR "sq ft" OR "sqm" OR "sq m" OR "ft2" OR "m2" OR volume OR roll OR lb* OR pound* OR carton* OR pallet) | 168 |
| ("well-accepted" OR competit* OR "on par" OR "subpar" OR wors*) W/10 (LVT* OR "luxury vinyl tile" OR IVC*) | 4,095 |
| (("over-produc*" OR overproduc* OR excess* OR "over-supply" OR surplus OR leftover) W/25 (margin OR inventor* OR obsolete OR unsalable OR unsellable)) AND (inventor* W/25 (defectiv* OR return* OR refund*)) | 745 |
| (((stock OR share*) W/5 price) W/10 (declin* OR drop* OR fell OR fall* OR plummet* OR disaster* OR terribl* OR perform* OR shit* OR crap* OR horrendou* OR bad* OR pathetic* OR investor* OR street)) AND (Mohawk* OR MHK* OR our) | 3,636 |
| ((8k OR 10k OR 10q OR "8-k" OR "10-k" OR "10-q") W/20 (draft* OR review* OR certif* OR publish* OR edit*)) AND (Mohawk OR mhk) | 1,048 |
| ((accelerat* OR overstat* OR fabricat*) W/25 revenue*) AND (inventor* W/25 (defectiv* OR return* OR refund*)) | 158 |

| | |
|---|---|
| ((baird OR "bank of america" OR barclays OR "credit suisse" OR "deutsche bank" OR evercore OR goldman OR jefferies OR "jp morgan" OR "loop capital" OR "raymond james" OR RBC OR suntrust OR truist OR "wells fargo") W/30 (analyst OR commentator* OR reporter* OR journalist* OR lobby* OR "public relation" OR crisis)) AND (mohawk OR MHK) | 2,898 |
| ((complain* OR pissed OR furious OR angry OR anger OR livid OR outraged OR mad OR upset*) W/20 (LVT* OR "luxury vinyl tile" OR IVC*)) | 1,075 |
| ((complain* OR resist* OR frustrat*) W/20 ("earl*" OR "refus*" OR "closed" OR "reject*" OR Saturday)) W/10 (deliver* OR ship* OR reship* OR attempt*) | 96 |
| ((consensus W/5 (expect* OR estimat*)) AND (((quarter* OR annual OR financial) W/5 result*) OR EPS OR "earnings per share")) AND (mohawk* OR mhk* OR our) | 4,481 |
| ((demand OR forecast OR projection) W/10 (LVT* OR "luxury vinyl tile" OR IVC*)) AND (annual* OR quarter* OR month* OR weekly OR daily) | 8,073 |

| | |
|---|---|
| ((earning* W/5 (call OR transcript OR conference OR presentation)) W/20 (draft* OR review* OR prepar* OR participat* OR speak* OR edit*)) | 1,680 |
| ((EOQ* OR "end of quarter" OR "quarter-end" OR Saturday) W/20 ((spike OR increase OR "over-time") AND ((2d OR 2nd OR second OR 3d OR 3rd OR third) W/3 shift))) AND (report OR summary OR analysis OR analyses) | 2 |
| ((produc* OR manufactur* OR "off the line") W/10 (capacity OR maximum OR max)) W/10 (LVT* OR "luxury vinyl tile" OR IVC*) | 2,612 |
| ((recogn* W/5 revenue) OR "Rev recognition" OR "Rev Rec") W/20 (violat* OR fail* OR compl* OR procedur* OR polic* OR rule* OR standard* OR error* OR weakness* OR deficienc* OR fraud*) | 2,067 |
| ((rent OR build OR buy) W/10 (warehouse OR rack* OR truck* OR trailer OR container OR space OR storage)) AND (LVT* OR "luxury vinyl tile" OR IVC* OR carpet) | 8,193 |
| ((report*) W/5 (sales OR sold)) AND (Lorberbaum OR Carson OR Boykin OR DeCock OR Wellborn OR director OR CEO OR CFO OR President OR COO) AND (Saturday* OR "end of quarter" OR EOQ) | 356 |

| | |
|---|---|
| ((return* OR claim* OR refund*) W/5 (deny* OR denied OR "turn down" OR refuse OR reject*)) AND (LVT* OR "luxury vinyl tile" OR IVC* OR carpet) | 1,414 |
| ((SOX OR sarbanes) W/5 (certif*)) | 345 |
| (audit* OR test*) W/10 (LVT* OR "luxury vinyl tile" OR IVC*) | 5,190 |
| (channels OR residential OR "multi-family" OR BMF OR commercial OR builder OR "big box" OR distributor* OR wholesale* OR retailer* OR dealer* OR (commercial W/3 contract*)) W/10 (LVT* OR "luxury vinyl tile" OR IVC*) | 38,765 |
| (dead OR "re-inspect*" OR return* OR aged OR downgrad* OR distress*) W/10 (LVT* OR "luxury vinyl tile" OR IVC*) | 4,206 |
| (defect* OR flaw* OR buckl* OR unaccept* OR disast* OR damage* OR horribl* OR terribl* OR crap* OR discontinu* OR suck* OR garbage OR embaras* OR insan* OR fiasco OR "not sellable" OR "not salable" OR unsalable OR unsellable OR shit OR ("not" W/2 uniform)) W/20 (LVT* OR "luxury vinyl tile" OR IVC* OR carpet) | 19,290 |

| | |
|---|---|
| (EOQ* OR "end of quarter" OR "quarter-end" OR EOY* OR "end of year" OR "year-end" OR YE OR Saturday) W/10 (push* OR pull* OR swamp OR lake OR drain OR "empty racks" OR spik* OR scrambl* OR "whatever it takes" OR pressure* OR (close W/3 gap*)) | 8,129 |
| (excess* OR surplus OR leftover) W/20 (LVT* OR "luxury vinyl tile" OR IVC*) | 2,382 |
| (GHB OR Goodwill OR "11th Ave") W/10 (overflow* OR overproduc* OR "over-supply" OR fraud* OR fake OR "no room" OR gills OR hoard* OR buffer OR stuffed) | 2,602 |
| (Holt OR Dave OR David) AND ((sell* OR sale OR sold) W/20 ("do not" OR "don't" OR stop* OR ceas* OR halt) W/20 (LVT* OR "luxury vinyl tile" OR IVC*)) | 191 |
| (Lorberbaum OR Carson OR Boykin OR Flowers OR Witte OR Lanser OR Tatum OR Kearton OR CEO OR CFO OR COO) W/20 (fire* OR terminat* OR resign* OR quit* OR incompetent* OR inadequa* OR derelict* OR deficien* OR liar* OR fraud* OR cheat*) | 6,579 |

| | |
|---|---:|
| (LVT* OR "luxury vinyl tile" OR IVC* OR carpet) W/10 (overflow* OR "over-run" OR "over-produc*" OR overproduc* OR "over-supply" OR fraud* OR fake OR "no room" OR gills OR hoard* OR buffer OR stuffed) | 1,800 |
| (materials OR inputs OR outputs OR "finished goods") W/20 (excess OR obsolete) | 1,100 |
| (record W/3 (margin* OR sale* OR revenue* OR quarter* OR result*)) W/20 (drivers OR reasons OR LVT* OR attribute*) | 93 |
| (reserve* OR "write-off" OR "write-down" OR "bring down" OR accrual* OR "true-up" OR impair* OR "contra-asset" OR "contraasset") W/10 (LVT* OR "luxury vinyl tile" OR IVC* OR carpet) | 4,908 |
| (SMOG OR (mov* W/2 slow*) OR obsole* OR excess* OR dead OR aged OR "E O") W/10 (LVT* OR "luxury vinyl tile" OR IVC*) | 3,163 |
| (valu* OR deliver*) W/20 (inventor* W/25 (defectiv* OR return* OR refund*)) | 539 |
| accounting W/20 (fraud* OR weakness* OR violat* OR aggressiv* OR conservativ*) | 913 |
| dashboard AND (director OR Lorberbaum OR CEO) | 2,179 |

Total Review Population: 122,932