# Exhibit C

Message

| | |
|---|---|
| **From:** | Paul Murfin [Paul_Murfin@mohawkind.com] |
| on behalf of | Paul Murfin <Paul_Murfin@mohawkind.com> [Paul_Murfin@mohawkind.com] |
| **Sent:** | 3/5/2017 3:17:24 PM |
| **To:** | Jan.Vergote@ivcgroup.com |
| **CC:** | Stijn Vermeulen [Stijn.Vermeulen@moduleo.com] |
| **Subject:** | RE: ▮▮▮▮▮▮▮. Need help. |

Jan,

Thanks for the detailed response. Please see comments below...

**From:** Jan Vergote [mailto:Jan.Vergote@ivcgroup.com]
**Sent:** Sunday, March 05, 2017 1:09 PM
**To:** Paul Murfin
**Cc:** Stijn Vermeulen
**Subject:** Re: ▮▮▮▮▮▮▮. Need help.

Paul,

Kurt is the main settings specialist for slab and profiling and has been there last week en will still be next week. Bjorn is department head slab production and is used to work in close connection to Kurt. He is there next week as well.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Stijn will travel 13 March with Ward, profiling ops specialist.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I will tell that to Brian.

Understood

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮

Also understood. Just need to be sure we are showing a plan to address

CONFIDENTIAL

MHK-SCA-00036168

What has the flooring na laminate profiling team been doing during the past year ? ███████████████
████████████████████████████████████

CONFIDENTIAL ████████████████████████████████████████████ MHK-SCA-00
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████

████████████████████████████████████████████████████
███████████████

████████████████████████████████████████████████████
██████████████████████████████████████████████
█████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████████████

████████████████████████████████████████████████████
████████████████████████

████████████████████████████████████████████████████
█████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████

████████████████████████████████████████████████████
████

████████████████████████████████████████████████████
████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████

█████████████████████████████████████

CONFIDENTIAL                    MHK-SCA-00036169

And last but not least. ████████████████████████████████████████
████████████████████████████████████████████████████

Not sure what this means. ████████████████████████████████████████
████████████████████████████████████████

Stijn, expect me to include you in my call with Brian.

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████

Jan

I am grateful to you, Stijn and the team for the support you are willing to give us. I can assure you the team will embrace this help.

Verstuurd vanaf mijn iPad

Op 5 mrt. 2017 om 17:06 heeft Stijn Vermeulen <Stijn.Vermeulen@moduleo.com> het volgende geschreven:

Paul,

████████████████████████████████████
████████████████████████████████████████

They participated and advised in different action plans. Again together with Kevins team.
Kevin was in Europe last week, I assume he had updates from his people.

Stijn

Verzonden vanaf mijn Samsung Galaxy-smartphone.

-------- Oorspronkelijk bericht --------
Van: Paul Murfin <Paul_Murfin@mohawkind.com>
Datum: 5/03/17 16:29 (GMT+01:00)
Aan: Jan Vergote <Jan.Vergote@ivcgroup.com>
Cc: Stijn Vermeulen <Stijn.Vermeulen@moduleo.com>, Kevin Mitchum <kevin_mitchum@mohawkind.com>, Joey Faircloth <Joey_Faircloth@Mohawkind.com>
Onderwerp: ████████████ Need help.

Please find attached the latest data related to our inventory inspections.

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████

CONFIDENTIAL

MHK-SCA-00036170

██████████████████████████████████████████████████████████
██████████████████████████████████████████████████
████████████████████████████

██████████████████████████████████████████████████████████
██████████████████████████████████

██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████
████████████

██████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████████████████████████████████
████████████████████████████████

██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
████████████████████████████████████████ I meet with them on Thursday this week.

My conclusion is we need a total approach to these problems. ████████████████████████

Tomorrow I will meet with Brian to share this information. My plan is to explain the situation and provide recommendations on what we need to do. ████████████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████████

██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
████

██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
████████████████████

Amanda, Kevin and I are meeting about this as we speak. If you would like to call us to discuss on our cell phones we are available today.

Paul

CONFIDENTIAL

MHK-SCA-00036171