# Exhibit D

Message
| | |
|---|---|
| **From**: | Brian Carson [brian_carson@mohawkind.com] |
| on behalf of | Brian Carson <brian_carson@mohawkind.com> [brian_carson@mohawkind.com] |
| **Sent**: | 4/5/2018 7:43:57 AM |
| **To**: | Jan Vergote [Jan.Vergote@ivcgroup.com] |
| **Subject**: | Re: Vinyl Center of Excellence |

Jan,

I think we're set up to discuss Monday. I think the plant is improving under Gary's leadership. I have spent a lot of time in that plant and think they are organizing better, measuring better, improving better. I think the new planning strategy is helping also

On a separate note.

Talk Monday.

Best
Brian

Sent from my iPhone

On Apr 3, 2018, at 8:49 AM, Jan Vergote <Jan.Vergote@ivcgroup.com> wrote:

Brian,

I had a conversation with Gary on Friday.

Confidential Treatment Requested by Mohawk Industries, Inc.

██████████████████████████████████████████████████████████
████████████████████████████ There is a cost linked to this.
████████████████████████████ I am not sure anymore what to do : act, wait, cancel ? We have a certain reaction time.

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████

I will set up a call with you to understand what you want.

Speak to you soon.

Jan

---

**From:**

**From:** Jan Vergote
**Sent:** Monday, March 26, 2018 10:40 AM
**To:** Brian Carson <brian_carson@mohawkind.com>; Gary Lanser <gary_lanser@mohawkind.com>
**Subject:** Hires support IVC US
**Importance:** High

Dear Brian, Dear Gary,

████████████████████████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████

Below email chain (just an example) signals we need to agree in more detail on how to proceed ████████████████████
████████████████████████████

████████████████████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████

Confidential Treatment Requested by Mohawk Industries, Inc.

MHK-SEC-00109165

In general it would help a lot if all stakeholders are informed/aligned on the path we choose. ████████
████████████████████████████████████████████████████████████

█    ████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████

█    ████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
██████████

█    ████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████████████████████████████████████

█    ████████████████████████████████████████████████

Apart from this support, I am currently recruiting a Plant Manager. If I find a strong candidate, I will propose the candidate to you for interviews with you. ████████████████████████████████████████
████████████████████████████████████████████████████

Let me know your thoughts – always available for a call.

Jan

**From:** Micah Riggle
**Sent:** maandag 26 maart 2018 14:45
**To:** Tine Malfrere <Tine.Malfrere@ivcgroup.com>; Sophia Doss <Sophia_Doss@mohawkind.com>
**Cc:** Kevin Mitchum <kevin_mitchum@mohawkind.com>
**Subject:** RE:
**Importance:** High

Tine:

When we last discussed hires for the U.S., we asked to be involved in the process of evaluation, recruiting, and interviewing for these folks. Who interviewed this candidate in the U.S.?

████████████████████████████████████████████████████████ We need to discuss further before proceeding. I'm looping Kevin in on the discussion.

Please let us know when you can discuss.

Thanks,
Micah

**From:** Tine Malfrere
**Sent:** Wednesday, March 21, 2018 5:06 AM
**To:** Sophia Doss <Sophia_Doss@mohawkind.com>

Confidential Treatment Requested by Mohawk Industries, Inc.

**Cc:** Micah Riggle <Micah_Riggle@mohawkind.com>
**Subject:** RE: ████████████

Hi Sophia,

Please find his resume. He hasn't signed yet (next Monday if all goes well).

████████████████████████████████████████
████████████████████████████
████████

Kr,

Tine

---

**From:** Sophia Doss
**Sent:** maandag 12 maart 2018 20:51
**To:** Tine Malfrere <Tine.Malfrere@ivcgroup.com>; Micah Riggle <Micah_Riggle@mohawkind.com>
**Subject:** RE: ████████████

Thanks Tine for the update.  Please share the details (resume, job description, family status, etc) regarding Tom to review visa options.  I suggest we review before committing to the employee/expat.  Thanks again.

Confidential Treatment Requested by Mohawk Industries, Inc.

MHK-SEC-00109167