# Exhibit E

Message

| From: | Jan Vergote [Jan.Vergote@ivcgroup.com] |
|---|---|
| on behalf of | Jan Vergote <Jan.Vergote@ivcgroup.com> [Jan.Vergote@ivcgroup.com] |
| Sent: | 5/17/2018 4:39:36 AM |
| To: | Chris Wellborn [Chris.Wellborn@Daltile.com] |
| Subject: | RE: Filip |

Chris, below I attempt to summarize the context that makes us choose for competitive technology :

1.      LVT is different from carpet. There is no significant Chinese residential carpet competition – some more on rugs and tile and axminster for hospitality
2.      China however controls the world production of LVT for 85% or more. LVT = global competition. This is European engineering+Georgia vs. the Republic China.
3.      IVC has decided in 2010 to invent processes that beat Chinese landed cost and operates these successfully in Europe (+consistently +25% ebitda outside startup)
4.      Unilin has done the same in 2014 without the cost edge but with product benefits

█      ████████████████████████████████████████████████████████████
████████

█      ████████████████████████████████████████████████████████████

███

(Shaw has done a failed attempt to copy the Avelgem1 plant in Georgia – it is hardly producing anything after 4 years (not 25% of capacity) – Shaw also failed completely in laminate production)

█      ████████████████████████████████████████████████████████████

███████

█      ███████████████████████████████████████████████

9.      The combination in one continuous line  of production steps and features exponentially increases the risk of line stops. We are used to that in vinyl. Much less critical in tufting-weaving.

█      ████████████████████████████████████████████████████████████
█████████████████████████████

██████████████████████████████████████████████████████████████████
██████████████

█      ████████████████████████████████████████████████████████████
██████████████████

█      ████████████████████████████████████████████████████████████
███████████████

█      ████████████████████████████████████████████████████████████
████████████████████████████████████

████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████████████████████████████████
██████████████████████

Jan

---

**From:** Chris Wellborn
**Sent:** woensdag 16 mei 2018 21:37
**To:** Jan Vergote <Jan.Vergote@ivcgroup.com>
**Subject:** RE: Filip

Confidential Treatment Requested by Mohawk Industries, Inc.                    MHK-SEC-00033396

Thanks Jan.  I don't know how I missed this one. A question for you (just us). ███████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████

---

**From:** Jan Vergote
**Sent:** Tuesday, May 15, 2018 3:34 AM
**To:** Chris Wellborn <Chris.Wellborn@Daltile.com>
**Subject:** Filip

Chris,
(just us)

Filip is aware ███████████████████████████████████████
████████████████████
████████████████████████████████████████████████████████
██████████████████████████████████
██████████████████████████████
████████████████████████████████████████████████████

████████████████████████████████████████████████████
████████████████████
█████████████████████████████████████████████████████
████████████████████████████████

This is what Filip, Bernard and myself think and what Filip will voice.

████████████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████
██████████████████████████
██████████████████████████████████████████████████████
█████████████████

████████████████████████████████████████████████████
██████████████████████████████
████████████████████████████████████████████████████
█████████████████████████
█████████████████████████████████████████████████
██████████████████████████

████████████████████████████████████████████
███████████████████████████████████████████████████
██████████████████████████
███████████████████████████████████████████████████
███████████████████████████████

I have asked Filip to play the ball and not the man given Brian's strong track record and future role in the business.

Jan

Confidential Treatment Requested by Mohawk Industries, Inc.

**From:** Chris Wellborn
**Sent:** maandag 14 mei 2018 23:28
**To:** Jan Vergote <Jan.Vergote@ivcgroup.com>; Bernard THIERS <bernard.thiers@unilin.com>
**Subject:** Filip

(just us)
Filip asked to see Jeff privately before or after the board meeting.  Jeff asked me if I knew anything.  ▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ I told him that you met with Brian and Gary and I thought you had a good plan.  Any thing else you can think of that we should prepare for?

Confidential Treatment Requested by Mohawk Industries, Inc.

MHK-SEC-00033398