# Exhibit F

## Message

| | |
|---|---|
| **From:** | Jan Vergote [Jan.Vergote@ivcgroup.com] |
| on behalf of | Jan Vergote <Jan.Vergote@ivcgroup.com> [Jan.Vergote@ivcgroup.com] |
| **Sent:** | 8/8/2018 7:42:17 AM |
| **To:** | Chris Wellborn [Chris.Wellborn@Daltile.com] |
| **Subject:** | RE: Confidential |

Chris,



Jan

---

**From:** Chris Wellborn
**Sent:** maandag 6 augustus 2018 19:52
**To:** Jan Vergote <Jan.Vergote@ivcgroup.com>
**Cc:** Bernard THIERS <bernard.thiers@unilin.com>
**Subject:** Confidential

Thanks

CONFIDENTIAL

MHK-SCA-00038626