# Exhibit G

Message
_____

**From:**          Caroline Wille [Caroline_Wille@mohawkind.com]
on behalf of      Caroline Wille <Caroline_Wille@mohawkind.com> [Caroline_Wille@mohawkind.com]
**Sent:**          9/3/2018 10:19:34 AM
**To:**            Jan Vergote [Jan.Vergote@ivcgroup.com]; Joren Knockaert [Joren.Knockaert@ivcgroup.com]; Stijn Vermeulen
                   [Stijn.Vermeulen@moduleo.com]
**Subject:**       Re: 23K

Good morning all,

in general, for commercial, we have the following issues;



Jason Hyde from Quality is also a good contact for more info.

Kind regards
Caroline

---

**From:** Jan Vergote <Jan.Vergote@ivcgroup.com>
**Date:** Monday, September 3, 2018 at 6:20 AM
**To:** Joren Knockaert <Joren.Knockaert@ivcgroup.com>, Stijn Vermeulen <Stijn.Vermeulen@moduleo.com>
**Cc:** Caroline Wille <Caroline_Wille@mohawkind.com>
**Subject:** Fwd: 23K

Caroline,

Jan

Verstuurd vanaf mijn iPad

CONFIDENTIAL                                                                    MHK-SCA-00131859

Begin doorgestuurd bericht:

**Van:** "David Thoresen" <David_Thoresen@Mohawkind.com>
**Aan:** "Jan Vergote" <Jan.Vergote@ivcgroup.com>
**Kopie:** "Michel Vermette" <michel_vermette@mohawkind.com>
**Onderwerp: Doorst.:** [FSI] **23K** [PDI]

Jan, here are some of the photos from one of the ███████ project, ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Let me know if you have any questions.



**David E Thoresen**
*Senior Vice President -*
*Commercial Hard Surface,*
*Healthcare and Senior Living*
Mohawk Group
david_thoresen@mohawkind.com

O: (706) 624-2661
C: (706) 483-4608
mohawkgroup.com

Begin forwarded message:

**From:** "Don McCurdy" <Don_McCurdy@mohawkind.com>
**To:** "David Thoresen" <David_Thoresen@Mohawkind.com>
**Cc:** "Andy Ostman" <Andy_Ostman@mohawkind.com>, "Michel Vermette" <michel_vermette@mohawkind.com>, "Mitch Jones" <mitch_jones@mohawkind.com>, "Erin Keener" <erin_keener@mohawkind.com>
**Subject: 23K**

The above pictures are from the 1st visit today by Field Services at the ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Todd will be visiting additional stores this afternoon and tomorrow and Erin will report on them as soon as we get the info as I will be out of the office.
Thank you.

Donald McCurdy
160 S. Industrial Blvd.
PO Box 12069
Calhoun, Ga, 30701
Sr. Manager Financial and After Sales Services

MHK-SCA-00131860

don_mccurdy@mohawkind.com
Phone: 706-624-2588 Ext. # 42588



CONFIDENTIAL

MHK-SCA-00131861



CONFIDENTIAL

MHK-SCA-00131862



CONFIDENTIAL

MHK-SCA-00131863



CONFIDENTIAL

MHK-SCA-00131864