# Exhibit H

Appointment

| | |
|---|---|
| **From:** | April Chisum [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A6E828F3C0E043D4A5BC815CEEC6E2F9-APRIL CHISU] |
| **Sent:** | 11/28/2018 12:22:20 PM |
| **To:** | April Chisum [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a6e828f3c0e043d4a5bc815ceec6e2f9-April Chisu]; Jeff Lorberbaum [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ae091262cc7243eba852907eaac5f656-Jeff Lorber]; Jan Vergote [Jan.Vergote@ivcgroup.com]; Bernard THIERS [bernard.thiers@unilin.com]; Chris Wellborn [Chris.Wellborn@Daltile.com]; Paul De Cock [Paul_DeCock@mohawkind.com]; Chantal BAUTERS [chantal.bauters@unilin.com]; Beth Ann Shaw [beth_shaw@mohawkind.com]; Susan Boswell [Susan_Boswell@mohawkind.com]; Peter Le Roy [Peter.Leroy@ivcgroup.com]; Stijn VERMEULEN [Stijn.Vermeulen@moduleo.com]; Kristof VAN VLASSENRODE [Kristof.VanVlassenrode@ivcgroup.com]; Joren Knockaert [joren_knockaert@mohawkind.com] |
| **CC:** | Eline Kestelyn [Eline.Kestelyn@ivcgroup.com] |

| | |
|---|---|
| **Subject:** | CALL: ▮▮▮▮▮▮▮ \| Jan Vergote |
| **Location:** | MR CBC CEO Conf Rm \|\| (160 S Industrial Blvd) DIAL IN BELOW |

| | |
|---|---|
| **Start:** | 12/4/2018 8:00:00 AM |
| **End:** | 12/4/2018 9:00:00 AM |
| **Show Time As:** | Busy |

| | |
|---|---|
| **Required Attendees:** | Jeff Lorberbaum; Jan Vergote; Bernard THIERS; Chris Wellborn; Paul DE COCK; Chantal BAUTERS; Beth Ann Shaw; Susan Boswell; Peter Le Roy; Stijn VERMEULEN; Kristof VAN VLASSENRODE; Joren Knockaert |
| **Optional Attendees:** | Eline Kestelyn |

**11.28.18 | Meeting moved from 12.05.18 @ 9am to 12.04.18 @ 8am to accommodate schedules. (JL and Paul traveling on 12.05)**
**Added new attendees per EK.**

**Toll Free:**     **800.988.2681**
**Passcode:**     **7066242261**
International:   763.315.9961
Leader PIN:     3432 (Jeff)

**From:** Jan Vergote
**Sent:** Monday, November 19, 2018 1:42 PM
**To:** Jeff Lorberbaum <Jeff_Lorberbaum@Mohawkind.com>
**Cc:** Bernard THIERS <bernard.thiers@unilin.com>; Chris Wellborn <Chris.Wellborn@Daltile.com>; Paul DE COCK <Paul.DeCock@unilin.com>; April Chisum <April_Chisum@Mohawkind.com>
**Subject:** RE: ▮▮▮▮▮▮

April,
Thank you for scheduling a call at participants earliest convenience (Jeff, Bernard,Paul,Chris).

Jeff,
Please find some answers below :

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮

CONFIDENTIAL MHK-SCA-00036063

How long to determine cause and overcome?

███████████████████████████████████████████████████

████████████████████████████

████████████████████████

██████████████████████████████████████████████████
████
██████████████████████████████████████████████████
███████████████████████████████
██████████████████████████████████████████████████
████████████

████████████████████████

████████████████████████████ █ ████████████████████████████████████
███████████████████████████████████████

██████████████████████

██████████████████████████████████████████████████
███████████████████████████████████
████████████████████████████████████████

████████████████████████

██████████████████
██████████████████████████████████████████████████
████████████████████████

Is Europe and US same?

██████████████████████████████████████████
███████████████████████████████████

██████████████████████████████████████████████████
████

██████████████████████████████████████████████████
████████████████████████

The new tools have arrived and we are testing as we speak.

Jan

MHK-SCA-00036064

Sent from my iPhone

CONFIDENTIAL

MHK-SCA-00036065