# Exhibit I

Message

___

**From:** Jan Vergote [Jan.Vergote@ivcgroup.com]
**on behalf of** Jan Vergote <Jan.Vergote@ivcgroup.com> [Jan.Vergote@ivcgroup.com]
**Sent:** 3/27/2019 3:49:14 AM
**To:** Paul De Cock [Paul_DeCock@mohawkind.com]; John Sommers [john_sommers@mohawkind.com]; Ed Sanchez [ed_sanchez@mohawkind.com]
**Subject:** Fwd: Resilient Management Meeting - MARCH 12 2019
**Attachments:** ATT00001.htm; Resilient Leadership Team 12 Mar 2019.pdf; ATT00002.htm

___

Gentlemen,

I need flex business for LVT3 in Europe.

Now we decide below ████████████████████

████████████████████████████████████████

In the mean time, the guys who work very hard away from their families in Dalton, will hear from me next week that
████████████████████████████████████████████████████
████████████████████████████

████████████████████████████████████████████
███████████████████████████████████████

████████████████████████████████

Jan

Verstuurd vanaf mijn iPad

Begin doorgestuurd bericht:

**Van:** David Sheehan <david_sheehan@mohawkind.com>
**Datum:** 15 maart 2019 om 21:06:10 GMT+8
**Aan:** Jan Vergote <Jan.Vergote@ivcgroup.com>, Paul De Cock <Paul_DeCock@mohawkind.com>, Jurgen Goessens <Jurgen_Goessens@mohawkind.com>, Caroline Wille <Caroline_Wille@mohawkind.com>, Darleen Meese <darleen_meese@mohawkind.com>, Ed Sanchez <ed_sanchez@mohawkind.com>, David Thoresen <David_Thoresen@Mohawkind.com>
**Onderwerp: FW: Resilient Management Meeting - MARCH 12 2019**

Jan:

Due to a schedule change from Lowe's, I was unable to participate in this week's resilient management meeting.

████████████████████████████████████████████████

████████████████████████████████████████████████
██████████████████████████████████████████████

 MHK-SCA-00001954

Let's talk next week to see if there are other residential needs we can leverage for BE (██████████████████)

Dave

David Sheehan
SVP – Product Management
Mohawk Resilient
101 IVC Drive
Dalton, GA 30701
david_sheehan@mohawkind.com
Direct:  706-271-9013
Mobile:   856-469-3718

CONFIDENTIAL

MHK-SCA-00001955