# Exhibit J

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION


PUBLIC EMPLOYEES'
RETIREMENT SYSTEM OF
MISSISSIPPI, individually
and on behalf of all                CIVIL ACTION FILE
others similarly situated,
                                    NO. 4-20-cv-000005-ELR
                Plaintiff,
        vs.
MOHAWK INDUSTRIES, INC.,
and JEFFREY S. LORBERBAUM,

                Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~



VIDEO DEPOSITION OF

JOSEPH "JOEY" HENRY FAIRCLOTH



September 9, 2022
9:11 a.m.



Suite 4900, One Atlantic Center
1201 W. Peachtree Street
Atlanta, Georgia



S. Julie Friedman, CCR-B-1476



Page 22

Q. And what are you referring to when you wrote, ██████████████?

A. ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

And the point I was trying to make there was ████████████████████ --

Q. All right.

A. -- and need to have a presence there on site so that we can work on small issues, big issues, everything. Well --

Q. And at the time, as you wrote, your conclusion was that ████████████████████████████████████████████████████████ right?

A. Right.

Can I make one point.

Q. Once -- Once we get through the -- the --

A. Okay.

Page 23

Q. -- questioning, you know, if you have any -- anything to add, we're happy to discuss it.

Sir, if you look at the No. 4, you see you have a -- a series of recommendations; and then there's a No. 4.

Do you see that?

A. I do.

Q. And it says, "████████████████████████████████████████████████"

Do you see that?

A. I do.

Q. And where you wrote here, sir, "████████████████████████████████████, correct?

A. Correct.

Q. What is a ████████████?

A. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Page 24

██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Q. And -- And why is it important to -- to ██████████████████████?

A. Because ██████████████████████████████████████████████

Q. And -- And why is that important ████ ██████████████████████████████████████?

MR. LONG: Objection.

Q. (By Mr. Uslaner) Sir, based on your experience at -- at Mohawk, why is it important to ████████████████████████████████████████ ████████████████?

A. ████████████████████████████████ ████████████████

I mean, it can also be turned down, because ████████████████████████████ ████████████████████████████

Q. Okay. In the -- the final sentence of

Page 25

your fourth recommendation, you write, quote, "███ ████████████████████████████████████████ ████████████████."

Do you see that?

A. Yeah. I do.

Q. What are ████████████?

A. ████████████████████ ████████████████████ ████████████████████████████ ████████████████████████████████████ ████████████████████████████ ████ ████████████████████████ ████████████

Q. And -- And what is a ████?

A. ████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████ ████ ██████████ t your attention to the ---the Recommendation No. 2 in -- in your e-mail.

7 (Pages 22 - 25)



Page 50

all.

Q. All right. In your e-mail to Stijin Vermeulen, you -- you note that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?

A. Yes.

Q. Okay. And what was Stijin Vermeulen's role with respect to the company?

A. Okay. Stijin had multiple jobs. Okay. His -- His main job was operation managers of the LVT operations in -- in Europe. That was formerly IVC. There were LVT operations at -- They were formally Unilin. Also, he had no responsibility there; but he had that.

▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Page 51

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Q. In your e-mail, you reference Jan Vergote?

A. Jan Vergote.

Q. Jan Vergote. Who is Mr. Vergote?

A. Jan was a -- at that time, I guess, president of, I guess, the European operations for IVC, I believe; but he also -- he -- He had formerly been the, I guess the CEO of IVC when Mohawk bought IVC, so he was in a role like a -- like a president of a European operation; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?

MR. LONG: Objection.

THE WITNESS: Yes.

Q. (By Mr. Uslaner) Is that -- Is that right?

Page 52

A. Yes.

Q. Sir, if you could, turn to Exhibit 5.

A. (Witness complies with request of counsel.)

Q. Sir, is this an e-mail that Kevin Mitchum of Mohawk sent to folks at ▮▮▮▮▮, copying, among others, you on February 22nd, 2017, with the Subject: "▮▮▮▮▮▮▮▮▮▮▮▮▮▮"?

A. Yes.

Q. And what, sir, is ▮▮▮▮▮▮?

A. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Q. Okay. And when you say Line 1, you're referring to LVT 1; is that right?

A. Correct.

Q. And at the time, LVT 1 was the only line producing LVT in Georgia, right?

A. Correct.

Q. Okay. I want to direct you, sir, to Mr. Mitchum's e-mail to ▮▮▮▮▮▮▮▮▮▮▮▮.

You see, sir, in the -- the first sentence, he says, "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Page 53

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮."

Let me stop there.

What, sir, is EIR?

A. Emboss in register.

Q. Okay. And do you recall, sir, that Mohawk wanted to produce LVT with EIR?

A. Correct.

Q. Okay. And what's the difference between embossed in register, EIR, and randomly embossed LVT?

A. Emboss in register, if you would have a -- a LVT floor, and as you were trying to simulate a pine floor, for example, and that pine floor would have knots, well, on a real pine floor, you would fill the knot; and it would have, you know, different surface characteristics than where the knot was not at.

Okay. If you emboss in register, you have the picture of a knot and the feel on the embossed or on the wear layer, which was embossed. It would have the feel of a knot just like wood, but to do that is a significant engineering feat to do that.

So if it's random, you would have that feel of a knot in the plane area and the smooth surface sitting on top of a knot which, you know, you

14 (Pages 50 - 53)