# Exhibit K

Page 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ROME DIVISION

PUBLIC EMPLOYEES'
RETIREMENT SYSTEM OF
MISSISSIPPI, individually
and on behalf of all                    CIVIL ACTION FILE
others similarly situated,

                                  NO. 4-20-cv-000005-ELR

           Plaintiff,

      vs.

MOHAWK INDUSTRIES, INC.,
and JEFFREY S. LORBERBAUM,

           Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~

VIDEO DEPOSITION OF

DAVID BRUCE TONEY

October 21, 2022

9:03 a.m.

Suite 3200, One Atlantic Center

1201 W. Peachtree Street

Atlanta, Georgia

S. Julie Friedman, CCR-B-1476



Page 90

here -- ledging, quality profile, and squareness -- impact yield?

MR. LONG: Objection.

THE WITNESS: There was a standard for first quality, which would be ▮▮▮▮▮▮▮▮

Q. (By Mr. Uslaner) I want to direct your attention to Slide 10. You see at the top of --

MR. WEINBERG: Well, can you -- Can you just tell us what, so we make sure we're on the right page.

MR. USLANER: Sure.

MR. WEINBURG: Does it say contents at the top?

MR. USLANER: No. I'm sorry, sir. It says Slide 11.

MR. WEINBURG: Okay.

MR. USLANER: It says, "7.1.0 Introduction."

MR. WEINBERG: Thank you.

Q. (By Mr. Uslaner) Have you got that?

Page 91

A. Okay.

Q. You see there, sir, on Slide 11 at -- in the introduction, it says, "▮▮▮▮▮▮▮▮"

Did I read that correctly?

A. That's what it states.

Q. And that's consistent with your recollection, sir, ▮▮▮▮▮▮ correct?

MR. LONG: Objection.

THE WITNESS: In 2015, when we acquired IVC there wasn't even -- there wasn't a line physically running in the U.S., and rigid was our -- I'm sorry -- flexible was the predominant technology in the marketplace.

Q. (By Mr. Uslaner) Uh-huh.

A. So yes. That's what we were focused on.

Q. Okay. And then in the second bullet, it says, "▮▮▮▮▮▮▮▮"

Do you see that?

A. I do.

Q. And is that consistent with your

Page 92

recollection, sir, that ▮▮▮▮▮▮▮▮?

MR. LONG: Objection.

MR. WEINBERG: Objection.

THE WITNESS: As discussed earlier, I'm not -- I don't remember exactly when ▮▮▮▮▮▮ but that timing makes sense. Yeah.

Q. (By Mr. Uslaner) And do you recall, sir, why it became clear ▮▮▮▮▮▮▮▮?

MR. WEINBERG: Objection.

MR. LONG: Objection.

THE WITNESS: Just based on market expectations.

Q. (By Mr. Uslaner) What do you mean by that?

A. ▮▮▮▮▮▮▮▮

Page 93

Q. Okay.

(Exhibit 146 was marked for identification.)

THE COURT REPORTER: Exhibit 146.

THE WITNESS: Are we done with the --

Q. (By Mr. Uslaner) Yes, sir. You can put that aside.

Sir, this is an e-mail. Exhibit 146 is an e-mail that you sent to Chris Wellborn, on May 15th, 2017, correct?

A. Yes. That's what it states.

Q. Okay. And you sent this e-mail in the ordinary course of your work at Mohawk, right?

A. Yes.

Q. In your e-mail, you write, ▮▮▮▮▮▮▮▮

Sir, who -- who is Jan?

A. It's -- His name was pronounced Jan. He's from Belgium. Jan Vergote was the CEO of IVC when we brought them ▮▮▮▮▮▮▮▮

24 (Pages 90 - 93)

Page 202

things. █████████████████████
█████████████████████████████
█████████████████████████████
████████████████████████

Q.   Okay.

A.   █████████████████████
██████████████████

Q.   Sir, if you look under "█████," in the second bullet, it says, "████████████████
████████████████████████████
█████████████"

Do you --

A.   Uh-huh.

Q.   -- see that?

A.   I do.

Q.   And you told Mr. Carson that, right?

A.   Yeah.  I gave him a copy of this document.

Q.   Okay.  And where you wrote here "████
███████████████████" what team were you referring to?

A.   The Flooring North America leadership team.

Q.   And underneath that where it says the team, i.e., the Flooring North America leadership

Page 203

team ████████████████████████
█████████████████████████
█████████████████████████████
████████████████

Now do you see that?

A.   I do.

Q.   And "██████████" is a reference to ████████████████ is that right?

A.   It's a reference to ████████████
██████████

Q.   Okay.  And then if you look on the next bullet, it says, "█████████████████████
█████████████████████████████
██████████████"

Do you recall, sir, that ██████████
██████████████████████████████?

A.   ███████████████████████
██████████

Q.   Okay.

A.   ███████████████████████
█████████████████████████████
█████████████████████████████
████████████

Q.   Okay.  If you look under

Page 204

"█████████████" under the first bullet, it says ██████████████████████████████
██████

Do you see that?

A.   Yes.

Q.   GM is a general manager; is that correct?

A.   Correct.

Q.   And why did you believe that ████████
██████████████████████████████████?

A.   █████████████████████████
█████████████████████████████████
█████████████████████████████████
███████████████████████
████████████████████████████████
██████████████████████████████████████
█████████████████████████████████
██████████████████████

Q.   And --

A.   ██████████████████████████
█████████████████████████████████
████████████████████████

Q.   And when you say that ███████████
█████████████████████████████████
█████████████████████████████████
████████████████████████

Page 205

A.   Correct.  Yes.

Q.   And then the last bullet says, "████████
████████████████████████████████████
████████████████████"

Do you see that?

A.   I do.

Q.   That was something that you think -- you thought needed to get -- to change at Mohawk, right?

MR. LONG:  Objection.

THE WITNESS:  Based on the conversation we had before this exhibit, it's the same thing.

MR. USLANER:  Okay.

MR. LONG:  We've been going for a little over an hour.  Could we take a break soon, please.

MR. USLANER:  Absolutely.

Do you want to take a break now?

THE WITNESS:  Yeah.  That'd be great.

MR. USLANER:  Great.

THE VIDEOGRAPHER:  Off the video record at 2:27 p.m.

(Recess from 2:27 p.m. to 2:39 p.m.)

THE VIDEOGRAPHER:  Back on to the video record at 2:39 p.m.

///

52 (Pages 202 - 205)