# Exhibit L

Message

| | |
|---|---|
| **From**: | Jan Vergote [Jan.Vergote@ivcgroup.com] |
| on behalf of | Jan Vergote <Jan.Vergote@ivcgroup.com> [Jan.Vergote@ivcgroup.com] |
| **Sent**: | 9/28/2018 7:11:35 AM |
| **To**: | Frank Boykin [Frank_Boykin@mohawkind.com] |
| **CC**: | David Toney [David_Toney@mohawkind.com] |
| **Subject**: | Re: Guidance Q3/Q4 |

Frank,

I agree, ███████████████

Best, Jan

███████████████████████████████████████████

Verstuurd vanaf mijn iPad

Op 26 sep. 2018 om 14:25 heeft Frank Boykin <Frank_Boykin@mohawkind.com> het volgende geschreven:

Jan

███████████████████████████████████████████

Thanks, Frank

Frank H. Boykin
Chief Financial Officer
Mohawk Industries, Inc.
Office - 706-624-2695
Cell - 404-285-6141

**From:** Jan Vergote
**Sent:** Wednesday, September 26, 2018 6:22 AM
**To:** Frank Boykin <Frank_Boykin@mohawkind.com>; David Toney <David_Toney@mohawkind.com>
**Subject:** RE: Guidance Q3/Q4

Some additional elements on Q3 miss and Q4 guidance (Flooring NA **Resilient** narrative) after checking the numbers :

███████████████████████████████████████████

**NEGATIVE**
-        **POSITIVE :**

███████████████████████████████████████████

**POSITIVE :**

███████████████████████████████████████████

**POSITIVE :**

CONFIDENTIAL

MHK-SCA-00023286

- **Plant output :** █████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

**POSTIVE :**

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

Best,

Jan

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

*I hope this might be a first step, please do not hesitate to ask further questions*

Jan

**Jan VERGOTE**
CEO IVC Group

**IVC bvba**
Nijverheidslaan, 29
B-8580 Avelgem

CONFIDENTIAL

MHK-SCA-00023287

Belgium
**Phone**          +32 56 653 288
**Fax**            +32 56 653 257

**Email**          jan.vergote@ivcgroup.com
**Web**            www.ivcgroup.com

<image002.jpg>

MHK-SCA-00023288