# Exhibit M

Message
_____

**From:**        Jan Vergote [Jan.Vergote@ivcgroup.com]
on behalf of    Jan Vergote <Jan.Vergote@ivcgroup.com> [Jan.Vergote@ivcgroup.com]
**Sent:**        10/16/2018 12:55:16 PM
**To:**          Brent Emore [brent_emore@mohawkind.com]
**CC:**          Brian Carson [brian_carson@mohawkind.com]
**Subject:**     RE: Current Market Perspectives - CONFIDENTIAL

cf potential comments below in blue (am in Europe)

_____

**From:** Brent Emore
**Sent:** dinsdag 16 oktober 2018 18:24
**To:** Jan Vergote <Jan.Vergote@ivcgroup.com>; Brian Carson <brian_carson@mohawkind.com>
**Subject:** FW: Current Market Perspectives - CONFIDENTIAL

Dear Brent, Mike, and Sven,

In helping to prepare the script for the upcoming earnings call we have culled together some investor questions that need your business insights.

███████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

**Investor questions:**

- What impact will tariffs have on the business?  There are positives and negatives, but what is the impact (on balance) for Mohawk?  How do we roughly quantify this impact for next year if we believe tariffs remain in place?  ████
████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

- How far behind are Mohawk on taking price to offset raw material and freight inflation?  Have price increases announced to date get Mohawk caught up, or will Mohawk need to take further price increases?  At what point in time (e.g, Q1 2019) does Mohawk expect to be largely caught up to inflation?  ████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

- We have seen softening data, particularly in the new home segment of the market.  Is Mohawk seeing a softening, stable, or growing market for R&R currently?  Is the flooring category still growing in the US, at a similar rate to what we have seen year-to-date?  ████████████████

- Is Mohawk getting LVT sourced from China?  Some industry contacts are reporting that there have been recent issues in getting supply.  ████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

- How is the LVT ramp (both Europe and US) going?  When would Mohawk expect each to be at a normalized state? FNA, FROW

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

- Is Mohawk holding its share stable in ceramic?  When do ceramic margins hit a trough? ████████

If you could reply with your responses below each of the questions I will summarize all the feedback.    Please let me know if you have any questions.

Confidential Treatment Requested by Mohawk Industries, Inc.

MHK-SEC-00110191

Best,
Steve

Confidential Treatment Requested by Mohawk Industries, Inc.

MHK-SEC-00110192