# Exhibit M

**Archived:** Thursday, December 1, 2022 3:01:47 PM
**From:** Michael Mathai
**Sent:** Wednesday, October 5, 2022 6:40:30 PM
**To:** Clark, Elizabeth Gingold  Long, Robert  Quiros, Courtney  Bohn, Charlotte  Shear, Sierra  rweinberg@maglaw.com  wkinder@maglaw.com  wholley@phrd.com  szweigel@phrd.com
**Cc:** John Browne  Jonathan D. Uslaner  Rich Gluck  Robert Kravetz  Lauren Cruz  Alexander Payne  John Davidson  H. Lamar Mixson  seals@bmelaw.com  peterson@bmelaw.com
**Subject:** Re: MHK - Notices of Depositions and Deposition Subpoena
**Importance:** Normal
**Sensitivity:** None

---

Elizabeth,

Please provide deposition dates for Ms. Clear, Mr. Mitchum, and Mr. De Cock.

As to Mr. Vermeulen and Mr. Vergote, please provide their last known addresses and telephone numbers.

Thanks,
Michael

Michael M. Mathai
**Bernstein Litowitz Berger & Grossmann LLP**
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 554-1396
Fax:(212) 554-1444
E-Mail: michael.mathai@blbglaw.com

---

**From:** Clark, Elizabeth Gingold <Elizabeth.Clark@alston.com>
**Date:** Wednesday, September 28, 2022 at 7:27 PM
**To:** Michael Mathai <Michael.Mathai@blbglaw.com>, Long, Robert <Robert.Long@alston.com>, Quiros, Courtney <Courtney.Quiros@alston.com>, Bohn, Charlotte <Charlotte.Bohn@alston.com>, Shear, Sierra <Sierra.Shear@alston.com>, rweinberg@maglaw.com <rweinberg@maglaw.com>, wkinder@maglaw.com <wkinder@maglaw.com>, wholley@phrd.com <wholley@phrd.com>, szweigel@phrd.com <szweigel@phrd.com>
**Cc:** John Browne <JohnB@blbglaw.com>, Jonathan D. Uslaner <JonathanU@blbglaw.com>, Rich Gluck <Rich.Gluck@blbglaw.com>, Robert Kravetz <Robert.Kravetz@blbglaw.com>, Lauren Cruz <Lauren.Cruz@blbglaw.com>, Alexander Payne <Alex.Payne@blbglaw.com>, John Davidson <jdavidson@dbslawfirm.net>, H. Lamar Mixson <mixson@bmelaw.com>, seals@bmelaw.com <seals@bmelaw.com>, peterson@bmelaw.com <peterson@bmelaw.com>
**Subject:** RE: MHK - Notices of Depositions and Deposition Subpoena

[External]

---

Michael –

We will represent Ms. Clear and Messrs. Mitchum and De Cock at their depositions. We are conferring with them on available dates and will circle back with you, although we already know that we are not available October 14.

We will also represent Michel Vermette if his deposition is noticed. We do not represent former employees Stijin Vermeulen or Jan Vergote, nor are we aware of any separate counsel for them.

Best,
Elizabeth


Elizabeth Gingold Clark
**ALSTON & BIRD**
404.881.7132 (Office Tel)
401.573.9981 (Cell)

---

**From:** Michael Mathai <Michael.Mathai@blbglaw.com>
**Sent:** Thursday, September 22, 2022 3:57 PM
**To:** Clark, Elizabeth Gingold <Elizabeth.Clark@alston.com>; Long, Robert <Robert.Long@alston.com>; Quiros, Courtney <Courtney.Quiros@alston.com>; Bohn, Charlotte <Charlotte.Bohn@alston.com>; Shear, Sierra <Sierra.Shear@alston.com>; rweinberg@maglaw.com; wkinder@maglaw.com; wholley@phrd.com; szweigel@phrd.com
**Cc:** John Browne <JohnB@blbglaw.com>; Jonathan D. Uslaner <JonathanU@blbglaw.com>; Rich Gluck <Rich.Gluck@blbglaw.com>; Robert Kravetz <Robert.Kravetz@blbglaw.com>; Lauren Cruz <Lauren.Cruz@blbglaw.com>; Alexander Payne <Alex.Payne@blbglaw.com>; John Davidson <jdavidson@dbslawfirm.net>; H. Lamar Mixson <mixson@bmelaw.com>; seals@bmelaw.com; peterson@bmelaw.com
**Subject:** MHK - Notices of Depositions and Deposition Subpoena

**EXTERNAL SENDER – Proceed with caution**

---

Counsel,

Please see attached for a notice of depositions and a notice of deposition subpoena.  For convenience, below is a table of the noticed dates:

| Deponent | Date |
| --- | --- |
| Amanda Clear | October 14, 2022 |
| Kevin Mitchum | November 4, 2022 |
| Paul De Cock | November 11, 2022 |
| Gary Lanser | November 18, 2022 |

We understand that Ms. Clear and Messrs. Mitchum and De Cock are current Mohawk employees.  We will confirm Mr. Lanser's date with his counsel and let you know of any change.

Separately, please let us know if Alston represents Michel Vermette, Stijin Vermeulen, and Jan Vergote, or if any of them have separate counsel.

Thanks,
Michael

Michael M. Mathai
**Bernstein Litowitz Berger & Grossmann LLP**
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 554-1396
Fax:(212) 554-1444
E-Mail: michael.mathai@blbglaw.com

Notice:
This email message is intended only for the named recipient(s) above.  It may contain confidential information that is privileged or

constitutes attorney work product.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this email and any attachment(s) is strictly prohibited.  If you have received this email in error, please immediately notify the sender by replying to this email and delete the message and any attachment(s) from your system.  Thank you.

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.