# Exhibit N

**Archived:** Friday, December 2, 2022 10:50:38 AM
**From:** "Jonathan D. Uslaner"
**Mail received time:** Thu, 6 Oct 2022 23:01:05 +0000
**Subject:** Mohawk Litigation

---

Hi Mr. Vergote,

My name is Jonathan Uslaner. I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP (BLB&G), which is Lead Counsel in a securities class action brought against Mohawk Industries Inc. We intend on seeking your deposition in the matter. We can either do so through the international processes, setting forth in public filings the bases for our need for your deposition. Alternatively, we can agree for you to appear voluntarily. We ask that you agree to appear voluntarily, which will be less expensive for all involved, less time-consuming, and less burdensome. It will also provide us more flexibility to schedule the deposition at a time and place that is most convenient for you. If we are forced to go through international processes, we unfortunately will not have such flexibility.

We have been advised by Mohawk's counsel that they do not represent you in this matter, and that they are unaware of your having representation. If you do have representation, kindly direct us to them. If you do not have representation, we would appreciate an opportunity to discuss this with you. Please let us know when we can do so. We appreciate your anticipated cooperation here.

Thank you.

Best,
Jonathan

**Jonathan D. Uslaner**
**BLB&G**
Bernstein Litowitz Berger & Grossmann LLP
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
T 310-819-3472| jonathanu@blbglaw.com