# Exhibit O

**Archived:** Thursday, December 1, 2022 3:03:07 PM
**From:** Jonathan D. Uslaner
**Sent:** Friday, October 7, 2022 9:17:20 AM
**To:** Jan Vergote
**Cc:** John Browne  Rich Gluck  Michael Mathai  Lauren Cruz  Alexander Payne
**Subject:** Re: Mohawk Litigation
**Importance:** Normal
**Sensitivity:** None

---

Mr. Vergote,

Thank you for your response.  In light of the deadlines in the case, we would ask thar you or your representative kindly let us know by October 30.  In the interim, we would be happy to answer any questions you or your representative may have. Thank you, and have a great weekend.

Best,
Jonathan

**Jonathan D. Uslaner**
**BLB&G**
Bernstein Litowitz Berger & Grossmann LLP
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
T 310-819-3472| jonathanu@blbglaw.com


On Oct 7, 2022, at 4:26 AM, Jan Vergote <jan.vergote@baltisse.com> wrote:


⬚
**[External]**

Dear Sir,

I  or my representative will contact you in the forthcoming weeks.

Kind regards,

Jan Vergote

<image001.jpg>


Jan Vergote

Partner / Head of Private Equity

M  +32 496 593 705

jan.vergote@baltisse.com

<image002.png>

Baltisse nv
Pauline Van Pottelsberghelaan 10
9051 Gent, Belgium
www.baltisse.com

---

**From:** Jonathan D. Uslaner <JonathanU@blbglaw.com>
**Sent:** vrijdag 7 oktober 2022 1:01
**To:** Jan Vergote <jan.vergote@baltisse.com>
**Cc:** John Browne <JohnB@blbglaw.com>; Rich Gluck <Rich.Gluck@blbglaw.com>; Michael Mathai <Michael.Mathai@blbglaw.com>; Lauren Cruz <Lauren.Cruz@blbglaw.com>; Alexander Payne <Alex.Payne@blbglaw.com>
**Subject:** Mohawk Litigation

Hi Mr. Vergote,

My name is Jonathan Uslaner.  I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP (BLB&G), which is Lead Counsel in a securities class action brought against Mohawk Industries Inc.  We intend on seeking your deposition in the matter.  We can either do so through the international processes, setting forth in public filings the bases for our need for your deposition.  Alternatively, we can agree for you to appear voluntarily.  We ask that you agree to appear voluntarily, which will be less expensive for all involved, less time-consuming, and less burdensome.  It will also provide us more flexibility to schedule the deposition at a time and place that is most convenient for you.   If we are forced to go through international processes, we unfortunately will not have such flexibility.

We have been advised by Mohawk's counsel that they do not represent you in this matter, and that they are unaware of your having representation.  If you do have representation, kindly direct us to them.  If you do not have representation, we would appreciate an opportunity to discuss this with you.  Please let us know when we can do so.  We appreciate your anticipated cooperation here.

Thank you.

Best,
Jonathan

**Jonathan D. Uslaner**
**BLB&G**
Bernstein Litowitz Berger & Grossmann LLP
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
T 310-819-3472│jonathanu@blbglaw.com