# Exhibit P

**Archived:** Thursday, December 1, 2022 3:02:10 PM
**From:** Jonathan D. Uslaner
**Sent:** Monday, October 24, 2022 4:06:50 PM
**To:** Jan Vergote
**Cc:** John Browne  Michael Mathai  Lauren Cruz  Alexander Payne
**Subject:** RE: Mohawk Litigation
**Importance:** Normal
**Sensitivity:** None

---

Mr. Vergote,

I hope you are doing well.  We are following up on the below.  We ask that you please get back to us this week.  As noted, in the event you will not appear voluntarily, we will proceed with the court filings noted below.  Thank you for your understanding, and we are available to answer any questions you may have.


Best,
Jonathan


**Jonathan D. Uslaner**
**BLB&G**
Bernstein Litowitz Berger & Grossmann LLP
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
T 310-819-3472| jonathanu@blbglaw.com

---

**From:** Jan Vergote <jan.vergote@baltisse.com>
**Sent:** Friday, October 7, 2022 4:27 AM
**To:** Jonathan D. Uslaner <JonathanU@blbglaw.com>
**Subject:** RE: Mohawk Litigation

**[External]**

---

Dear Sir,

I  or my representative will contact you in the forthcoming weeks.

Kind regards,

Jan Vergote


---

Jan Vergote

Partner / Head of Private Equity


M  +32 496 593 705
jan.vergote@baltisse.com

# BALTISSE
Capital in search of excellence

Baltisse nv
Pauline Van Pottelsberghelaan 10
9051 Gent, Belgium
www.baltisse.com

---

**From:** Jonathan D. Uslaner <JonathanU@blbglaw.com>
**Sent:** vrijdag 7 oktober 2022 1:01
**To:** Jan Vergote <jan.vergote@baltisse.com>
**Cc:** John Browne <JohnB@blbglaw.com>; Rich Gluck <Rich.Gluck@blbglaw.com>; Michael Mathai <Michael.Mathai@blbglaw.com>; Lauren Cruz <Lauren.Cruz@blbglaw.com>; Alexander Payne <Alex.Payne@blbglaw.com>
**Subject:** Mohawk Litigation

Hi Mr. Vergote,

My name is Jonathan Uslaner.  I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP (BLB&G), which is Lead Counsel in a securities class action brought against Mohawk Industries Inc.  We intend on seeking your deposition in the matter.  We can either do so through the international processes, setting forth in public filings the bases for our need for your deposition.  Alternatively, we can agree for you to appear voluntarily.  We ask that you agree to appear voluntarily, which will be less expensive for all involved, less time-consuming, and less burdensome.  It will also provide us more flexibility to schedule the deposition at a time and place that is most convenient for you.   If we are forced to go through international processes, we unfortunately will not have such flexibility.

We have been advised by Mohawk's counsel that they do not represent you in this matter, and that they are unaware of your having representation.  If you do have representation, kindly direct us to them.  If you do not have representation, we would appreciate an opportunity to discuss this with you.  Please let us know when we can do so.  We appreciate your anticipated cooperation here.

Thank you.

Best,
Jonathan

**Jonathan D. Uslaner**
**BLB&G**
Bernstein Litowitz Berger & Grossmann LLP
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
T 310-819-3472| jonathanu@blbglaw.com