# Exhibit Q

**Archived:** Thursday, December 1, 2022 2:55:50 PM
**From:** Alexander Payne
**Sent:** Thursday, October 27, 2022 9:00:24 AM
**To:** Long, Robert Clark, Elizabeth Gingold Quiros, Courtney Charlotte.Bohn@alston.com Shear, Sierra rweinberg@maglaw.com wkinder@maglaw.com wholley@phrd.com szweigel@phrd.com
**Cc:** John Browne Jonathan D. Uslaner Rich Gluck Michael Mathai Lauren Cruz Robert Kravetz John Davidson H. Lamar Mixson seals@bmelaw.com peterson@bmelaw.com
**Subject:** Pub. Emps. Ret. Sys. of Miss. v. Mohawk Indus., Case No. 4:20-00005-VMC (NDGA)
**Importance:** Normal
**Sensitivity:** None

---

Counsel:

Lead Plaintiff intends on taking the deposition of Jan Vergote.  As we have not heard from Mr. Vergote whether he will appear voluntarily for his deposition, Lead Plaintiff intends to move the Court to serve a letter rogatory for his deposition.  Please provide the last known address for Mr. Vergote and let us know this week whether Defendants intend to oppose the motion.

Thank you,
Alex

**BLB&G**

**Alexander T. Payne**
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas, 44th Floor
New York, New York 10020
Tel:  212-554-1453
Fax:  212-554-1444
E-mail:  Alex.Payne@blbglaw.com

NOTICE

This email message is intended only for the named recipient(s) above.  It may contain confidential information that is privileged or constitutes attorney work product.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email and any attachment(s) is strictly prohibited.  If you have received this email in error, please immediately notify the sender by replying to this email and delete the message and any attachment(s) from your system.  Thank you.