# Exhibit R

**Archived:** Thursday, December 1, 2022 3:01:37 PM
**From:** Engsell, Tiffany
**Sent:** Friday, October 28, 2022 11:14:15 AM
**To:** Jonathan D. Uslaner
**Cc:** John Browne  Rich Gluck  Michael Mathai  Lauren Cruz  Alexander Payne  Feirson, Steven
**Subject:** Mohawk Securities Litigation - Jan Vergote
**Importance:** Normal
**Sensitivity:** None

---

**[External]**

Jonathan,

We understand that you have contacted Jan Vergote seeking his agreement to voluntarily submit to a deposition in the securities class action brought against Mohawk Industries, Inc.  We have been retained by Mr. Vergote to represent him, and all future communications should be directed to Steve Feirson (copied here) and me.  As I'm sure you know, you should not contact Mr. Vergote going forward.

We have discussed your deposition request with Mr. Vergote, and he is not willing to voluntarily appear for a deposition in this matter.  If you have any questions, please give us a call.

Best,
Tiffany

**Tiffany Engsell**
Associate

**Dechert LLP**
+1 215 994 2907 Direct
+1 609 230 6968 Mobile
tiffany.engsell@dechert.com
dechert.com

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.