**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> MOHAWK INDUSTRIES, INC. and JEFFREY S. LORBERBAUM, <br><br> Defendants. | Civ. A. No. 4:20-cv-00005-VMC |

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF MOTION FOR ISSUANCE OF LETTER ROGATORY TO THE BELGIAN COURT OF FIRST INSTANCE OF ORIENTAL FLANDERS, DIVISION GHENT**

On November 11, 2022, Lead Plaintiff Public Employees' Retirement System of Mississippi ("Lead Plaintiff") moved this Court for issuance of a letter rogatory to the Belgian Court of First Instance of Oriental Flanders, Division Ghent. ECF No. 108 (the "Letter Rogatory Motion").

After further discussions with Defendants, Lead Plaintiff now files this notice to inform the Court that it is withdrawing the Letter Rogatory Motion without prejudice as to refiling it at a later date if it becomes necessary.

Defendants consent to this motion, and the parties respectfully request that the Court refrain from issuing any order or decision on the Letter Rogatory Motion at this time.

Dated: December 15, 2022

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

/s/ *John C. Browne*
John C. Browne (admitted *pro hac vice*)
Michael M. Mathai (admitted *pro hac vice*)
Robert F. Kravetz (admitted *pro hac vice*)
Alexander T. Payne (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York  10020
Tel: (212) 554-1400
Fax: (212) 554-1444
johnb@blbglaw.com
michael.mathai@blbglaw.com
robert.kravetz@blbglaw.com
alex.payne@blbglaw.com

-and-

Jonathan D. Uslaner (admitted *pro hac vice*)
Richard D. Gluck (admitted *pro hac vice*)
Lauren M. Cruz (admitted *pro hac vice*)
2121 Avenue of the Stars
Los Angeles, California  90067
Tel: (310) 819-3470
jonathanu@blbglaw.com
rich.gluck@blbglaw.com
lauren.cruz@blbglaw.com

-2 -

*Counsel for Lead Plaintiff Public Employees' Retirement System of Mississippi and Lead Counsel for the Class*

/s/ *H. Lamar Mixson*
H. Lamar Mixson
Georgia Bar No. 514012
Amanda Kay Seals
Georgia Bar No. 502720
**BONDURANT MIXSON & ELMORE, LLP**
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA  30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
mixson@bmelaw.com
seals@bmelaw.com

*Liaison Counsel for Lead Plaintiff Public Employees' Retirement System of Mississippi*

John L. Davidson (admitted *pro hac vice*)
**DAVIDSON BOWIE, PLLC**
1062 Highland Colony Parkway
200 Concourse, Suite 275
Ridgeland, Mississippi 39157
Telephone:  (601) 932-0028
jdavidson@dbslawfirm.net

*Additional Counsel for Lead Plaintiff Public Employees' Retirement System of Mississippi*

-3 -

# <u>LOCAL RULE 7.1(D) CERTIFICATION</u>

The undersigned counsel certifies that this document has been prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1(C).

/s/ *John C. Browne*
John C. Browne (admitted *pro hac vice*)

Rule 7.1(D) Certificate

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2022, I filed the foregoing Notice of Withdrawal Without Prejudice of Lead Plaintiff's Motion for Issuance of Letter Rogatory to the Belgian Court of First Instance of Oriental Flanders, Division Ghent using the Court's CM/ECF system, which will automatically send notification to all counsel of record.

/s/ *John C. Browne*
John C. Browne (admitted *pro hac vice*)