**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br>   v.<br><br>MOHAWK INDUSTRIES, INC. and JEFFREY S. LORBERBAUM,<br><br>       Defendants. | Civ. A. No. 4:20-cv-00005-VMC |

**NOTICE OF FILING OF REVISED PROPOSED PRELIMINARY**
**APPROVAL ORDER, NOTICE, CLAIM FORM,**
**AND SUMMARY NOTICE**

PLEASE TAKE NOTICE THAT, in accordance with the Court's instructions at the January 27, 2023 conference, Lead Plaintiff has modified the Proposed Preliminary Order, Notice, Claim Form, and Summary Notice. Lead Plaintiff respectfully submits the following:

Exhibit 1 hereto is the revised Proposed Preliminary Approval Order;

Exhibit 2 hereto is a redline comparison of the revised Proposed Preliminary Approval Order with the previously-filed Proposed Preliminary Approval Order

(ECF No. 119-2), identifying the changes made to conform to the Court's instructions at the January 27, 2023 conference;

Exhibit 3 hereto is the proposed, revised Notice;

Exhibit 4 hereto is a redline comparison of the proposed, revised Notice with the previously-filed Notice (ECF No. 119-2, Ex. 1), identifying the changes made to conform to the Court's instructions at the January 27, 2023 conference;

Exhibit 5 hereto is the proposed, revised Claim Form;

Exhibit 6 hereto is a redline comparison of the proposed, revised Claim Form with the previously-filed Claim Form (ECF No. 119-2, Ex. 2), identifying the changes made to conform to the Court's instructions at the January 27, 2023 conference;

Exhibit 7 hereto is the proposed, revised Summary Notice; and

Exhibit 8 hereto is a redline comparison of the proposed, revised Summary Notice with the previously-filed Summary Notice (ECF No. 119-2, Ex. 3), identifying the changes made to conform to the Court's instructions at the January 27, 2023 conference.

Dated: January 30, 2023                     Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**

/s/ *John C. Browne*

- 2 -

John C. Browne (admitted *pro hac vice*)
Michael M. Mathai (admitted *pro hac vice*)
Robert F. Kravetz (admitted *pro hac vice*)
Alexander T. Payne (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York  10020
Tel: (212) 554-1400
Fax: (212) 554-1444
johnb@blbglaw.com
michael.mathai@blbglaw.com
robert.kravetz@blbglaw.com
alex.payne@blbglaw.com

-and-

Jonathan D. Uslaner (admitted *pro hac vice*)
Richard D. Gluck (admitted *pro hac vice*)
Lauren M. Cruz (admitted *pro hac vice*)
2121 Avenue of the Stars
Los Angeles, California  90067
Tel: (310) 819-3470
jonathanu@blbglaw.com
rich.gluck@blbglaw.com
lauren.cruz@blbglaw.com

*Counsel for Lead Plaintiff Public
Employees' Retirement System of
Mississippi and Lead Counsel for the Class*

H. Lamar Mixson
Georgia Bar No. 514012
Amanda Kay Seals
Georgia Bar No. 502720
**BONDURANT MIXSON &
  ELMORE, LLP**
1201 West Peachtree Street NW
Suite 3900

-3-

Atlanta, GA  30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
mixson@bmelaw.com
seals@bmelaw.com

*Liaison Counsel for Lead Plaintiff Public
Employees' Retirement System of
Mississippi*

John L. Davidson (admitted *pro hac vice*)
**DAVIDSON BOWIE, PLLC**
1062 Highland Colony Parkway
200 Concourse, Suite 275
Ridgeland, Mississippi 39157
Telephone:  (601) 932-0028
jdavidson@dbslawfirm.net

*Additional Counsel for Lead Plaintiff Public
Employees' Retirement System of
Mississippi*

## <u>LOCAL RULE 7.1(D) CERTIFICATION</u>

The undersigned counsel certifies that this document has been prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1(C).

/s/ *John C. Browne*
John C. Browne (admitted *pro hac vice*)

Rule 7.1(D) Certificate

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2023, I filed the foregoing NOTICE OF FILING OF REVISED PROPOSED PRELIMINARY APPROVAL ORDER, NOTICE, CLAIM FORM, AND SUMMARY NOTICE using the Court's CM/ECF system, which will automatically send notification to counsel of record.

/s/ *John C. Browne*
John C. Browne (admitted *pro hac vice*)

Certificate of Service