**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>    v.<br><br>MOHAWK INDUSTRIES, INC. and JEFFREY S. LORBERBAUM,<br><br>       Defendants. | Civ. A. No. 4:20-cv-00005-VMC |

**LEAD COUNSEL'S MOTION FOR**
**ATTORNEYS' FEES AND LITIGATION EXPENSES**

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 23(e) and 23(h), and upon (a) the Memorandum of Law in Support of Lead Counsel's Motion for Attorneys' Fees and Litigation Expense; (b) the Declaration of John C. Browne in Support of (i) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation and (ii) Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses; and (c) all other papers and proceedings herein, Lead Counsel will and does hereby move this Court, before the Honorable Victoria M. Calvert, on May 31, 2023, at 10:00 a.m., for entry of an Order awarding attorneys' fees and litigation expenses.

- 1 -

A proposed Order granting the requested relief will be submitted with Lead Counsel's reply papers following the deadline for any objection to the motion.

Dated: April 26, 2023

Respectfully submitted,

*/s/ John C. Browne*
John C. Browne (admitted *pro hac vice*)
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY  10020
Tel: (212) 554-1400
Fax: (212) 554-1444
JohnB@blbglaw.com

-and-

Jonathan D. Uslaner (admitted *pro hac vice*)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA  90067
Tel: (310) 819-3472
JonathanU@blbglaw.com

*Lead Counsel for Lead Plaintiff and the Class*

H. Lamar Mixson
Georgia Bar No. 514012
Amanda Kay Seals
Georgia Bar No. 502720
**BONDURANT MIXSON & ELMORE, LLP**
1201 West Peachtree Street NW,
Suite 3900
Atlanta, GA  30309
Tel: (404) 881-4100
Fax: (404) 881-4111
mixson@bmelaw.com

- 2 -

seals@bmelaw.com

*Liaison Counsel for Lead Plaintiff Public Employees' Retirement System of Mississippi and the Class*

John L. Davidson (admitted *pro hac vice*)
**DAVIDSON BOWIE, PLLC**
1062 Highland Colony Parkway
200 Concourse, Suite 275
Ridgeland, MS  39157
Tel: (601) 932-0028
jdavidson@dbslawfirm.net

*Additional Counsel for Lead Plaintiff Public Employees' Retirement System of Mississippi*

## __RULE 7.1(D) CERTIFICATION__

The undersigned counsel certifies that this document has been prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1(C).

> */s/ John C. Browne*
> John C. Browne (admitted *pro hac vice*)

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2023, I filed the foregoing LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES using the Court's CM/ECF system, which will automatically send notification to counsel of record.

*/s/ John C. Browne*
John C. Browne (admitted *pro hac vice*)