# Exhibit 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAWK INDUSTRIES, INC. and JEFFREY S. LORBERBAUM,<br><br>    Defendants. | Civ. A. No. 4:20-cv-00005-VMC |

**DECLARATION OF TRICIA BEALE, SPECIAL ASSISTANT ATTORNEY GENERAL, LEGAL COUNSEL TO THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, IN SUPPORT OF: (I) LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND (II) LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

I, Tricia Beale, hereby declare under penalty of perjury as follows:

1.    I submit this declaration, on behalf of the Public Employees' Retirement System of Mississippi ("MissPERS"), the Court-appointed Lead Plaintiff in this securities class action (the "Action"), in support of (i) Lead Plaintiff's motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; and (ii) Lead Counsel's motion for an

award of attorneys' fees and Litigation Expenses, including an award to MissPERS commensurate with the time it dedicated to the Action, pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA").[1]

2.　I am a Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi (the "OAG"), legal counsel to MissPERS, and I am authorized to make this declaration on behalf of MissPERS. I have personal knowledge of the matters testified in this declaration and, if called upon, I could and would testify competently thereto. The matters testified in this declaration are based on my personal knowledge and discussions with my current and former colleagues, including Special Assistant Attorneys General Ta'Shia Gordon, Jacqueline H. Ray, and Amelia Gamble, other members of the OAG, and MissPERS employees, and outside counsel and Court-appointed Lead Counsel and Class Counsel for the certified Class in the Action, Bernstein Litowitz Berger & Grossmann LLP ("BLB&G").

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated January 20, 2023 previously filed with the Court. *See* ECF No. 119-1.

3.    MissPERS is a governmental defined-benefit pension plan qualified under Section 401(a) of the Internal Revenue Code for the benefit of current and retired employees of the State of Mississippi. MissPERS is responsible for the retirement income of employees of the State, including current and retired employees of the State's public-school districts, municipalities, counties, community colleges, state universities, libraries, and water districts. MissPERs provides benefits to over 116,000 retirees and beneficiaries, manages over $31 billion in assets for its beneficiaries, and is responsible for providing retirement benefits to more than 236,000 current and former public employees.

4.    As counsel for MissPERS, the OAG is responsible for, among other things, providing legal representation to MissPERS in securities and corporate governance litigation, including managing MissPERS's relationship with outside counsel. Under Mississippi constitutional, statutory, and common law, the OAG has the full executive authority to bring, decide, and settle cases on behalf of MissPERS.

I.    **MissPERS's Oversight of the Action**

5.    I am aware of and understand the requirements and responsibilities of a lead plaintiff in a securities class action, including those

3

set forth in the PSLRA. As legal counsel to MissPERS, I have overseen MissPERS's service as lead plaintiff in several securities class actions.

6.      On behalf of MissPERS, I and my colleagues at the OAG had regular communications with BLB&G throughout the litigation. MissPERS, through my active and continuous involvement, as well as the involvement of my colleagues, closely supervised, carefully monitored, and was actively involved in all material aspects of the prosecution and resolution of the Action. The OAG received periodic status reports from BLB&G on case developments and participated in regular discussions with attorneys from BLB&G concerning the prosecution of the Action, the strengths of and risks to the claims, and potential settlement. In particular, throughout the course of this Action, I and my colleagues, including Special Assistant Attorneys General Gordon, Ray, and Gamble:   (i) regularly communicated with Plaintiff's Counsel by email and telephone calls regarding the posture and progress of the case; (ii) reviewed and commented on all significant pleadings and briefs filed in the Action; (iii) oversaw MissPERS's involvement in the discovery process, including the production of over 100,000 pages of documents produced to Defendants in response to their requests; (iv) participated in the mediation process and consulted with

4

BLB&G concerning the settlement negotiations that occurred at, and following, the mediation session that ultimately led to the agreement in principle to settle the Action; and (v) evaluated and approved the proposed Settlement for $60,000,000.00 in cash.

7.    Ta'Shia Gordon (former Special Assistant Attorney General, Mississippi Attorney General's Office) and Robert Clark (former Chief Investment Officer, MissPERS) were deposed in this Action in connection with Lead Plaintiff's motion for class certification. Michael Lowry (Chief Technology Officer) assisted Lead Counsel in the collection of documents responsive to discovery request. Charles Nielsen (Interim Chief Investment Officer) assisted during the discovery process, including providing information to respond to interrogatory and other discovery requests.

8.    I participated via video conference in the mediation session conducted before former United States District Judge Layn R. Phillips on June 8, 2022. In addition, the OAG, on behalf of MissPERS, evaluated and approved the mediator's recommendation issued by Judge Phillips that the Action be settled for $60,000,000.00 in cash.

## II.    MissPERS Endorses Approval of the Settlement

9.     Based on its involvement throughout the prosecution and resolution of the Action, MissPERS believes that the proposed Settlement is fair, reasonable, and adequate and in the best interest of the Class. MissPERS believes that the proposed Settlement represents an excellent recovery for the Class, particularly given the risks in continued litigation, and it endorses approval of the Settlement by the Court.

## III.    MissPERS Supports Lead Counsel's Motion for an Award of Attorneys' Fees and Litigation Expenses

10.     MissPERS also believes that Lead Counsel's request for an award of attorneys' fees in the amount of 25% of the Settlement Fund, net of Court-approved Litigation Expenses, is fair and reasonable. MissPERS has evaluated Lead Counsel's fee request in light of the work performed, the risks of the litigation, the fees awarded in similar securities class action litigation, the result achieved, the skill required and the quality of work performed, and other relevant factors. MissPERS understands that Lead Counsel will also devote additional time in the future to administering the Settlement. MissPERS further believes that the Litigation Expenses requested by counsel are reasonable, and represent the costs and expenses that were necessary for the successful prosecution and resolution of this

6

case. Based on the foregoing, MissPERS fully supports Lead Counsel's motion for an award of attorneys' fees and Litigation Expenses.

11.    In connection with Lead Counsel's request for Litigation Expenses, MissPERS seeks reimbursement for the time that it dedicated to the representation of the Class, which was time that ordinarily would have been dedicated to the work of MissPERS and the OAG.

12.    As discussed above, my colleagues and I diligently oversaw the prosecution of the Action, including producing documents, providing deposition testimony, and attending the mediation. Below is a table listing the MissPERS and OAG personnel who contributed to the litigation, together with a conservative estimate of the time that they spent and their effective hourly rates. The hourly rates are the same as (or similar to) the rates that have been accepted by courts throughout the country when MissPERS has requested reimbursement of its attorney time.

| Personnel | Hours | Rate | Total |
|---|---|---|---|
| Tricia Beale – Special Asst. Attorney General | 30 | $250 | $7,500 |
| Ta'Shia Gordon – Former Special Asst. Attorney General | 40 | $250 | $10,000 |
| Jacqueline H. Ray - Former Special Asst. | 15 | $250 | $3,750 |

| Personnel | Hours | Rate | Total |
|---|---|---|---|
| Attorney General | | | |
| Amelia Gamble - Special Asst. Attorney General | 25 | $250 | $6,250 |
| Michael Lowry – Chief Technology Officer | 10 | $150 | $1,500 |
| Charles Nielsen – Chief Investment Officer | 3 | $150 | $450 |
| Robert Clarke – Former Chief Investment Officer | 20 | $150 | $3,000 |
| **TOTALS** | **143** | | **$32,450** |

13.    Accordingly, MissPERS seeks a total of $32,450 for the 143 hours it dedicated to representing the Class throughout the litigation.

## IV.    Conclusion

14.    In conclusion, MissPERS was closely involved throughout the prosecution and settlement of the claims in the Action and strongly endorses the Settlement as fair, reasonable, and adequate, and believes it represents an excellent recovery for the Class. MissPERS further supports Lead Counsel's attorneys' fee and expense request, in light of the work performed, the recovery obtained for the Class, and the attendant litigation risks.

8

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I have authority to execute this declaration on behalf of MissPERS.

Executed this 26th day of April, 2023.

Tricia Beale

*Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi on behalf of the Public Employees' Retirement System of Mississippi*

9