# Exhibit 4

## EXHIBIT 4

*Public Employees' Retirement System of Mississippi v. Mohawk Industries, Inc., et al.*, No. 4:20-cv-00005-VMC

## SUMMARY OF PLAINTIFF'S COUNSEL'S LODESTAR AND EXPENSES

| Ex. | FIRM | HOURS | LODESTAR | EXPENSES |
|---|---|---|---|---|
| 4A | Bernstein Litowitz Berger & Grossmann LLP | 27,780.00 | $14,471,750.00 | $689,840.96 |
| 4B | Bondurant Mixson & Elmore LLP | 105.00 | $97,236.00 | $1,710.70 |
| 4C | Davidson Bowie, PLLC | 105.50 | $36,925.00 | $0.00 |
| | **TOTALS:** | 27,990.50 | $14,605,911.00 | $691,551.66 |