# Exhibit 4B

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

|  |  |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br>      v.<br><br>MOHAWK INDUSTRIES, INC. and JEFFREY S. LORBERBAUM,<br><br>           Defendants. | Civ. A. No. 4:20-cv-00005-VMC |

**DECLARATION OF H. LAMAR MIXSON**
**IN SUPPORT OF LEAD COUNSEL'S MOTION FOR**
**ATTORNEYS' FEES AND LITIGATION EXPENSES, FILED ON**
**BEHALF OF BONDURANT MIXSON & ELMORE LLP**

I, H. Lamar Mixson, declare pursuant to 28 U.S.C. § 1746 as follows:

1.      I am of counsel at the law firm of Bondurant Mixson & Elmore LLP ("BME"). I submit this declaration in support of Lead Counsel's application for an award of attorneys' fees in connection with services rendered in the above-captioned class action (the "Action"), as well as for payment of expenses incurred by my firm

in connection with the Action.[1] I have personal knowledge of the facts stated in this declaration and, if called upon, could and would testify to these facts.

2.     BME served as Liaison Counsel for Lead Plaintiff Public Employees' Retirement System of Mississippi and the Class. In that capacity, my firm advised Lead Counsel regarding local practice and procedure and served as the principal contact between Lead Plaintiff and the Court.  Among other tasks, we reviewed draft pleadings and briefs, participated in depositions, and were available for court conferences in our capacity as Liaison Counsel.

3.     The schedule attached hereto as Exhibit 1 is a summary indicating the amount of time spent by each BME attorney involved in this Action from its inception through and including April 21, 2023 and the lodestar calculation for those individuals based on their current hourly rates. The schedule was prepared based on a review of attorney time records.

4.     As the attorney responsible for supervising my firm's work on this case, I reviewed these time and expense records to prepare this declaration. The purpose of this review was to confirm both the accuracy of the time entries and expenses and the necessity for, and reasonableness of, the time and expenses committed to the

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated January 20, 2023 previously filed with the Court. *See* ECF No. 119-1.

litigation. All time expended in preparing this application for fees and expenses has been excluded.

5.      Following this review, I believe that the time reflected in the firm's lodestar calculation and the expenses for which payment is sought as stated in this declaration are reasonable in amount and were necessary for the effective and efficient prosecution and resolution of the litigation. The expenses are all of a type that courts have routinely approved in similar class action cases.

6.      The hourly rates for the BME attorneys included in Exhibit 1 are consistent with the hourly rates we charge for similar services in non-contingent matters. My firm's rates are set based on periodic analysis of rates charged by firms performing comparable work and have been approved by courts. Different timekeepers within the same employment category (e.g., partners, associates, paralegals, etc.) may have different rates based on a variety of factors, including years of practice, years at the firm, year in the current position (e.g., years as a partner), relevant experience, relative expertise, and the rates of similarly experienced peers at our firm or other firms.

7.      The total number of hours expended on this Action by my firm from the inception of the case through and including April 21, 2023, is 105.00 hours. The total lodestar for my firm for that period is $97,236.00. My firm's lodestar figures are based upon the firm's hourly rates describe above, which do not include charges

for expense items. Expense items are recorded separately, and these amounts are not duplicated in my firm's hourly rates.

8.   As detailed in Exhibit 2, my firm is seeking payment for a total of $1,710.70 in expenses incurred in connection with the prosecution of this Action from its inception through and including April 21, 2023.

9.   The expenses incurred in this Action are reflected in the records of my firm, which are regularly prepared and maintained in the ordinary course of business. These records are prepared from expense vouchers, check records, and other source materials and are an accurate record of the expenses incurred.

10.   With respect to the standing of my firm, attached hereto as Exhibit 3 is a brief biography of my firm and the attorneys employed with the firm and involved in this matter.

I declare, under penalty of perjury, that the foregoing facts are true and correct. Executed on:  April 26, 2023.

_/s/ H. Lamar Mixson_
H. Lamar Mixson
Georgia Bar No. 514012

4

# EXHIBIT 1

*Public Employees' Retirement System of Mississippi v.
Mohawk Industries, Inc., et al.*, No. 4:20-cv-00005-VMC

## BONDURANT MIXSON & ELMORE LLP

## TIME REPORT

Inception through and including April 21, 2023

| NAME | HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|
| **Of Counsel** | | | |
| H. Lamar Mixson | 9.20 | $1,500 | $13,800.00 |
| **Partner** | | | |
| Amanda Kay Seals | 72.60 | $900 | $65,340.00 |
| **Associate** | | | |
| Jennifer L. Peterson | 23.20 | $780 | $18,096.00 |
| **TOTALS:** | **105.00** | | **$97,236.00** |

# EXHIBIT 2

*Public Employees' Retirement System of Mississippi v.*
*Mohawk Industries, Inc., et al.*, No. 4:20-cv-00005-VMC

## BONDURANT MIXSON & ELMORE LLP

## EXPENSE REPORT

Inception through and including April 21, 2023

| CATEGORY | AMOUNT |
|---|---|
| Court Fees | $1,600.00 |
| On-Line Factual Research | $110.70 |
| **TOTAL:** | **$1,710.70** |

# EXHIBIT 3

*Public Employees' Retirement System of Mississippi v. Mohawk Industries, Inc., et al.*, No. 4:20-cv-00005-VMC

## BONDURANT MIXSON & ELMORE LLP

## FIRM BIOGRAPHY

# Bondurant Mixson & Elmore LLP



1201 West Peachtree St. NW • Suite 3900 • Atlanta, GA 30309
P 404.881.4100 • F 404.881.4111 • www.bmelaw.com

# Bondurant Mixson & Elmore LLP

"One of the **best choices** for complex litigation, wherever the case is based." **- Chambers**

## Strategic Advantage

Some firms are structured to bill lots of hours. Ours is built to win high-stakes litigation. And we do.

At Bondurant Mixson & Elmore, our goal is to achieve client objectives. To that end, we have structured the firm to give our clients the greatest potential for achieving a successful outcome. Specifically:

**We recruit, train and retain top talent.** Our lawyers graduated at the top of their classes from the nation's finest law schools. Virtually all have served as judicial law clerks, giving them an insider's look at what it takes to win. We hire lawyers intending that they will become partners in the firm. We intensively train our lawyers and invest in their professional development. Our policy of not hiring laterally combined with exceptionally low lawyer turnover means that our cases are staffed with knowledgeable, experienced lawyers who will see your case to its conclusion.

**We staff cases to win.** Most of our cases are staffed by a small number of lawyers who perform all the work on the case. The benefit of this model is that the lawyers who will be drafting briefs, taking depositions, arguing motions, or conducting trials are thoroughly familiar with the clients, facts, legal research, documents, deposition testimony, and case strategy. This staffing model means our lawyers are prepared to perform any task, such as drafting winning briefs and making winning arguments.

**We use technology intelligently.** Because our cases often involve millions of documents, numerous witnesses, and multiple parties, we use case and document management software where appropriate to leverage our lawyers and our talented litigation support professionals to efficiently and effectively organize and manage each case. Additionally, our lawyers are experienced in courtroom presentation tools and know how to use them to present complex subject matters to judges and juries.

# Our Record

BME has extensive experience litigating consumer class actions in venues throughout the country. Examples of that experience include:

- *Elaine Ann Gold et al. vs. DeKalb County School District et al.*, No. 11-CV-3657-5 (Superior Court of DeKalb County) BME repsresented a class of teachers and other school employees who alleged the DeKalb County Board of Education illegally ended contributions to their retirement funds. The case resulted in a $117.5 million recovery.

- *Owens v. Metropolitan Life Insurance Co*, No. 2:14-CV-00074-RWS (N.D. Ga. 2019). BME represented two classes of life insurance policy beneficiaries whose benefits were retained by MetLife in retained asset accounts, in violation of ERISA's fiduciary standards and prohibited transaction rules. The case resulted in a combined settlement of $80 million.

- *Whelan v. Wesley Apartment Homes, LLC*, Civil Action File No. 18-A-70827-4, (DeKalb State Court) BME is currently representing a class of Georgia consumers against a corporate apartment company for security-deposit statute violations. If final approval is granted, the class will have $1 million in relief available.

- *T.H. et al v. DeKalb County School District*, 1:19-cv-03268-TWT (N.D. Ga. 2021). BME currently represents a class of incarcerated youth aged 17 through 21 with a qualifying disability who have a right to special education services and accommodations under the IDEA and the Americans with Disabilities Act (ADA)/Section 504. The Northern District of Georgia has certified the class and granted summary judgment in its favor.

- *Bickerstaff v. SunTrust Bank*, 299 Ga. 459 (2016), U.S. Supreme Court certiorari denied, 2016 U.S. LEXIS 7351 (U.S. 2016). BME continues to represent a class of SunTrust checking account customers in an action to recover damages incurred as a result of unlawful conduct in collecting customers' interest fact in excess of the limits permitted for such transactions by Georgia law.

- *Synovus Bank v. Griner*, No. 10-C-11235-3 (State Court of Gwinnett County) (Class Counsel). BME represented a class of Synovus bank checking account customers and secured a $34 million recovery in an action to recover damages incurred as a result of unlawful conduct in collecting customers' interest far in excess of the limits permitted for such transactions by Georgia law.

- *Dorado v. Bank of America*, No. 1:16-cv-21147-UU (S.D. Fla.). BME represented a class of mortgage customers overcharged interest for their last month's payment. The case resulted in a $29 million recovery.

- *Manjunath A. Gokare, P.C., et al. v. Federal Express Corp.*, et al., No. 2:11-cv-02131 (W.D. Tenn.) (Class Counsel). BME represented a nationwide class of FedEx customers on breach of contract and RICO claims against FedEx for its assessment of unwarranted delivery surcharges. BME recovered $19 million for the class.

- *Columbus Drywall & Insulation, Inc. v. Masco Corp.*, No. 1:04-cv-3066-JEC (N.D. Ga.) (Class Counsel), BME represented a class of purchasers in a class action antitrust case filed against Masco Corporation and the four largest manufacturers of insulation. The case settled on the eve of trial for $112.25 million, one of the highest antitrust settlements to date in Georgia.

- *Schorr v. Countrywide Home Loans, Inc.*, 287 Ga. 570 (2010) (Class Counsel). BME represented a class of Georgia consumers whose security deeds were not timely canceled after they paid off their mortgages. BME recovered $8.5 million for the class to cover the full statutory damages to wronged consumers.

- *Resource Life Ins. Co. v. Buckner*, 304 Ga. App. 719 (2010) (Class Counsel). BME represented consumers owed refunds on premiums paid for credit insurance. The case resulted in a $47.75 million recovery.

- *Kenny A. v. Perdue*, No. 1:02-CV-1686-MHS (N.D. Ga.) (Class Counsel). BME represented a class of foster children in the custody of the Georgia Department of Human Resources. The litigation established numerous major deficiencies in the foster care system and in emergency shelters in Fulton and DeKalb Counties in particular and resulted in a consent decree with ongoing monitoring.

- *Ingram v. The Coca-Cola Company*, No. 1:98-CV-3679-RWS (N.D. Ga.) (Class Counsel). BME represented class of African American employees alleging racial discrimination in violation of Title VII and 42 U.S.C. § 1981. BME secured a $192.5 million settlement, the then-largest settlement of a private race discrimination lawsuit in the United States.

# BONDURANT MIXSON & ELMORE LLP



**One Atlantic Center**
1201 West Peachtree St. NW
Suite 3900
Atlanta, GA 30309

### Education

Harvard Law School, J.D., 1974, *cum laude*

- Editor, Harvard Law Review

Washington & Lee University, B.A., 1970, *magna cum laude*; Honors with exceptional distinction in English

- Phi Beta Kappa
- Phi Eta Sigma

### Admissions

State Bar of Georgia

U.S. Supreme Court

U.S. Court of Appeals for the Third Circuit

U.S. Court of Appeals for the Fourth Circuit

U.S. Court of Appeals for the Fifth Circuit

U.S. Court of Appeals for the Eleventh Circuit

U.S. District Court for the Middle District of Georgia

U.S. District Court for the Northern District of Georgia

## H. Lamar "Mickey" Mixson, Partner

📞 404.881.4171      📠 404.881.4111      ✉ mixson@bmelaw.com

Mickey Mixson represents individuals and corporations in a wide variety of business disputes. He has successfully presented hundreds of complex commercial disputes to juries, arbitration panels and judges, gaining a reputation for success with cases considered "unwinnable" by others.

Mickey's areas of focus include business torts, corporate governance, partnership and fiduciary disputes, insurance coverage and bad faith litigation, attorney and accountant liability, RICO, tender offers, and proxy and securities litigation. In recent years, he has recovered awards and settlements for clients totaling well over $2 billion. He has an equally successful record on the defense side, having obtained summary judgments, dismissals and defense verdicts for numerous major claims.

Mickey is a member of the American College of Trial Lawyers and is recognized by *Chambers USA* and *Chambers Global* as one of the highest-ranking trial lawyers in the United States, and among the top commercial litigators in Georgia. According to *Chambers*, he is a "creative and diligent trial lawyer" with "a superb touch with juries" and "has a fantastic record of success in complex commercial disputes and comes highly regarded for his work in business torts, corporate governance and fiduciary disputes." The most recent version of Chambers USA described him as "one hell of a lawyer."

Mickey is a frequent lecturer, and has published numerous articles on trial practice and business litigation issues such as the effective use of experts, presenting persuasive opening and closing arguments and the ACC Value Challenge. He is currently president of the Atlanta chapter of the International Network of Boutique Law Firms.

### Representative Work

- Co-counsel for the plaintiffs, Six Flags Over Georgia, in a breach of fiduciary duty case against Time Warner Entertainment which resulted in a $454 million jury verdict, the largest verdict ever awarded in Georgia (a verdict which was affirmed on appeal and paid in full).

- Lead counsel representing David McDavid in obtaining a $281 million jury verdict against Turner Broadcasting System (TBS) for breaching an agreement to sell McDavid the Atlanta Hawks, the Atlanta Thrashers and the operating rights to Philips Arena. Affirmed in full on appeal, this jury verdict is the largest compensatory damage award in Georgia history.

- Lead counsel for the plaintiff class in *Abdallah v. Coca-Cola Co.*, the largest private class action racial discrimination settlement in history, which settled for $192.5 million.

- Achieved a settlement in a contract dispute case between a leading transportation company and a major supplier, resulting in $200+ million recovery for our client.

- Represented several groups of individuals asserting related professional liability claimsinvolving tax shelters, recovering more than $350 million through a combination of settlements and awards.

- Successfully defended a major regional accounting firm from professional malpractice, fraud and RICO claims, winning summary judgment on all counts.

- Successfully defended Farley Industries in a dissenters' rights case before the Georgia Supreme Court, a decision of first impression which has become the seminal case on dissenters' rights in Georgia.

- Represented one of the largest real estate developers in the United States in the withdrawal of a major regional partner from hundreds of partnerships, including coordinating and successfully concluding simultaneous litigation in multiple forums.

- Represented Novelis Corporation in a contract dispute with the consortium representing Coca Cola bottlers. Novelis, the world's leading producer of aluminum rolled products, supplies aluminum can sheet to Coke, which alleged that Novelis had violated the terms of their supply agreement's most favored nation provision. After three years of discovery and proceedings, the Superior Court in Fulton County, Georgia, granted summary judgment in favor of Novelis.

- Successfully defended a major airline client in an international arbitration proceeding, recovering more than $40 million on its counterclaims.

## Professional Activities

Past President and Member, Board of Directors, Georgia Lawyers for the Arts
Fellow, American College of Trial Lawyers
Fellow, International Academy of Trial Lawyers
Member, American Bar Foundation
Member, Litigation section, Atlanta Bar Association
Member, Antitrust; Corporate and Banking; General Practice and Trial Law Sections, State Bar of Georgia
Member, Business and Litigation sections; Commercial and Banking Litigation and Business Tort Litigation committees; American Bar Association
President, Atlanta Chapter, International Network of Boutique Law Firms (INBLF)
Director and Member of the Executive Committee, International Network of Boutique Law Firms
Member, Lawyers Club of Atlanta


## Honors & Awards

Finalist, Trial Lawyer of the Year Award, Trial Lawyers for Public Justice (*Abdallah v. Coca-Cola Co.* case)
Profiled by *National Law Journal* in a report recognizing 12 U.S. lawyers who recently won difficult cases and have a history of success
Member of Georgia's "Legal Elite," each year since the award's inception
Named in *Top 100 Georgia Super Lawyers*, each year since the award's inception
Named in *500 Leading Litigators in America*, each year since the award's inception
Named in *Best Lawyers in America*, each year since the award's inception
Named as 2012 Atlanta Litigation - Securities Lawyer of the Year, *Best Lawyers in America*
Georgia Local Litigation Star, Benchmark Plaintiff
Who's Who Legal: Litigation
Benchmark 2017 National Star List of Top 100 Trial Lawyers

# BONDURANT MIXSON & ELMORE LLP



**One Atlantic Center**
1201 West Peachtree St. NW
Suite 3900
Atlanta, GA 30309

---

University of Georgia
School of Law, J.D., 2012,
*magna cum laude*

- Order of the Coif
- Executive Articles Editor, *Georgia Law Review*
- Winner, Best Note Competition
- Outstanding Moot Court Advocate

South Carolina Honors
College, University of South
Carolina, BARSC, 2008,
*summa cum laude*

- Phi Beta Kappa
- McNair Scholar

---

**Previous Experience**

Law Clerk, Chief Judge W.
Keith Watkins, U.S. District
Court for the Middle District
of Alabama, 2012-2013

Law Clerk, Senior Judge
Joel F. Dubina, U.S. Court
of Appeals for the Eleventh
Circuit, 2013-2014

## Amanda Kay Seals, Associate

📞 404.881.4174       🖨 404.881.4111       ✉ seals@bmelaw.com

Amanda Kay Seals is a lawyer who represents plaintiffs and defendants in complex trial and appellate litigation. Though Amanda Kay has substantial business litigation experience, she devotes much of her practice to consumer and business tort cases at both the trial and appellate level, including fraud, breach of fiduciary duty, and business and personal injury.

Outside the office, Amanda Kay serves as adjunct faculty at the University of Georgia School of Law, where she teaches a course on sexual orientation and gender identity law.

Prior to joining the firm, Amanda Kay served as a law clerk to the Honorable Joel F. Dubina, U.S. Court of Appeals for the Eleventh Circuit, and Chief Judge W. Keith Watkins, U.S. District Court for the Middle District of Alabama.

Amanda Kay received her law degree from the University of Georgia School of Law, from which she received the school's inaugural Young Alumni of Excellence Award in 2017. Amanda Kay also holds a Bachelor of Arts and Sciences degree from South Carolina Honors College at the University of South Carolina.

### Representative Work

- Currently representing sex trafficking victims against hotels that facilitated and participated in their trafficking.
- Currently representing liquidators of entities looted by a years-long, multi-jurisdiction Ponzi scheme in claims against an international bank the liquidators allege substantially assisted in the scheme.
- Part of a team who guided Equifax investors to a $149 million cash settlement related to the 2017 data breach.
- Part of a team who guided investors to a $50 million cash settlement of allegations that the investors purchased stock at prices artificially inflated by defendant's misrepresentations about the source of its revenue.
- Part of trial team that won $54 million verdicts over two related trials. Amanda Kay argued nearly every evidentiary objection in both trials and handled arguments regarding jury strikes, jury charges, and a mistrial motion.
- Part of appellate team whose Georgia Supreme Court argument preserved $40 million verdict in products liability case.
- Successfully defended a $500 million RICO case filed against twenty corporate defendants, alleging conspiracy spanning four continents and four decades. Not only did Amanda Kay and a team of Bondurant lawyers persuade the trial court to dismiss the case, they also successfully defended that dismissal on appeal in the U.S. Court of Appeals for the Eleventh Circuit.
- Successfully defended a private corporation and its outside counsel in a series of related malicious prosecution suits filed in both state and federal court alleging RICO claims, conspiracy, and violations of plaintiffs' constitutional rights. Amanda Kay assumed responsibility for arguments regarding the retroactive application of amendments to Georgia's RICO statute. Ultimately, the Georgia Court of Appeals adopted the Bondurant team's reasoning, and all cases were resolved at the motion to dismiss stage without any discovery having been taken.

**Admissions**

State Bar of Georgia

Supreme Court of Georgia

Georgia Court of Appeals

U.S. Court of Appeals for the Eleventh Circuit

U.S. District Court for the Northern District of Georgia

U.S. District Court for the Middle District of Georgia

U.S. District Court for the Southern District of Georgia

- Regularly represents a Fortune 50 retailer in business tort, breach of contract, and intellectual property disputes involving the company's relationships with vendors and suppliers.

- Successfully argued on behalf of the former North American General Manager of a leading European medical products distributor to send employment-related dispute to arbitration. The Company brought suit against Amanda Kay's client and opposed efforts to arbitrate the Company's claims and Manager's counterclaims, but Amanda Kay persuaded the court that arbitration clause in employment agreement covered these disputes. Amanda Kay then handled settlement negotiations from start to finish, reaching a favorable resolution for her client.

- Represented fourteen county governments in multimillion-dollar RICO claim against data company that harvested images of county land records without paying per-page fee. Amanda Kay managed electronic discovery process on behalf of the counties, drafted an ultimately successful brief opposing severance of the counties' claims, and authored the mediation strategy that led to the suit's favorable resolution.

## REPRESENTATIVE PRO BONO WORK

- Represents a certified class of juvenile pretrial detainees entitled to special education services who have been denied those services during detention. In addition to certifying the class, the U.S. District Court for the Northern District of Georgia granted summary judgment in favor of the class.

- Represented Georgia Equality as amicus curiae before the United States Supreme Court in Bostock and the related landmark Title VII sexual orientation and gender discrimination cases.

- Won reversal of motion to dismiss in Eleventh Circuit Court of Appeals on behalf of Georgia inmate in an Eighth Amendment failure to protect claim after the inmate was beaten and stabbed by fellow prisoners following repeated threats and prison's refusal to transfer the attacked inmate to different dormitory.

- Negotiated favorable settlement for a Fulton County Jail detainee in an excessive force suit against jailers.

- Regularly represents transgender Georgians in efforts to secure conforming identity documents and connects dozens of others with volunteer lawyers to do the same.

## PROFESSIONAL ACTIVITIES
Barrister, Bleckley Inn of Court, 2019–
Georgia High School Mock Trial Competition Chair, 2018–19
Eleventh Circuit Judicial Conference Planning Committee, 2018
Barrister, Lumpkin Inn of Court, 2017–19
Leadership Academy, State Bar of Georgia, 2018
LEAD Atlanta Class of 2017

## PUBLICATIONS

"Posthumous Organ Donation as Prisoner Agency and Rehabilitation," *DePaul Law Review*, Volume 65, Spring 2016, co-authored with Prof. Lisa Milot, University of Georgia School of Law

# BONDURANT MIXSON & ELMORE LLP



**One Atlantic Center**
1201 West Peachtree St. NW
Suite 3900
Atlanta, GA 30309

---

### Education

Harvard Law School, J.D.

- Editor-in-Chief, *Harvard Journal of Law & Public Policy*
- Vice President, Federalist Society

Princeton University, B.A., *magna cum laude*

---

### Previous Experience

Law Clerk, Honorable Elizabeth L. Branch, U.S. Court of Appeals for the Eleventh Circuit

Law Clerk, Honorable William H. Pryor Jr., U.S. Court of Appeals for the Eleventh Circuit

---

### Admissions

State Bar of Georgia

U.S. Court of Appeals for the Eleventh Circuit

U.S. District Court for the Northern District of Georgia

U.S. District Court for the Southern District of Georgia

## Jennifer L. Peterson, Associate

📞 404.881.4168     🖨 404.881.4111     ✉ peterson@bmelaw.com

Jennifer Peterson represents plaintiffs and defendants in complex trial and appellate litigation.

Before joining the firm, Jennifer served as a law clerk to the Honorable Elizabeth L. Branch and the Honorable William H. Pryor Jr. of the U.S. Court of Appeals for the Eleventh Circuit.

Jennifer received her law degree from Harvard Law School and received her Bachelor of Arts degree, m*agna cum laude*, from Princeton University.

### Representative Work

**For plaintiffs:**

- Successfully orally argued question of first impression confirming two-party consent requirement in Georgia State-wide Business Court
- Successfully upheld a $45 million jury verdict on appeal to the Supreme Court of Georgia
- Successfully defeated motion to compel arbitration in the Georgia Court of Appeals
- Successfully obtained remand from federal court in class action to recover unpaid franchise fees
- Successfully briefed securities class action issue in the U.S. Court of Appeals for the Eleventh Circuit, leading to favorable settlement
- Successfully brought trade secrets suit and obtained preliminary injunction and defended counterclaims, leading to favorable settlement
- Successfully sued to enforce LLC member's right to distributions, leading to favorable settlement
- Successfully tried complex claims for breach of fiduciary duty, leading to favorable settlement

**For defendants:**

- Successfully orally argued on behalf of major corporation in the U.S. Court of Appeals for the Eleventh Circuit, leading to favorable settlement of claims and attorneys' fees
- Successfully obtained partial dismissal of claims in class action involving conservation easement tax deductions
- Successfully obtained Georgia Court of Appeals' reversal of appointment of special master
- Successfully conducted multi-day arbitration of a municipal annexation dispute, prevailing on all issues
- Successfully opposed preliminary injunction sought against a Georgia hospital authority
- Successfully obtained dismissal of insurance suit wrongfully filed in Georgia against out-of-state policyholders

Supreme Court of Georgia

Georgia Court of Appeals

- Successfully obtained reconsideration of summary judgment against insurer in federal court

- Successfully defended breach of contract suit in federal court, leading to favorable settlement and restoration of business relationship