# Exhibit 4C

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>    v.<br><br>MOHAWK INDUSTRIES, INC. and JEFFREY S. LORBERBAUM,<br><br>        Defendants. | Civ. A. No. 4:20-cv-00005-VMC |

**DECLARATION OF JOHN L. DAVIDSON**
**IN SUPPORT OF LEAD COUNSEL'S MOTION FOR**
**ATTORNEYS' FEES AND LITIGATION EXPENSES, FILED ON**
**BEHALF OF DAVIDSON BOWIE, PLLC**

I, John L. Davidson, declare pursuant to 28 U.S.C. § 1746 as follows:

1.     I am a partner at the law firm of Davidson Bowie, PLLC ("Davidson Bowie"). I submit this declaration in support of Lead Counsel's application for an award of attorneys' fees in connection with services rendered in the above-captioned class action (the "Action").[1] I have personal knowledge of the facts stated in this declaration and, if called upon, could and would testify to these facts.

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated January 20, 2023 previously filed with the Court. *See* ECF No. 119-1.

2.      Davidson Bowie served as additional counsel for Lead Plaintiff Public Employees' Retirement System of Mississippi in the Action. In that capacity, I, on behalf of my firm, assisted Lead Counsel by, among other tasks, reviewing draft pleadings and briefs, advising on the collection of documents and discovery from Lead Plaintiff, advising on issues particular to Mississippi law, assisting in the mediation and settlement process and strategic decision making, and assisting in the preparation of Lead Plaintiff's Rule 30(b)(6) witnesses for their depositions.

3.      The schedule attached hereto as Exhibit 1 is a summary indicating the amount of time I spent on this Action from its inception through and including April 21, 2023 and the lodestar calculation for my time based on my current hourly rate. The schedule was prepared based on a review of attorney time records.

4.      As the partner responsible for supervising my firm's work on this case, I reviewed these time records to prepare this declaration. The purpose of this review was to confirm both the accuracy of the time entries and the necessity for, and reasonableness of, the time committed to the litigation. All time expended in preparing this application for fees has been excluded.

5.      Following this review, I believe that the time reflected in the firm's lodestar calculation is reasonable in amount and was necessary for the effective and efficient prosecution and resolution of the litigation.

6.    My hourly rate included in Exhibit 1 is consistent with the hourly rate my firm has charged Lead Plaintiff for similar services in a non-contingent matter.

7.    The total number of hours expended on this Action by my firm from the inception of the case through and including April 25, 2023 is 105.50 hours. The total lodestar for my firm for that period is $36,925.00. My firm's lodestar is based upon the firm's hourly rates describe above.

8.    With respect to the standing of my firm, attached hereto as Exhibit 2 is a brief biography of my firm.

I declare, under penalty of perjury, that the foregoing facts are true and correct.

Executed on:  April 25, 2023.


*/s/ John L. Davidson*
John L. Davidson

# EXHIBIT 1

*Public Employees' Retirement System of Mississippi v.*
*Mohawk Industries, Inc., et al.*, No. 4:20-cv-00005-VMC

## DAVIDSON BOWIE, PLLC

## TIME REPORT

Inception through and including April 21, 2023

| NAME | HOURS | HOURLY RATE | LODESTAR |
|------|-------|-------------|----------|
| **Partner** | | | |
| John L. Davidson | 105.50 | $350 | $36,925.00 |

# EXHIBIT 2

*Public Employees' Retirement System of Mississippi v.*
*Mohawk Industries, Inc., et al.*, No. 4:20-cv-00005-VMC

# DAVIDSON BOWIE, PLLC

# FIRM BIOGRAPHY

**DAVIDSON | BOWIE**

Davidson Bowie, PLLC was established in 2004 by partners John L. Davidson and F. Lee Bowie. Mr. Davidson and Mr. Bowie have been practicing law since 1990 and collectively, have decades of litigation experience.  Davidson Bowie, PLLC has represented hundreds of individuals involving complex matters, including securities cases.  The firm has obtained recovery on behalf of investors for claims of fraud, breach of fiduciary duty, unsuitable investments, churning and failure to supervise against numerous financial advisors, broker dealers, variable annuity companies and mutual fund companies.  Most notable are the multi-million dollar arbitration awards for retired Kansas City Southern investors and retired American Airlines pilots against Intersecurities, Inc. and Securities America, Inc. for fraud and breach of fiduciary duty.

Some of the firm's most notable awards regarding securities litigation include:

- Awarded $9.3 million for claims filed by three retired American Airlines pilots against Securities America and their financial advisor in Texas for, among other things, excessive trading in leveraged Rydex mutual funds. The firm also represented dozens of retired American Airlines pilots in a multi-million dollar settlement stemming from this trial.

- Awarded $2.2 million for claims against a St. Petersburg, FL broker-dealer to four retired Kansas City Southern railroad workers. The award, which included punitive damages, was directed against InterSecurities Inc., a broker-dealer and registered investment advisor, and two of its representatives in New Orleans, LA. The four claimants, who had opened IRA rollover accounts at the firm, alleged InterSecurities placed excessive amounts of their retirement assets in high-cost, high-fee variable annuities from an affiliate, Western Reserve Life Insurance Co.

Davidson Bowie, PLLC has also represented clients in a variety of other complex cases ranging from class actions to claims on behalf of States for consumer protection and "*parens patriae*" claims.  The firm currently serves as outside counsel for several states' attorney general representing Mississippi, Arkansas, Louisiana and Ohio.  Below are some of the accomplishments of which the firm is most proud:

- The firm filed the first opioid case in the country on behalf of a State, seeking to hold drug makers like Johnson & Johnson, Purdue Pharma, and Teva Pharmaceuticals responsible for the opioid epidemic.

- The firm filed class actions in South Carolina and Florida against StarCraft for their manufacture of thousands of defective church buses that a multi-year investigation revealed failed to meet Federal Motor Vehicle Safety Standards. The result was a multi-million dollar confidential settlement and a NHTSA recall of thousands of vehicles.

- The firm filed a class action against the largest limousine manufacturer in the nation for manufacturing defective limousines that violate the Federal Motor Vehicle Safety Standards.

- The firm filed and settled a national class action against Hibbetts Sporting Goods for violations of the Fair Labor Standards Act.

 John L. Davidson is the managing partner of Davidson Bowie, PLLC. His firm represents clients throughout the country in matters ranging from complex securities cases to catastrophic injury cases.

Mr. Davidson, J.D. began his legal career in 1990 after graduating from the University of Mississippi Law School. He worked as a felony prosecutor in both Dallas, Texas and Jackson, Mississippi until 1998. Mr. Davidson has personally tried dozens of cases, including assisting in the successful re-prosecution of the murder of slain civil rights worker Medgar Evers. During the last four years of his prosecutorial career he ran the Grand Juries and homicide prosecutions division for the Jackson, Mississippi Circuit Court.

In 1998, Mr. Davidson went into private practice. That firm eventually became the largest plaintiffs practice in Mississippi, handling pharmaceutical cases, crashworthy litigation, and securities fraud claim.

**DAVIDSON BOWIE, PLLC**
1062 Highland Colony Parkway
200 Concourse, Suite 275
Ridgeland, Mississippi 39157
Telephone: (601) 932-0028
Facsimile: (601) 932-0115
https://www.dbslawfirm.net