**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>MOHAWK INDUSTRIES, INC. and JEFFREY S. LORBERBAUM,<br><br>        Defendants. | Civ. A. No. 4:20-cv-00005-VMC |

**DECLARATION OF ELIZABETH GINGOLD CLARK**

Pursuant to 28 U.S.C. § 1746, I, ELIZABETH GINGOLD CLARK, declare as follows:

1.     I am a partner in the law firm of Alston & Bird, counsel to Defendant Mohawk Industries, Inc. ("Mohawk" or "Defendant"), in the above-captioned matter.

2.     Pursuant to ¶ 19 of the Stipulation and Agreement of Settlement (Dkt. No. 119-1), I submit this Declaration detailing compliance with the notice requirements of the Class Action Fairness Act, 28 U.S.C. § 1711, *et seq.* ("CAFA").

3.      Attached hereto as Exhibit 1 is a true and correct copy of the letter sent pursuant to CAFA ("CAFA Notice") on January 30, 2023, to the United States Attorney General.  *See* 28 U.S.C. § 1715(a)(1).  The same letter was also sent to the Attorneys General for all United States and United States Territories in which "some or all of the matters alleged in the class action are subject to regulation." *See* 28 U.S.C. § 1715(a)(2).

4.      As required by 28 U.S.C. § 1715(b), enclosed with the CAFA Notice were copies of: (i) the Class Action Complaint for Violations of the Federal Securities Laws, and all attachments thereto, filed on January 3, 2020 (Dkt. No. 1 in Case 4:20-cv-00005-VMC); (ii) the Consolidated Class Action Complaint for Violations of the Federal Securities Laws, and all attachments thereto, filed on June 29, 2020 (Dkt. No. 37); and (iii) the proposed Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (Dkt. 119-1), Proof of Claim and Release Form (Dkt. 119-1), and Summary Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (Dkt. 119-1) and Lead Plaintiff's Motion and Memorandum of Law In Support of Its Unopposed Motion for an Order Preliminarily Approving Class Action Settlement and Authorizing Dissemination

of Notice of Settlement (the "Preliminary Approval Motion") (Dkt. 119) and all supporting exhibits, including the Stipulation of Settlement as filed with the Court on January 20, 2023 (Dkt. No. 119-1).

5. On January 27, 2023, the Court requested modifications to certain of the proposed class action settlement papers, and revised settlement papers were submitted on January 30, 2023.

6. Attached hereto as Exhibit 2 is a true and correct copy of the supplemental letter sent pursuant to CAFA ("Supplemental CAFA Notice") on February 8, 2023, to the United States Attorney General. See 28 U.S.C. § 1715(a)(1). The same letter was also sent to the Attorneys General for all United States and United States Territories in which "some or all of the matters alleged in the class action are subject to regulation." See 28 U.S.C. § 1715(a)(2).

7. As required by 28 U.S.C. § 1715(b), enclosed with the Supplemental CAFA Notice were copies of: (i) the Class Action Complaint for Violations of the Federal Securities Laws, and all attachments thereto, filed on January 3, 2020 (Dkt. No. 1 in Case 4:20-cv-00005-VMC); (ii) the Consolidated Class Action Complaint for Violations of the Federal Securities Laws, and all attachments thereto, filed on June 29, 2020 (Dkt. No. 37); and (iii) the proposed Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for

Attorneys' Fees and Litigation Expenses (Dkt. 119-1), Proof of Claim and Release Form (Dkt. 119-1), and Summary Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (Dkt. 119-1), Lead Plaintiff's Motion and Memorandum of Law In Support of Its Unopposed Motion for an Order Preliminarily Approving Class Action Settlement and Authorizing Dissemination of Notice of Settlement (the "Preliminary Approval Motion") (Dkt. 119) and all supporting exhibits, including the Stipulation of Settlement as filed with the Court on January 20, 2023 (Dkt. No. 119-1); (iv) the Notice of Filing of Revised Preliminary Approval Order, Notice, Claim Form, and Summary Notice (the "Notice of Revised Papers") (Dkt. 121) and all attachments thereto, including the revised Proposed Preliminary Approval Order (Dkt. 121-1), revised Notice (Dkt. 121-3), revised Proof of Claim and Release Form (Dkt. 121-5), and revised Summary Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (Dkt. 121-7) along with redline comparisons identifying the changes made to conform to the Court's instructions on January 27, 2023; and (v) the Order Preliminarily Approving Settlement and Providing for Notice of the Settlement (Dkt. 122) and Proposed Judgment Approving Class Action Settlement (Dkt. 119-1).

8. As required by 28 U.S.C. § 1715(b), the Supplemental CAFA Notice also provided notice of the settlement hearing being held on May 31, 2023, at 10:00 a.m. in Courtroom 2105 of the Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303-3309, or by telephone or videoconference (in the discretion of the Court).

9. To the best of my knowledge, Defendants have fully complied with CAFA and the Stipulation of Settlement with respect to the CAFA Notice and have satisfied all their obligations thereunder.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 22, 2023.

*/s/ Elizabeth Gingold Clark*
ELIZABETH GINGOLD CLARK

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 22nd day of May, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys of record in the above-referenced action.

**ALSTON & BIRD**

*/s/ Elizabeth Gingold Clark*
Elizabeth Gingold Clark (Ga. Bar #917979)
elizabeth.clark@alston.com
1201 West Peachtree Street
Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777