# Exhibit 2

# ALSTON & BIRD

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424
404-881-7000 | Fax: 404-881-7777

Robert R. Long                    Direct Dial:  404-881-4760                    Email:  robert.long@alston.com

February 8, 2023

***VIA OVERNIGHT DELIVERY***

The Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

The State Attorneys General
(Identified on Attached Exhibit A)

  Re: Supplemental Notification under Class Action Fairness Act of Proposed
    Settlement *Public Employees' Retirement System of Mississippi v. Mohawk
    Industries, Inc. and Jeffrey S. Lorberbaum,* No. 4:20-cv-00005-VMC
    (N.D.GA)

Dear Sir or Madam,

  I am writing to you on behalf of Defendant Mohawk Industries, Inc. ("Mohawk" or the "Company") and Jeffrey S. Lorberbaum (collectively, "Defendants") named in the above-referenced action (the "Class Action") to give you supplemental notice of a proposed class action settlement filed with the United States District Court for the Northern District of Georgia on January 30, 2023.  The original proposed class action settlement was filed on January 20, 2023, and notice was provided on January 30, 2023 pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715(b) ("CAFA"). On January 27, 2023, the Court requested modifications to certain of the proposed class action settlement papers, and revised settlement papers were submitted on January 30, 2023.

  This letter constitutes notice under CAFA of the revised proposed class action settlement papers and is provided on behalf of each of the Defendants in the Class Action. Enclosed herewith is a CD containing the documents referenced below.

  (1) The following is included on the enclosed CD in the folder labeled "Tab 1": Class Action Complaint for Violations of the Federal Securities Laws, and all attachments thereto, filed on January 3, 2020 (Dkt. 1) and the Consolidated Class Action Complaint for Violations of the Federal Securities Laws, and all attachments thereto, filed on June 29, 2020 (Dkt. 37) in *Public Employees' Retirement System of Mississippi v. Mohawk Industries, Inc. and Jeffrey S. Lorberbaum,* Case No. No. 4:20-cv-00005-VMC (N.D.GA).

Alston & Bird LLP                            www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Fort Worth | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

February 8, 2023
Page 2

(2) On January 20, 2023, Lead Plaintiff in the Class Action filed a Motion and Memorandum of Law In Support of Its Unopposed Motion for an Order Preliminarily Approving Class Action Settlement and Authorizing Dissemination of Notice of Settlement (the "Preliminary Approval Motion") (Dkt. 119), requesting preliminary approval of the proposed settlement, approval of the proposed class notice, and the scheduling of a final fairness hearing.  The Preliminary Approval Motion, and all attachments thereto, are included on the enclosed CD in the folder labeled "Tab 2."

(3) The proposed Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (Dkt. 119-1), Proof of Claim and Release Form (Dkt. 119-1), and Summary Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (Dkt. 119-1) are included on the enclosed CD in the folder labeled "Tab 3."

(4)  The Stipulation of Settlement, as filed with the Court on January 20, 2023 (Dkt. 119-1), is included on the enclosed CD in the folder labeled "Tab 4."

(5) On January 30, 2023, Lead Plaintiff filed a Notice of Filing of Revised Preliminary Approval Order, Notice, Claim Form, and Summary Notice (the "Notice of Revised Papers") (Dkt. 121).  The Notice of Revised Papers and all attachments thereto, including the revised Proposed Preliminary Approval Order (Dkt. 121-1), revised Notice (Dkt. 121-3), revised Proof of Claim and Revise Form (Dkt. 121-5), and revised Summary Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (Dkt. 121-7) are included in the enclosed CD in the folder labeled "Tab 5."

(6) Lead Plaintiff also submitted redline comparisons identifying the changes made to conform to the Court's instructions in the January 27, 2023 conference.  The redline comparisons are included in the enclosed CD in the folder labeled "Tab 6."

(7)  No final judgment or notice of dismissal has yet been entered.  The Order Preliminarily Approving Settlement and Providing for Notice of the Settlement (Dkt. 122) and Proposed Judgment Approving Class Action Settlement (Dkt. 119-1) are included on the enclosed CD in the folder labeled "Tab 7."

(8) The Court will hold a settlement hearing on May 31, 2023, at 10:00 a.m. in Courtroom 2105 of the Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303-3309, or by telephone or videoconference (in the discretion of the Court).

(9)  Given the nature of the claims in the Class Action, it is not feasible to provide the names of class members who reside in each state.  It is also not feasible to provide the estimated proportionate share of the claims of such members to the entire settlement.

February 8, 2023
Page 3

       In addition to the above documents, the federal court docket for the Class Action is available on the federal government's PACER service at https://ecf.cacd.uscourts.gov/cgi-bin-login.pl. Additional information about PACER can be found at http://pacer.psc.uscourts.gov.

                    Sincerely,

                    Robert R. Long

Attachment and Enclosure

cc:    Lead Plaintiff's Counsel

Exhibit A to CAFA Notice

| Company | Full Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Office of the Attorney General | Steve Marshall | 501 Washington Ave. | | Montgomery | AL | 36104 |
| Office of the Attorney General | Treg R. Taylor | 1031 W. 4th Avenue | Suite 200 | Anchorage | AK | 99501 |
| Office of the Attorney General | Kris Mayes | 2005 N. Central Avenue | | Phoenix | AZ | 85004 |
| Office of the Attorney General | Tim Griffin | 323 Center St. | Suite 200 | Little Rock | AR | 72201 |
| Office of the Attorney General | CAFA Coordinator | Consumer Protection Section | 455 Golden Gate Ave Ste 11000 | San Francisco | CA | 94102 |
| Office of the Attorney General | Phil Weiser | Ralph L. Carr Judicial Building | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Office of the Attorney General | William Tong * | 165 Capitol Ave. | | Hartford | CT | 06106 |
| Office of the Attorney General | Kathy Jennings | Carvel State Building | 820 N. French Street | Wilmington | DE | 19801 |
| Office of the Attorney General | Brian Schwalb | 400 6th Street NW | | Washington | DC | 20001 |
| Office of the Attorney General | Ashley Moody | State of Florida | The Capitol, PL 01 | Tallahassee | FL | 32399 |
| Office of the Attorney General | Chris Carr | 40 Capitol Square, SW | | Atlanta | GA | 30334 |
| Department of the Attorney General | Anne Lopez | 425 Queen Street | | Honolulu | HI | 96813 |
| Office of the Attorney General | Raul Labrador | 700 W. Jefferson Street, Suite 210 | P.O. Box 83720 | Boise | ID | 83720 |
| Office of the Attorney General | Kwame Raoul | 100 W. Randolph Street | | Chicago | IL | 60601 |
| Office of the Indiana Attorney General | Todd Rokita | Indiana Government Center South | 302 W. Washington St., 5th Fl | Indianapolis | IN | 46204 |
| Office of the Attorney General of Iowa | Brenna Bird | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| Office of the Attorney General | Kris Kobach | 120 S.W. 10th Ave. | 2nd Fl. | Topeka | KS | 66612 |
| Office of the Attorney General | Daniel Cameron | 700 Capitol Avenue | Suite 118 | Frankfort | KY | 40601 |
| Office of the Attorney General | Jeff Landry | 1885 North 3rd Street | P.O. Box 94005 | Baton Rouge | LA | 70802 |
| Office of the Attorney General | Aaron Frey | 6 State House Station | | Augusta | ME | 04333 |
| Office of the Attorney General | Anthony Brown | 200 St. Paul Place | | Baltimore | MD | 21202 |
| Office of Massachusetts Attorney General Maura Healy | ATTN: CAFA Coordinator/General Counsel's Office | 1 Ashburton Place | | Boston | MA | 02108 |
| Department of Attorney General | Dana Nessel | 525 W. Ottawa Street | P.O. Box 30212 | Lansing | MI | 48933 |
| Office of Minnesota Attorney General | Keith Ellison | 445 Minnesota Street | Suite 1400 | Saint Paul | MN | 55101 |
| Office of the Attorney General | Lynn Fitch | 550 High Street | P.O. Box 220 | Jackson | MS | 39201 |
| Missouri Attorney General's Office | Andrew Bailey | 207 West High Street | P.O. Box 899 | Jefferson City | MO | 65101 |
| Office of the Attorney General | Austin Knudsen | Justice Building, Third Floor | 215 N. Sanders, P.O. Box 201401 | Helena | MT | 59601 |
| Nebraska Attorney General | Mike Hilgers | 2115 State Capitol | P.O. Box 98920 | Lincoln | NE | 68509 |
| Office of the Attorney General | Aaron Ford | 100 N. Carson Street | | Carson City | NV | 89701 |
| Office of the Attorney General | John Formella | New Hampshire Department of Justice | 33 Capitol Street | Concord | NH | 03301 |
| Office of the Attorney General | Matthew J. Platkin | Richard J. Hughes Justice Complex | 25 Market Street | Trenton | NJ | 8625 |
| Office of the Attorney General | Raul Torrez | Villagra Building | 408 Gailesteo Street | Santa Fe | NM | 85701 |
| Office of the Attorney General | CAFA Coordinator | 28 Liberty Street | 15th Floor | New York City | NY | 10005 |
| Office of the Attorney General | Josh Stein | Attorney General's Office | 9001 Mail Service Center | Raleigh | NC | 27699 |
| Office of the Attorney General | Drew Wrigley | 600 E. Boulevard Ave. | Dept. 125 | Bismarck | ND | 58505 |
| Office of the Attorney General | Dave Yost | 30 E. Broad Street | 14th Floor | Columbus | OH | 43215 |
| Office of the Attorney General | Gentner Drummond | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Ellen F. Rosenblum | Oregon Department of Justice | 1162 Court St. NE | Salem | OR | 97301 |
| Office of the Attorney General | Josh Shapiro | Pennsylvania Office of Attorney General | Strawberry Square, 16th Floor | Harrisburg | PA | 17120 |
| Office of the Attorney General | Peter Neronha | 150 S. Main Street | | Providence | RI | 02903 |
| Office of the Attorney General | The Honorable Alan Wilson | 1000 Assembly Street, Rm 519 | P.O. Box 11549 | Columbia | SC | 29201 |
| Office of the Attorney General | Marty Jackley | 1302 East Highway 14 | Suite 1 | Pierre | SD | 57501 |
| Office of the Attorney General | Jonathan Skrmetti | | P.O. Box 20207 | Nashville | TN | 37202 |
| Office of the Attorney General | Ken Paxton | 300 W 15th Street | P.O. Box 12548 | Austin | TX | 78701 |
| Office of the Attorney General | Sean Reyes | 350 N. State Street, Ste 230 | PO Box 142320 | Salt Lake City | UT | 84114 |
| Office of the Attorney General | Charity Clark | 109 State Street | | Montpelier | VT | 5609 |

Exhibit A to CAFA Notice

| Company | Full Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Office of the Attorney General | Jason Miyares | 202 N. Ninth Street | | Richmond | VA | 23219 |
| Office of the Attorney General | Bob Ferguson** | 1125 Washington St. SE | P.O. Box 40100 | Olympia | WA | 98504 |
| Office of the Attorney General | Patrick Morrisey | State Capitol Complex, Bldg 1, Rm E-26 | 1900 Kanawha Blvd. E | Charleston | WV | 25305 |
| Office of the Attorney General | Josh Kaul | Wisconsin Department of Justice | P.O. Box 7857 | Madison | WI | 53707 |
| Office of the Attorney General | Bridget Hill | Kendrick Building | 2320 Capitol Avenue | Cheyenne | WY | 82001 |
| Office of the Attorney General | Merrick B. Garland | U.S. Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530 |
| Department of Legal Affairs | Fainu'ulelei Falefatu Ala'ilima-Utu | Executive Office Building 3rd Floor | PO Box 7 | Utulei | AS | 96799 |
| Office of the Attorney General Guam | Douglas Moylan | 590 S Marine Corps Dr Ste 901 | | Tamuning | GU | 96913 |
| Office of the Attorney General | Edward Manibusan | Caller Box 10007 | | Saipan | MP | 96950 |
| PR Department of Justice | Domingo Emanuelli Hernandez | PO Box 9020192 | | San Juan | PR | 00902 |
| Department of Justice | Denise N. George | 3438 Kronprindsens | Gade GERS Bldg 2nd Fl | St Thomas | VI | 00802 |
| | | | | | | |
| * Sent via Email to AG.CAFA@CT.GOV | | | | | | |
| ** Sent via Email to privatecpa@ATG.WA.GOV | | | | | | |