# EXHIBIT 1

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>MOHAWK INDUSTRIES, INC. and JEFFREY S. LORBERBAUM,<br><br>    Defendants. | Civ. A. No. 4:20-cv-00005-VMC |

**SUPPLEMENTAL DECLARATION OF LUIGGY SEGURA REGARDING:
(A) MAILING OF THE NOTICE AND CLAIM FORM;
AND (B) REPORT ON REQUESTS FOR EXCLUSION**

I, LUIGGY SEGURA, declare as follows:

1.     I am the Vice President of Securities Class Actions at JND Legal Administration ("JND"). Pursuant to the Court's February 3, 2023 Order (ECF No. 122) (the "Preliminary Approval Order"), JND was appointed to supervise and administer the notice procedure as well as the processing of claims in connection with the Settlement of the above-captioned action (the "Action").[1] I submit this declaration as an update since my earlier declaration dated April 26,

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated January 13, 2023 (ECF No. 119-1) (the "Stipulation").

2023. *See* ECF No. 131-3. I am over 21 years of age and am not a party to the Action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently thereto.

### CONTINUED MAILING OF THE NOTICE PACKET

2.    Since my April 26, 2023 declaration, JND has continued to disseminate copies of the Notice and Claim Form (together, the "Notice Packet") in response to additional requests from potential Class Members and nominees. As of the date of this declaration, JND has mailed a total of 221,683 Notice Packets to potential Class Members and nominees.

### TELEPHONE HELPLINE AND WEBSITE

3.    JND continues to maintain the toll-free telephone helpline (1-877-415-0648) and interactive voice response system to accommodate inquiries from Class Members. JND also continues to maintain the dedicated website ("Settlement Website") for the Settlement (www.MohawkIndustriesSecuritiesLitigation.com) in order to assist Class Members. On April 27, 2023, JND posted to the Settlement Website copies of the papers filed in support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation (ECF No. 129) and Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses (ECF No. 130). JND will continue to maintain and, as appropriate, update the Settlement Website and toll-free telephone helpline until the conclusion of this administration.

## STATUS CALLS AND INVOICES

4.      Lead Counsel continues to conduct weekly status calls with JND to receive updates on the notice program and settlement administration. Lead Counsel has also received, and will continue to receive, monthly invoices from JND detailing the fees and expenses incurred by JND in connection with this administration.

## REPORT ON OBJECTIONS AND REQUESTS FOR EXCLUSION RECEIVED

5.      JND has not received any objections to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fee and expenses.

6.      Pursuant to the Preliminary Approval Order and as set forth in the Notice, Class Members who wished to be excluded from the Class were required to request exclusion no later than May 10, 2023. As of the date of this declaration, JND has received ten requests for exclusion from the Class. Exhibit A attached hereto list the names of the persons and entities who have requested exclusion from the Class and their city and state.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of May 2023, at New Hyde Park, New York.

_____
LUIGGY SEGURA

3

## Exhibit A

## <u>List of Persons and Entities Requesting Exclusion from the Class</u>

| Exclusion Request | Name | City, State |
|---|---|---|
| Request #1 | Maverick Fund, Ltd. | New York, NY |
| | Maverick USA, L.P. | New York, NY |
| | Maverick Fund II, Ltd. | New York, NY |
| | Maverick Long Fund, Ltd. | New York, NY |
| | Maverick Long Enhanced Fund, Ltd. | New York, NY |
| | Sprugos Investments IX, L.L.C. | Chevy Chase, MD |
| Request #2 | Corvex Master Fund LP | New York, NY |
| | Corvex Select Equity Master Fund LP | New York, NY |
| Request #3 | Blackwell Partners LLC – Series A | Durham, NC |
| Request #4 | Hound Partners Offshore Fund, LP | New York, NY |
| | Hound Partners Long Master, LP | New York, NY |
| | Hound Partners Concentrated Master, LP | New York, NY |
| Request #5 | Stifel Nicolaus Custodian for Robert Barash IRA | West Palm Beach, FL |
| | Robert Barash TOD Account | West Palm Beach, FL |
| Request #6 | Soroban Opportunities Master Fund LP | New York, NY |
| Request #7 | Incline Global Master LP | New York, NY |
| | Incline Global ELS LP | New York, NY |
| | Incline Global Long Only Fund LP | New York, NY |
| Request #8 | The Fir Tree Value Master Fund, L.P. | New York, NY |
| Request #9 | Valinor Capital Partners, L.P. | Medford, MA |
| | Valinor Capital Partners Offshore Master Fund, L.P. | Medford, MA |
| Request #10 | Edna R. Shuey | Las Vegas, NV |