# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

## 4:20-cv-00005-VMC
## Public Employees' Retirement System of Mississippi v. Mohawk Industries, Inc. et al
## Honorable Victoria M. Calvert

Minute Sheet for proceedings held In Open Court on 05/31/2023.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:30 A.M.          COURT REPORTER: Wynette Blathers
TIME IN COURT: 00:30                      DEPUTY CLERK: Velma Shanks
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | John Browne representing Public Employees' Retirement System of Mississippi |
| | Elizabeth Clark representing Mohawk Industries, Inc. |
| | Robert Long representing Mohawk Industries, Inc. |
| | Homer Mixson representing Public Employees' Retirement System of Mississippi |
| | Jennifer Peterson representing Public Employees' Retirement System of Mississippi |
| | Amanda Seals representing Public Employees' Retirement System of Mississippi |
| | Jonathan Uslaner representing Public Employees' Retirement System of Mississippi |
| | Scott Zweigel representing Jeffrey S. Lorberbaum |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MOTIONS RULED ON: | [129]Motion for Settlement GRANTED Written Order to follow [130]Motion for Attorney Fees GRANTED Written Order to follow |
| MINUTE TEXT: | Court heard from the parties on the proposed class action settlement. Written orders to follow. |